FedEx® Tracking

**DELIVERED**

# Wednesday

7/12/2023 at 9:52 am

Signed for by: J.COX

⤓ Obtain proof of delivery

**DELIVERY STATUS**

Delivered 

**TRACKING ID**

780980158290 ✎ ☆

**FROM**
LAUREL, MD US

*Label Created*
7/11/2023 12:05 PM

**WE HAVE YOUR PACKAGE**
CROFTON, MD
7/11/2023 7:05 PM

**IN TRANSIT**
ISSAQUAH, WA
7/12/2023 7:48 AM

**OUT FOR DELIVERY**
ISSAQUAH, WA
7/12/2023 9:13 AM

**DELIVERED**
Redmond, WA US

*Delivered*
7/12/2023 at 9:52 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                    **SUBMIT**

**MORE OPTIONS**

Manage Delivery                                                    ⌄

## Shipment overview

**TRACKING NUMBER**   780980158290

**DELIVERED TO**   Shipping/Receiving

**SHIP DATE**   7/11/23

**STANDARD TRANSIT**   7/12/23 before 4:30 pm

**ACTUAL DELIVERY**   7/12/23 at 9:52 am

## Services

**SERVICE**   FedEx Standard Overnight

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday, Adult Signature Required

**SIGNATURE SERVICES**   Adult Signature Required

## Package details

**WEIGHT**   0.5 lbs / 0.23 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   0.5 lbs / 0.23 kgs

**PACKAGING**   FedEx Envelope

↑ Back to top

Travel history

Ascending

Local Scan Time

- 1:05 PM
  **Shipment arriving On-Time**
  LAUREL, MD

- 1:05 PM
  **Picked up**
  **Tendered at FedEx Office**
  LAUREL, MD

- 12:05 PM
  **Shipment information sent to FedEx**

- 7:05 PM
  **Picked up**
  CROFTON, MD

- 8:39 PM
  **Left FedEx origin facility**
  CROFTON, MD

- 11:13 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN

Wednesday, 7/12/2023

- 3:35 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 5:58 AM
  **At destination sort facility**
  SEATTLE, WA

- 7:48 AM
  **At local FedEx facility**
  ISSAQUAH, WA

- 9:13 AM
  **On FedEx vehicle for delivery**
  ISSAQUAH, WA

- 9:52 AM
  **Delivered**
  Redmond, WA

↑ Back to top

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)