**ANTHONY G. BROWN**
*Attorney General*

**CANDACE MCLAREN LANHAM**
*Chief of Staff*

**CAROLYN A. QUATTROCKI**
*Deputy Attorney General*

**WILLIAM D. GRUHN**
*Chief*
*Consumer Protection Division*

Writer's Fax No.

(410) 576-7040

## STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL
## CONSUMER PROTECTION DIVISION

Writer's Direct Dial No.

June 12, 2023

Mr. Jeffery Battle
8314 Pigeon Fork Ln.
Laurel, MD  20724

    Re:    Microsoft Corp.
    Case No.: MU-370051

Dear Mr. Battle:

    We have reviewed your correspondence and, although we sympathize with your situation, we regret we will be unable to resolve your complaint through mediation or arbitration.  Our jurisdiction is limited to assisting consumers with complaints involving the purchase or lease of goods or services for personal, family, or household use from a business, merchant, or landlord.

    Unfortunately, because your complaint does not involve a consumer transaction, we will be unable to assist you.

    You may wish to discuss this matter with a private or legal aid attorney to determine what courses of action are open to you. We have enclosed information that may assist you.

    We regret we are unable to assist you directly.  Thank you for taking the time to contact us.

    Sincerely,

    *Jeannine Robinson*

    Jeannine Robinson
    Mediation Supervisor

## District Court Self Help Center

The District Court Self Help Center assists with filing small claims and landlord/tenant cases. Phone assistance is available at 410-260-1392, 8:30 a.m. to 12:00 p.m. and 2:00 p.m. to 4:30 p.m. Live Chat assistance is available Monday through Friday, 8:30 a.m. to noon and 2:00 p.m. to 4:30 p.m.

http://mdcourts.gov/district/selfhelpcenter/home.html

## The People's Law Library of Maryland

The People's Law Library is an easy-to-use website maintained by the Maryland State Law Library and provides information for self-represented litigants on a variety of issues. Law librarians are available through the website on Tuesdays, 9 a.m. to 11 a.m. and 2 p.m. to 4 p.m., and Thursdays, 2 p.m. to 4 p.m.

http://www.peoples-law.org

## Publications

If you do not have internet access, your may obtain copies of the following publications by contacting your local district court. The publications are available in English and Spanish.

*How to File a Small Claim in the District Court of Maryland*
http://www.courts.state.md.us/district/forms/civil/dccv001br.pdf

*How to Resolve Issues With Your Landlord*
http://www.courts.state.md.us/district/forms/civil/dccv082tbr.pdf