July 11, 2023

**LEGAL NOTICE - CONFIDENTIAL**

*VIA FexEx Next Day Delivery Signature Request*

Microsoft, Inc.

Re:     **CEASE & DESIST – Improper Use of Email Accounts – Jeffery Battle**

To Whom It May Concern:

Through previous correspondence dated June 23, 2023, from Attorney, GOUCHEV LAW, **Attachment A**, it has been reported that Microsoft through its search engine, Bing, has engaged in the act of defaming Mr. Battle and propagating false information about Mr. Battle that could have a substantial impact on his livelihood.

In addition, Mr. Jeffery Battle has suspicions that Microsoft is now engaging in further harm and is now monitoring his email on the Microsoft Outlook platform since June of 2023, with the user's name jefbttl@hotmail.com. It is alleged that Microsoft or another bad actor has possibly hacked into his Google email with the user's name jefbttl@hotmail.com, to do so sought of harm to him, possibly falsely setting him up or framing him for harmful activity in some malicious way. This activity has been reported to the Federal Bureau of Investigations (FBI) on July 11, 2023. Due to unauthorized activities of an unknown nature, Mr. Battle's Google account has been closed by Google.

Mr. Battle has never sent emails from his Google email account to anyone and has notified Google that he was not the entity that utilized his account for possible ill intent. However, his Google accounts have been frozen, denying him access. The messages from Google stated "Thanks for contacting us about your disabled Google Account. Unfortunately, your account access can't be restored. Our review found that it was used in a way that violated Google's policies. To learn more, visit Google's Terms of Service."

Emails from Google requesting restored access to Mr. Battle's Google accounts has been received to his Microsoft email address jefbttl@hotmail.com, however, Mr. Battle never made requests to restore his Google accounts. The response case numbers from Google are:

1. [0-5990000034553], [3-1825000034629], [7-0186000034297], [6-6593000034047], [4-2349000034789], [1-5768000034677], [8-0240000034449], [6-7299000034184], [0-1135000034808], and [3-7772000035173].

If Microsoft is responsible and is acting with ill intent, Mr. Battle is requesting that the company immediately cease and desist unauthorized Microsoft email access to the Microsoft email account (jefbttl@hotmail.com). Secondly, Mr. Battle is requesting that Microsoft contact and report unauthorized activities as stated in this letter to the FBI and Google, and report unauthorized activity responses back to Mr. Battle; including the results of Google and FBI contacts and responses by **July 21, 2023**.

With best regards,

Jeffery Battle

cc: Jared Steiner, Esq.

1




**GOUCHEV LAW**
NEW YORK

Jared Steiner, Esq.
Direct Tel. (212) 537-920 x16
jared@thebusinesslawfirm.com

June 23, 2023

**LEGAL NOTICE - CONFIDENTIAL**

*VIA CERTIFIED MAIL RRR AND ELECTRONIC TRANSMISSION*

Microsoft, Inc.

Re:     **CEASE & DESIST – Improper Use of Name – Jeffery Battle**

To Whom It May Concern:

    This firm is legal counsel to Jeffery Battle ("Mr. Battle") in connection with his name and likeness matters. Accordingly, please direct all correspondence to this office.

    Microsoft through its search engine, Bing, has engaged in the act of defaming Mr. Battle and propagating false information about Mr. Battle that could have a substantial impact on his livelihood. For context, Mr. Battle is an author, professor, and Chief Executive Officer of his company, Battle Enterprises, LLC, who is in the process of promoting his new autobiography among other public business ventures. From May 2023 until the present, Microsoft, through their search engine Bing, has generated false statements conflating Mr. Battle with a person of a similar name, Jeffrey Battle, who is a convicted terrorist, to the professional and personal detriment of Mr. Battle and his family. Please note that the distinction between Mr. Battle and Jeffrey Battle is in the spelling of their first name.

    Specifically, when someone uses Bing to search Mr. Battle's name "Jeffery Battle", the search engine generates a small blurb at the top of the search results which states:

> Jeffery Battle, also known as The Aerospace Professor, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company. He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University. Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees. ***However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States. He had two years added to his sentence for refusing to testify before a grand jury.*** (emphasis added) See Exhibit A.



This blurb falsely and detrimentally states that Mr. Battle was sentenced to prison for seditious conspiracy and levying war against the United States and links to a Wikipedia page for Jeff<u>rey</u> Battle, not Jeff<u>ery</u> Battle. These false statements, which are directly attributed to Mr. Battle through Bing, has, and will continue, to severely damage Mr. Battle's professional and personal reputation and could lead to threats of violence against him and his family. During the time that Mr. Battle has been dealing with this false attribution of facts to his name, he is attempting to promote his autobiography. In light of these false statements, Mr. Battle has ceased marketing and business sales activities related to his new book to his own financial and professional detriment.

Mr. Battle attempted to go through the appropriate measures and processes to communicate with Microsoft before engaging our office to pursue his legal options. For example, Mr. Battle has made numerous attempts to get Microsoft using the "Report A Concern to Microsoft BING" option and by engaging in email exchanges with the Bing Team to modify these search results to communicate accurate information about his background and to remove the information attributable to Jeffrey Battle. For convenience, we provide you with the case Management number, SIR14721209, Mr. Battle received for these communications. At times the damaging search results were removed from Bing; however, shortly thereafter they would be re-posted using different URLs or in different locations. Despite Mr. Battle's efforts to go through Microsoft's processes and resolve this matter, as of the date of this letter, the search results have remained the same.

As such, we hereby demand that Microsoft **immediately cease and desist** defaming Mr. Battle, remove all references to Mr. Battle which conflate his identity with Jeffrey Battle, and modify the blurb depicted in Exhibit A to accurately describe Mr. Battle. If you do not comply with this cease-and-desist demand, Mr. Battle is entitled to seek monetary damages and equitable relief. In the event you fail to meet this demand, please be advised that our client will pursue all available legal remedies, including seeking monetary damages, injunctive relief, and an order for attorney's fees, which could result in considerable liability to you.

Please contact this office to confirm your compliance on or before <u>**July 3, 2023**</u>. If we do not receive a response, we will be forced to move forward with further legal action without further notice.

The foregoing is not a full recitation of all of the facts and circumstances in this matter. Nothing in this letter shall be deemed a waiver of Mr. Battle's rights and remedies at equity or at law, including but not limited to seeking costs, interest and attorney's fees in connection with any action brought to enforce such rights.

With best regards,

Attorney, GOUCHEV LAW

cc: Jana Gouchev, Esq. (via email)



# Exhibit A

