

## Victim Information

| | |
|---|---|
| Name: | Jeffery Battle |
| Are you reporting on behalf of a business? | No |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | |
| Address: | 8314 Pigeon Fork Ln |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Laurel |
| County: | |
| Country: | United States of America |
| State: | Maryland |
| Zip Code/Route: | 20724 |
| Phone Number: | 3016136104 |
| Email Address: | jefbttl@hotmail.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---|---|
| Transaction Type: | Other |
| If other, please specify: | Email Hacking and possible fraudulent activities |
| Transaction Amount: | 0.00 |
| Transaction Date: | 7/11/2023 |
| Was the money sent? | No |

Victim Bank Name:
Victim Bank Address:
Victim Bank Address (continued):
Victim Bank Suite/Mail Stop:
Victim Bank City:
Victim Bank Country:
Victim Bank State:
Victim Bank Zip Code/Route:

Victim Name on Account:
Victim Account Number:

Recipient Bank Name:
Recipient Bank Address:
Recipient Bank Address
(continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country:
Recipient Bank State:
Recipient Bank Zip
Code/Route:
Recipient Name on Account:
Recipient Bank Routing
Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

I reporting the unauthorized activities to Microsoft, Inc. as follows:

July 11, 2023

LEGAL NOTICE - CONFIDENTIAL

VIA FexEx Next Day Delivery Signature Request
Microsoft, Inc.

Re:   CEASE & DESIST – Improper Use of Email Accounts – Jeffery Battle

To Whom It May Concern:

Through previous correspondence dated June 23, 2023, from Attorney, GOUCHEV LAW, Attachment A, it has been reported that Microsoft through its search engine, Bing, has engaged in the act of defaming Mr. Battle and propagating false information about Mr. Battle that could have a substantial impact on his livelihood.

In addition, Mr. Jeffery Battle has suspicions that Microsoft is now engaging in further harm and is now monitoring his email on the Microsoft Outlook platform since June of 2023, with the user's name jefbttl@hotmail.com. It is alleged that Microsoft or another bad actor has possibly hacked into his Google email with the user's name jefbttl@hotmail.com, to do so sought of harm to him,

possibly falsely setting him up or framing him for harmful activity in some malicious way. This activity has been reported to the Federal Bureau of Investigations (FBI) on July 11, 2023. Due to unauthorized activities of an unknown nature, Mr. Battle's Google account has been closed by Google.

Mr. Battle has never sent emails from his Google email account to anyone and has notified Google that he was not the entity that utilized his account for possible ill intent. However, his Google accounts have been frozen, denying him access. The messages from Google stated "Thanks for contacting us about your disabled Google Account. Unfortunately, your account access can't be restored. Our review found that it was used in a way that violated Google's policies. To learn more, visit Google's Terms of Service."

Emails from Google requesting restored access to Mr. Battle's Google accounts has been received to his Microsoft email address jefbttl@hotmail.com, however, Mr. Battle never made requests to restore his Google accounts. The response case numbers from Google are:

1. [0-5990000034553], [3-1825000034629], [7-0186000034297], [6-6593000034047], [4-2349000034789], [1-5768000034677], [8-0240000034449], [6-7299000034184], [0-1135000034808], and [3-7772000035173].

 If Microsoft is responsible and is acting with ill intent, Mr. Battle is requesting that the company immediately cease and desist unauthorized Microsoft email access to the Microsoft email account (jefbttl@hotmail.com). Secondly, Mr. Battle is requesting that Microsoft contact and report unauthorized activities as stated in this letter to the FBI and Google, and report unauthorized activity responses back to Mr. Battle; including the results of Google and FBI contacts and responses by July 21, 2023.

With best regards,

Jeffery Battle

cc: Jared Steiner, Esq.

## Information About The Subject(s) Who Victimized You

| Field | Value |
|---|---|
| Name: | Microsoft Corporation |
| Business Name: | |
| Address: | 1 Microsoft Way |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Redmond |
| Country: | United States of America |
| State: | Washington |
| Zip Code/Route: | 98052 |
| Phone Number: | 4258828080 |

Email Address: buscond@microsoft.com
Website: https://www.microsoft.com
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

    See Google account information and reference numbers as reported.

Are there any other witnesses or victims to this incident?

    [No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

    [No response provided]

Check here if this an update to a previously filed complaint: ☑

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Jeffery Battle
Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window.  **This is the only time you will have to make a copy of your complaint.**