


## Victim Information

| | |
|---|---|
| Name: | Jeffery Battle |
| Are you reporting on behalf of a business? | Yes |
| Business Name: | Battle Enteprises, LLC |
| Is the incident currently impacting business operations? | Yes |
| Age: | |
| Address: | 8314 Pigeon Fork Ln |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Laurel |
| County: | Maryland |
| Country: | United States of America |
| State: | Maryland |
| Zip Code/Route: | 20724 |
| Phone Number: | 3016136104 |
| Email Address: | jefbttl@hotmail.com |
| Business IT POC, if applicable: | Jeffery Battle |
| Other Business POC, if applicable: | jefbttl@hotmail.com |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Requesting help stooping defamation from Microsoft BING, for information Defamation of individual (Jeffery Battle), me, and (Battle Enterprises, LLC and subsidiary The Aerospace Professor Company). False reporting during Microsoft BING internet search of (Jeffery Battle), me, and my company "The Aerospace Professor Company".

Defamation: Microsoft BING falsely reported two different individuals (Jeffery Battle) and (Jeffrey Battle Leon Battle) as one individual, falsely and incorrectly reporting both entities as terrorists.

Harm: The Actual damages are numerous. Also, Microsoft's BING's false reporting is especially restricting now, and inflecting marketing damaging during an international book launch of the autobiography (The Aerospace Professor: The Man and The Brand) and with current and future revenue loss, etc, and much more in actual damages.

PROBLEM:

1. BING added a convicted terrorist's profile from (Jeffrey Leon Battle) Wikipedia's profile to mine through false internet reporting, possibly AI generate; presenting two individuals' information as if BOTH were one (Jeffery Battle, The Aerospace Professor: The Man and The Brand). See below:

My name is Jeffery Battle, no middle name;

The Convicted Terrorist's name, NOT MINE, is (Jeffrey Leon Battle);

BING liked his Wikipedia profile to mine as presented below:

The defamatory information Microsoft BING is reporting the following false information. One indicator is stating AI generated by I believe that it is human generated.

___

" jeffery battle - Search (bing.com)

Jeffery Battle, also known as The Aerospace Professor, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company12. He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University12. Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees2. However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States3. He had two years added to his sentence for refusing to testify before a grand jury3.
Learn more:
1. linkedin.com2. theaerospaceprofessorbooks.com3. wikipedia.org+1 more
1. linkedin.com2. theaerospaceprofessorbooks.com3. wikipedia.org— see less

This summary was generated using AI based on multiple online sources. To view the original source information, use the "Learn more"

___

I asked Microsoft BING AI the following written question:

"Are Jeffery Battle and Jeffrey Battle the same person?"

Response:

Are Jeffery Battle and Jeffrey Battle the same person?
Sent message. Are Jeffery Battle and Jeffrey Battle the same person?
Searching for: Jeffery Battle

Searching for: Jeffery Battle

Generating answers for you...

Generating answers for you...

No, they are not the same person. Jeffery Battle is an author, president, and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company12. He is also an adjunct professor at Embry-Riddle Aeronautical University and a U.S. Air Force veteran12. Jeffrey Battle is a member of a terrorist group dubbed the Portland Seven, who attempted to travel to Afghanistan shortly after 9/11 to aid the Taliban3. They have different spellings of their first names and different backgrounds.

Received message. No, they are not the same person. Jeffery Battle is an author, president, and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company. He is also an adjunct professor at Embry-Riddle Aeronautical University and a U.S. Air Force veteran. Jeffrey Battle is a member of a terrorist group dubbed the Portland Seven, who attempted to travel to Afghanistan shortly after 9/11 to aid the Taliban. They have different spellings of their first names and different backgrounds.
Learn more:
1. linkedin.com
2. muckrack.com
3. en.wikipedia.org
4. muckrack.com

What is the Portland Seven?
Tell me more about Jeffery Battle's books.
How can I contact Jeffery Battle?"

_____

_____

Microsoft BING kept removing the falsely reported information URLs, however, the information would reappear under another URL. I contacted Microsoft with the following questions, and I have not received any responses:

PLEASE HELP: Microsoft BING Case (SIR14721209) has not responded with answers to the following.

Please, respond immediately:
1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?

2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsoft BING, elsewhere on the internet, or downloaded?

3. Was the false information generated by Artificial intelligence (AI) or human programming?

4. Why is Microsoft not prepared to immediately shut down AI or human programming urgently,

when lives are at stake?

5. As of 06/08/2023, the false information is now showing up in other internet search locations. What is Microsoft doing to stop this activity?

Thank you,
Jeffery Battle

## Information About The Subject(s) Who Victimized You

Name:
Business Name: Microsoft BING
Address:
Address (continued):
Suite/Apt./Mail Stop: Microsoft BING Case Number: SIR14721209
City: 1 Microsoft Way
Country: United States of America
State: Washington
Zip Code/Route: 98052
Phone Number: 4258828080
Email Address:
Website: https://www.microsoft.com/en-us/concern/bing
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

   I reported all incidents to Microsoft BING Case Number: SIR14721209.

Are there any other witnesses or victims to this incident?

   N/A

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

   N/A - who should I report this to?

Check here if this an update to a previously filed complaint: ☑

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:

Business Name:
Phone Number:
Email Address:

# Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Jeffery Battle
Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window.  **This is the only time you will have to make a copy of your complaint.**

FAQs    Disclaimer    Privacy Notice    About IC3