Exhibit
B. 1 of 3





# U.S. Postal Service
# CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Redmond, WA 98052   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.15 |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ $0.00
- ☐ Certified Mail Restricted Delivery   $ $0.00
- ☐ Adult Signature Required   $ $0.00
- ☐ Adult Signature Restricted Delivery   $ _____

Postage  $1.26
$

Total Postage and Fees  $5.41
$

Postmark Here

Sent To: Microsoft Corp.
Street and Apt. No., or PO Box No.: One Microsoft Way
City, State, ZIP+4: Redmond, WA 98052

7020 2450 0000 9292 2884

3

```
              UNITED STATES
              POSTAL SERVICE.

                  CROSS RIVER
          20 CROSS RIVER SHOPPING CTR STE H
                CROSS RIVER, NY 10518-9998
                     (800)275-8777
     06/27/2023                          04:17 PM

     Product              Qty   Unit      Price
                                Price

     First-Class Mail®     1               $1.26
     Large Envelope
         Redmond, WA 98052
         Weight: 0 lb 1.00 oz
         Estimated Delivery Date
            Mon 07/03/2023
         Certified Mail®                   $4.15
            Tracking #:
            70202450000028262884
     Total                                 $5.41


     Grand Total:                          $5.41

     Credit Card Remit                     $5.41
         Card Name: VISA
         Account #: XXXXXXXXXXXX7616
         Approval #: 181371
         Transaction #: 412
         AID: A0000000980840    Contactless
         AL: US DEBIT


     Text your tracking number to 28777 (2USPS)
     to get the latest status. Standard Message
     and Data rates may apply. You may also
     visit www.usps.com USPS Tracking or call
                  1-800-222-1811.

                  Preview your Mail
                  Track your Packages
                  Sign up for FREE @
            https://informeddelivery.usps.com

       All sales final on stamps and postage.
       Refunds for guaranteed services only.
              Thank you for your business.

              Tell us about your experience.
          Go to: https://postalexperience.com/pos
          or scan this code with your mobile device.
```