

Exhibit B, 1 of 5



