

Our No. 1 priority is **your** experience with **Bing**

# Hi J.,

# Thanks for taking the time to share **your** thoughts about **Bing**!

You made a suggestion about this page.

> "Please correct ERROR: **Your** site incorrectly added the individual (Jeffery Battle) with a different individual (Jeffrey Leon Battle) after the word (ho..."

**Feedback** like this helps us improve the experience for everyone, so keep those suggestions coming.

Please do not reply to this email. We don't monitor this email address and won't be able to reply to email sent to it. You are receiving this message from **Bing** because you opted in to hear back on **your feedback**. Microsoft respects **your** privacy.

Privacy Statement

Microsoft Corporation

One Microsoft Way

Redmond, WA 98052