**Your Bing feedback**

B

Bing User Feedback-No Reply <bingfeed-noreply@microsoft.com>

To:

· You
Tue 5/30/2023 3:09 PM

 Microsoft Bing

Our No. 1 priority
is your experience with Bing.



Hi J.,

We received your comments regarding this page.

*"The following AI generated information is incorrectly and merges (Jeffery Battle) profile with (Jeffrey Leon Battle) information form Wikipedia after ..."*

We value all feedback and will use yours to improve Bing.

2

## Thanks for taking the time to contact us!

Please do not reply to this email. We don't monitor this email address and won't be able to reply to email sent to it. You are receiving this message from Bing because you opted in to hear back on your feedback. Microsoft respects your privacy.

Privacy Statement

Microsoft Corporation

One Microsoft Way

Redmond, WA 98052

**Your Bing feedback**

B

Bing User Feedback-No Reply <bingfeed-noreply@microsoft.com>

To:

⦿ You
Wed 5/31/2023 7:51 PM

 Microsoft Bing