Fw: SIR14721209 - Pending - Concern Bing: Search Suggestion

JB
J. B.

To:

- CDOC Case Management
  Wed 6/21/2023 4:05 PM



Microsoft BING is the hosting website that published content that is continued Cyberstalking (Direct and Indirect), Defamation, and more. Please see the screenshot attachment dated today (2023 -06-21), number (2); stating the following;

"Jeffery Battle, also known as **The Aerospace Professor**, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company[12]. He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University[12]. Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees[2]. However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States[3]. He had two years added to his sentence for refusing to testify before a grand jury[3]."

Learn more:
1. linkedin.com 2. theaerospaceprofessorbooks.com 3. wikipedia.org — see less "

Microsoft BING URL: jeffery battle - Search (bing.com)

From: CDOC Case Management <cdoccm@microsoft.com>
Sent: Wednesday, June 21, 2023 2:25 PM
To: jefbttl@hotmail.com <jefbttl@hotmail.com>
Subject: SIR14721209 - Pending - Concern Bing: Search Suggestion

Hi,

We have received your request to remove content from the Bing search engine.

Please contact the webmaster of the hosting website that publishes the content, as they control the website and content in question. The webmaster has the ability to remove content from the web or block it from appearing in search engines. Once the content has been changed or removed from the hosting website, Bing's search results will reflect that change, although it may take some time to update our search results to reflect any changed or removed content.

For more information about how Bing delivers search results,
visit http://help.bing.microsoft.com/#apex/18/en-us/10016/0.

For more information on Bing Webmaster tools, please
visit https://www.bing.com/toolbox/webmaster/.

Thank you,
Bing Team

Ref:MSG10795725_XsXuDofDFLXL9yf7PqC

## Jeffery Battle v Microsoft (Addendum)

Computer screenshot information presented as proof and serves as validation that Microsoft allegedly has bad actors (Microsoft personnel) who utilize and manipulate their assets and Artificial Intelligence (AI), to harm people (Jeffery Battle) and property, Battle Enterprises, The Aerospace Professor Company, and his autobiography, The Aerospace Professor: The Man and The Brand.

A. True Microsoft Artificial Intelligence (BING Chat) information dated (June 7, 2023), prior to the apparent human manipulation of Microsoft's Artificial Intelligence. As previously stated, the Plaintiff asked the Microsoft Artificial Intelligence (BING Chat) program a question and the following are the responses with website references:

"Are Jeffery and Jeffrey Battle the same person?" and the response was; "No; they are not the same person. Jeffery Battle is an author, president, and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company. He is also an adjunct professor at Embry-Riddle Aeronautical University and a U.S. Air Force veteran. Jeffrey Battle is a member of a terrorist group dubbed the Portland Seven, who attempted to travel to Afghanistan shortly after 9/11 to aid the Taliban. They have different spellings of their first names and different background. Linkedin, Muckrack.com, en.wikipedia.org."

B. False Microsoft artificial intelligence, apparently, after a human's manipulation and reprogramming of (BING Chat). On a later date, on June 25, 2023, the exact same question was asked, and the response was different and harmful as presented below with one edit issue, apparently and unintentionally, leaving the word "not" in the language. Also, there were other slightly different languages in the description. For example, misusing the word (person) as if only one person was in the question. In addition, the AI-generated answer does not begin with the first person in the question, (Jeffery Battle). See below:

"Are Jeffery Battle and Jeffrey Battle the same person?" and the response was; Yes, Jeffrey Battle and Jeffery Battle are not the same person. Jeffrey Leon Battle is a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 to aid the Taliban. He refused to cooperate with the government and was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States. Wikipedia, etc.,"

The manipulated "AI" generated information was developed to make it appear that Plaintiff (Jeffery Battle) was also a terrorist by answering "Yes" to the same question that was asked previously. The false information only referenced the terrorist's information on Wikipedia, etc., and no reference information for (Jeffery Battle), social media Linkedin, etc., as before. This is an apparent human manipulation of the AI for the purpose of defamation, harm to life and property.

C. See the uploaded computer screenshot dated (June 20, 2023). Microsoft is allegedly, and intentionally, putting Plaintiff and his family's life and safety at risk by highlighting his business and home address, which are the same, openly in a Microsoft BING search, in a manner that was not there before. The second annotation of "Bizapedia" with Plaintiff's address highlighted at the top and in the overview language, was not previously there in the Microsoft BING searches of Battle Enterprises.

D. Microsoft BING has allergically manipulated Search Engine Optimization (SEO), to work against Jeffery Battle, The Aerospace Professor, The Aerospace Professor autobiography, and The Aerospace Professor Company. Prior to the apparent SEO manipulation, press releases, autobiography book sales locations, and other marketing information, were largely and readily presented. After the apparent human manipulation of (SEO), information that was presented previously no longer comes up in the searches.

E. Microsoft BING has allergically manipulated Search Engine Optimization (SEO). Several times, during a search of "The Aerospace Professor", the results, as noted on the images heading, stated; The Aerospace "Faculty", suppressing the results of an accurate search.

The allegations make a clear argument that Microsoft, one of the world's largest internet content facilitators, has the capabilities to weaponize, in multiple ways, its services against personal and their property.