*Exhibit 13*
*p. 1 of 63*

**Fw: SIR14787516- Your request for content review on <mark>Microsoft</mark>**

You forwarded this message on Tue 6/13/2023 9:29 AM
You forwarded this message on Tue 6/13/2023 9:29 AM
JB
J. B.

To:

CDOC Case Management
Sun 6/11/2023 5:02 PM



The attached message keeps returning. What is <mark>Microsoft</mark> BING doing <mark>to</mark> end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:48 PM
**To:** CDOC Case Management <cdoccm@<mark>microsoft</mark>.com>
**Subject:** Fw: SIR14787516- Your request for content review on <mark>Microsoft</mark>

**PLEASE HELP: Case (SIR14721209) has not responded with answers <mark>to</mark> the following or the new reoccurring false information now appearing in my Muck Rack journalist's profile.**

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by <mark>Microsoft</mark> BING <mark>to</mark> remove the recurring false and harmful information?**

**2. What insurances are provided <mark>to</mark> me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

1

**4. Why is Microsoft not prepared to immediately shut down AI or human programming urgently, when lives are at stake?**

**5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is Microsoft doing to stop this activity?**

**Thank you,**
**Jeffery Battle**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:32 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14787516- Your request for content review on Microsoft

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:23 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14787516- Your request for content review on Microsoft

Harassment Continues / FBI contacted: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at Microsoft BING is manipulating the search information that is coming up on the first page and STILL attempting to associate the terrorist with me. Please Help, I have contacted the FBI.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:52 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14787516- Your request for content review on Microsoft

**PLEASE HELP: The false and damaging information has resurfaced multiple times today 06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**

**1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

---

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along to the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

**Fw: SIR14884576- Your request for content review on <mark>Microsoft</mark>**

⍰
You forwarded this message on Thu 6/15/2023 11:07 AM
You forwarded this message on Thu 6/15/2023 11:07 AM
JB
J. B.

To:

CDOC Case Management
Thu 6/15/2023 8:58 AM



Has <mark>Microsoft</mark> <mark>reported</mark> this <mark>to</mark> the FBI? The attached message keeps reoccurring after being taken down at least 30 times; see Case SIR14721209 - Concern Bing: Search Suggestion.

It is a matter of life and safety for me and my family and this has been <mark>reported</mark> <mark>to</mark> the FBI. What are you doing <mark>to</mark> stop this?

From: <mark>Microsoft</mark> Customer Service <msftcs@<mark>microsoft</mark>.com>
Sent: Wednesday, June 14, 2023 5:53 PM
To: jefbttl@hotmail.com <jefbttl@hotmail.com>
Subject: SIR14884576- Your request for content review on <mark>Microsoft</mark>

This is an automated message <mark>to</mark> let you know we have received your request <mark>to</mark> investigate content on <mark>Microsoft</mark> services .

Sincerely,

<mark>Microsoft</mark> Customer Protection

## Fw: SIR14721209 - Concern Bing: Search Suggestion

JB
J. B.

To:

○      CDOC Case Management
         Mon 6/12/2023 5:32 PM



Has Microsoft contacted the FBI to report the hacking of a United States business?

The attached second or third reported defamation message keeps returning; see the attachment (2023-06-12) (1). What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Monday, June 12, 2023 5:19 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

CONTACT THE FBI TO REPORT THIS CASE OF HACKING.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Monday, June 12, 2023 5:12 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached very first defamation message keeps returning; see the attachment (2023-06-12). What is Microsoft BING doing to end the hacking and defamation problem?

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 5:02 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached message keeps returning. What is Microsoft BING doing to end the hacking and defamation problem?

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:49 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

**4. Why is Microsoft not prepared to immediately shut down AI or human programming urgently, when lives are at stake?**

**5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is Microsoft doing to stop this activity?**

**Thank you,**
**Jeffery Battle**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:30 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:21 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

Harassment Continues: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at Microsoft BING is manipulating the search information that is coming up on the first page and STILL attempting to associate the terrorist with me. Please Help, I have contacted the FBI.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:46 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information has resurfaced multiple times today 06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

Please, respond immediately:

**1. The false information that was report**ed by **Microsoft** BING has reappeared. What specific measures and parameters (technology or human) were taken by **Microsoft** BING **to** remove the recurring false and harmful information?

---

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along **to** the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

Fw: SIR14904217- Your request for content review on Microsoft

JB
J. B.

To:

CDOC Case Management
Wed 6/21/2023 7:39 AM

Why is this keep returning? This is a matter of life and safety that this gets permanently removed. Has this been reported to the FBI?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 12:04 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14904217- Your request for content review on Microsoft

Why is this keep returning? This is a matter of life and safety that this gets permanently removed.

**From:** Microsoft Customer Service <msftcs@microsoft.com>
**Sent:** Friday, June 16, 2023 8:24 AM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14904217- Your request for content review on Microsoft

This is an automated message to let you know we have received your request to investigate content on Microsoft services .

Sincerely,

Microsoft Customer Protection

## Fw: SIR14721209 - Concern Bing: Search Suggestion

JB
J. B.

To:

         ○   CDOC Case Management
               Wed 6/21/2023 7:37 AM



This false and damaging message keep returning? This is a matter of life and safety that this gets permanently removed.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 12:03 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

Why is this keep retuning? This is a matter of life and safety that this gets permanently removed.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 8:24 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached keeps on returning. What are you doing to stop it.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Wednesday, June 14, 2023 9:19 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation information keeps returning. Have you contacted the FBI? Can anyone explain to me what is happening; this is a matter of life and safety?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 5:28 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation information keeps reappearing.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 10:59 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation is information is returning to your site. Have you contacted the FBI?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 9:27 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached very first defamation message keeps returning; see another attachment (2023-06-13). What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Monday, June 12, 2023 5:12 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached very first defamation message keeps returning; see the attachment (2023-06-12). What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 5:02 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached message keeps returning. What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:49 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

**4. Why is Microsoft not prepared to immediately shut down AI or human programming urgently, when lives are at stake?**

**5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is Microsoft doing to stop this activity?**

**Thank you,**
**Jeffery Battle**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:30 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:21 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

Harassment Continues: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at Microsoft BING is manipulating the search information that is coming up on the first page and STILL attempting to associate the terrorist with me. Please Help, I have contacted the FBI.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:46 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information has resurfaced multiple times today 06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

---

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along to the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

**SIR14721209 - Concern Bing: Search Suggestion**

CM

CDOC Case Management <cdoccm@microsoft.com>

To:

- You

Mon 6/19/2023 1:58 PM

Hi,

Thank you for contacting Microsoft about Bing search results.  Please note that the most expeditious way to process your request is to use our online Report a Concern to Bing form located here:  Microsoft-Report a Concern to Bing. **if you have any concerns related to Bing Chat or AI powered features please be sure to choose (AI powered feature) from the selection of concerns**.  You will be prompted at this link to provide additional information about your request.

For websites or URL that you want to be removed from the Bing search results (non Bing AI results), please the list of all the URLs you would like removed in an editable electronic format (e.g., Word or a .txt file).  The URL(s) cannot be a www.bing.com URL because these pertain to search results and are not the original location.

Please provide also a copy of the court order or similar documentation supporting your request. We will need this in order to proceed with our review of your request.

If you have contacted the site owner and the content is no longer on the site, please use the Content Removal Tool to request removal of outdated content in Bing web results: https://www.bing.com/webmaster/help/bing-content-removal-tool-cb6c294d

Thank you,

Bing Team

Ref:MSG10752764_Y9kEzAK6GfcxnH3r740

**Fw: SIR14904217- Your request for content review on Microsoft**

?

You forwarded this message on Wed 6/21/2023 7:39 AM
You forwarded this message on Wed 6/21/2023 7:39 AM
JB
J. B.

To:

- CDOC Case Management
  Sat 6/17/2023 11:33 AM

Why is this keep returning? This is a matter of life and safety that this gets permanently removed. Has this been reported to the FBI?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 12:04 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14904217- Your request for content review on Microsoft

Why is this keep returning? This is a matter of life and safety that this gets permanently removed.

**From:** Microsoft Customer Service <msftcs@microsoft.com>
**Sent:** Friday, June 16, 2023 8:24 AM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14904217- Your request for content review on Microsoft

This is an automated message to let you know we have received your request to investigate content on Microsoft services .

Sincerely,

Microsoft Customer Protection

## Fw: SIR14787516- Your request for content review on Microsoft

You forwarded this message on Tue 6/13/2023 9:29 AM
You forwarded this message on Tue 6/13/2023 9:29 AM
JB
J. B.

To:

⊙   CDOC Case Management
    Sun 6/11/2023 5:02 PM



The attached message keeps returning. What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:48 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14787516- Your request for content review on Microsoft

**PLEASE HELP: Case (SIR14721209) has not responded with answers to the following or the new reoccurring false information now appearing in my Muck Rack journalist's profile.**

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

17

*18*

**4. Why is <mark>Microsoft</mark> not prepared <mark>to</mark> immediately shut down AI or human programming urgently, when lives are at stake?**

**5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is <mark>Microsoft</mark> doing <mark>to</mark> stop this activity?**

**Thank you,**
**Jeffery Battle**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:32 PM
**To:** CDOC Case Management <cdoccm@<mark>microsoft</mark>.com>
**Subject:** Fw: SIR14787516- Your request for content review on <mark>Microsoft</mark>

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another <mark>Microsoft</mark> BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:23 PM
**To:** CDOC Case Management <cdoccm@<mark>microsoft</mark>.com>
**Subject:** Fw: SIR14787516- Your request for content review on <mark>Microsoft</mark>

Harassment Continues / FBI contacted: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at <mark>Microsoft</mark> BING is manipulating the search information that is coming up on the first page and STILL attempting <mark>to</mark> associate the terrorist with me. Please Help, I have contacted the FBI.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:52 PM
**To:** CDOC Case Management <cdoccm@<mark>microsoft</mark>.com>
**Subject:** Re: SIR14787516- Your request for content review on <mark>Microsoft</mark>

**PLEASE HELP: The false and damaging information has resurfaced multiple times <mark>to</mark>day 06/08/2023 on another <mark>Microsoft</mark> BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**

**1. The false information that was report**ed by **Microsoft** BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

**Please, respond immediately:**
**1. The false information that was report**ed by **Microsoft** BING has reappeared. What specific measures and parameters (technology or human) were taken by **Microsoft** BING **to** remove the recurring false and harmful information?

---

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along **to** the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt


RE: Fw: SIR14721209 - Concern Bing: Search Suggestion
JB
J. B.

To:

•   CDOC Case Management

*20*

Sun 6/4/2023 3:33 PM





2 attachments (2 MB) Save all to OneDrive Download all

URGENT: My reputation, business, professor standing, book launch, life, and my family's life and safety are at risk due to your false reporting;

1. PLEASE RESPOND TO THIS MESSAGE: Why can't you remove the false content and why is it reappearing immediately with different IP Addresses when you remove it?

June 4, 2023,
This is Jeffery Battle and the attached false and defamatory message keeps appearing. The inflammatory content page, reporting false information, that you stated was removed yesterday (RE: CDOC Case Management SIR14721209) is back on Microsoft BING today, just one day later. See the synopsis below and the attached website screenshot dated 2013 -06-03 and 2023-06-04 (24).

1. PLEASE RESPOND TO THIS MESSAGE: Why can't you remove the false content and why is it reappearing when you remove it?

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Saturday, June 3, 2023 11:16 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

This is Jeffery Battle. The inflammatory content page, reporting false information, that you stated was removed yesterday (RE: CDOC Case Management SIR14721209) is back on Microsoft BING today, just one day later. See the synopsis below and the attached website screenshot dated 2013 -06-03.

Website: jeffery battle - Search (bing.com)

False and Harmful Content:

" jeffery battle - Search (bing.com)

Jeffery Battle, also known as **The Aerospace Professor**, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company[1,2]. He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University[1,2]. Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees[2]. However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States[3]. He had two years added to his sentence for refusing to testify before a grand jury[3].

Learn more:
1. linkedin.com 2. theaerospaceprofessorbooks.com 3. wikipedia.org +1 more
1. linkedin.com 2. theaerospaceprofessorbooks.com 3. wikipedia.org — see less

This summary was generated using AI based on multiple online sources. To view the original source information, use the "Learn more" links.

---

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Friday, June 2, 2023 5:15 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

The URL in question is no longer visible on Bing.  If you continue to see the URL appearing on Bing, **please provide a screenshot of the search results page** or provide the URL in question for further investigation.

Thank you,
Bing Team

Ref:MSG10457208_UVxQUCRXvr6obuqZawr

Fw: S!R14787516- Your request for content review on ==Microsoft==

You forwarded this message on Tue 6/13/2023 9:29 AM
You forwarded this message on Tue 6/13/2023 9:29 AM
JB
J. B.

To:

                                                    o    CDOC Case Management
                                                         Sun 6/11/2023 5:02 PM



The attached message keeps returning. What is ==Microsoft== BING doing ==to== end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:48 PM
**To:** CDOC Case Management <cdoccm@==microsoft==.com>
**Subject:** Fw: SIR14787516- Your request for content review on ==Microsoft==

**PLEASE HELP: Case (SIR14721209) has not responded with answers ==to== the following or the new reoccurring false information now appearing in my Muck Rack journalist's profile.**

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by ==Microsoft== BING ==to== remove the recurring false and harmful information?**

**2. What insurances are provided ==to== me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

1

4. Why is **Microsoft** not prepared **to** immediately shut down AI or human programming urgently, when lives are at stake?

5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is **Microsoft** doing **to** stop this activity?

Thank you,
Jeffery Battle

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:32 PM
**To:** CDOC Case Management <cdoccm@**microsoft**.com>
**Subject:** Fw: SIR14787516- Your request for content review on **Microsoft**

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:23 PM
**To:** CDOC Case Management <cdoccm@**microsoft**.com>
**Subject:** Fw: SIR14787516- Your request for content review on **Microsoft**

Harassment Continues / FBI contacted: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at **Microsoft** BING is manipulating the search information that is coming up on the first page and STILL attempting **to** associate the terrorist with me. Please Help, I have contacted the FBI.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:52 PM
**To:** CDOC Case Management <cdoccm@**microsoft**.com>
**Subject:** Re: SIR14787516- Your request for content review on **Microsoft**

**PLEASE HELP: The false and damaging information has resurfaced multiple times to**day **06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**

1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:

Please, respond immediately:
1. The false information that was reported by Microsoft BING has reappeared. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?

---

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along to the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

3

Fw: SIR14884576- Your request for content review on **Microsoft**

You forwarded this message on Thu 6/15/2023 11:07 AM
You forwarded this message on Thu 6/15/2023 11:07 AM
JB
J. B.

To:

- CDOC Case Management
  Thu 6/15/2023 8:58 AM



Has **Microsoft** reported this **to** the FBI? The attached message keeps reoccurring after being taken down at least 30 times; see Case **SIR14721209 - Concern Bing: Search Suggestion**.

It is a matter of life and safety for me and my family and this has been reported **to** the FBI. What are you doing **to** stop this?

**From:** **Microsoft** Customer Service <msftcs@**microsoft**.com>
**Sent:** Wednesday, June 14, 2023 5:53 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14884576- Your request for content review on **Microsoft**

This is an automated message **to** let you know we have received your request **to** investigate content on **Microsoft** services .

Sincerely,

**Microsoft** Customer Protection

4

Fw: SIR14721209 - Concern Bing: Search Suggestion

JB

J. B.

To:

○ CDOC Case Management
Mon 6/12/2023 5:32 PM



Has Microsoft contacted the FBI to report the hacking of a United States business?

The attached second or third reported defamation message keeps returning; see the attachment (2023-06-12) (1). What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Monday, June 12, 2023 5:19 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

CONTACT THE FBI TO REPORT THIS CASE OF HACKING.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Monday, June 12, 2023 5:12 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

5



The attached very first defamation message keeps returning; see the attachment (2023-06-12). What is Microsoft BING doing to end the hacking and defamation problem?

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 5:02 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached message keeps returning. What is Microsoft BING doing to end the hacking and defamation problem?

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:49 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

**4. Why is Microsoft not prepared to immediately shut down AI or human programming urgently, when lives are at stake?**

**5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is Microsoft doing to stop this activity?**

**Thank you,**
**Jeffery Battle**

---

6

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:30 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:21 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

Harassment Continues: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at Microsoft BING is manipulating the search information that is coming up on the first page and STILL attempting to associate the terrorist with me. Please Help, I have contacted the FBI.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:46 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information has resurfaced multiple times today 06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

Please, respond immediately:

**1. The false information that was reported by Microsoft BING has reappeared. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

---

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along to the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

Fw: SIR14904217- Your request for content review on **Microsoft**

JB
J. B.

To:

○   CDOC Case Management
    Wed 6/21/2023 7:39 AM

Why is this keep returning? This is a matter of life and safety that this gets permanently removed. Has this been reported to the FBI?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 12:04 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14904217- Your request for content review on Microsoft

Why is this keep returning? This is a matter of life and safety that this gets permanently removed.

**From:** Microsoft Customer Service <msftcs@microsoft.com>
**Sent:** Friday, June 16, 2023 8:24 AM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14904217- Your request for content review on Microsoft

This is an automated message to let you know we have received your request to investigate content on Microsoft services .

Sincerely,

Microsoft Customer Protection

3ᵈ

Fw: SIR14721209 - Concern Bing: Search Suggestion

JB
J. B.

To:

○   CDOC Case Management
Wed 6/21/2023 7:37 AM

This false and damaging message keep returning? This is a matter of life and safety that this gets permanently removed.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 12:03 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

Why is this keep retuning? This is a matter of life and safety that this gets permanently removed.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 8:24 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached keeps on returning. What are you doing to stop it.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Wednesday, June 14, 2023 9:19 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

10

The same defamation information keeps returning. Have you contacted the FBI? Can anyone explain to me what is happening; this is a matter of life and safety?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 5:28 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation information keeps reappearing.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 10:59 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation is information is returning to your site. Have you contacted the FBI?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 9:27 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached very first defamation message keeps returning; see another attachment (2023-06-13). What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Monday, June 12, 2023 5:12 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached very first defamation message keeps returning; see the attachment (2023-06-12). What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 5:02 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached message keeps returning. What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:49 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

**4. Why is Microsoft not prepared to immediately shut down AI or human programming urgently, when lives are at stake?**

**5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is Microsoft doing to stop this activity?**

**Thank you,**
**Jeffery Battle**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:30 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:21 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

Harassment Continues: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at Microsoft BING is manipulating the search information that is coming up on the first page and STILL attempting to associate the terrorist with me. Please Help, I have contacted the FBI.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:46 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information has resurfaced multiple times today 06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

---

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along to the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

37

SIR14721209 - Concern Bing: Search Suggestion

CM

CDOC Case Management <cdoccm@microsoft.com>

To:

○ You
Mon 6/19/2023 1:58 PM

Hi,

Thank you for contacting Microsoft about Bing search results.  Please note that the most expeditious way to process your request is to use our online Report a Concern to Bing form located here:  Microsoft-Report a Concern to Bing. **If you have any concerns related to Bing Chat or AI powered features please be sure to choose (AI powered feature) from the selection of concerns**.  You will be prompted at this link to provide additional information about your request.

For websites or URL that you want to be removed from the Bing search results (non Bing AI results), please the list of all the URLs you would like removed in an editable electronic format (e.g., Word or a .txt file).  The URL(s) cannot be a www.bing.com URL because these pertain to search results and are not the original location.

Please provide also a copy of the court order or similar documentation supporting your request. We will need this in order to proceed with our review of your request.

If you have contacted the site owner and the content is no longer on the site, please use the Content Removal Tool to request removal of outdated content in Bing web results: https://www.bing.com/webmaster/help/bing-content-removal-tool-cb6c294d

Thank you,

Bing Team

Ref:MSG10752764_Y9kEzAK6GfcxnH3r740

15

Fw: SIR14904217- Your request for content review on **Microsoft**

?

You forwarded this message on Wed 6/21/2023 7:39 AM
You forwarded this message on Wed 6/21/2023 7:39 AM
JB
J. B.

To:

• CDOC Case Management
Sat 6/17/2023 11:33 AM

Why is this keep returning? This is a matter of life and safety that this gets permanently removed. Has this been reported to the FBI?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 12:04 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14904217- Your request for content review on Microsoft

Why is this keep returning? This is a matter of life and safety that this gets permanently removed.

**From:** Microsoft Customer Service <msftcs@microsoft.com>
**Sent:** Friday, June 16, 2023 8:24 AM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14904217- Your request for content review on Microsoft

This is an automated message to let you know we have received your request to investigate content on Microsoft services .

Sincerely,

Microsoft Customer Protection

16

39

Fw: SIR14787516- Your request for content review on **Microsoft**

You forwarded this message on Tue 6/13/2023 9:29 AM
You forwarded this message on Tue 6/13/2023 9:29 AM
JB
J. B.

To:

⊙   CDOC Case Management
      Sun 6/11/2023 5:02 PM



The attached message keeps returning. What is **Microsoft** BING doing **to** end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:48 PM
**To:** CDOC Case Management <cdoccm@**microsoft**.com>
**Subject:** Fw: SIR14787516- Your request for content review on **Microsoft**

**PLEASE HELP: Case (SIR14721209) has not responded with answers to the following or the new reoccurring false information now appearing in my Muck Rack journalist's profile.**

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

17

4. Why is **Microsoft** not prepared **to** immediately shut down AI or human programming urgently, when lives are at stake?

5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is **Microsoft** doing **to** stop this activity?

Thank you,
Jeffery Battle

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:32 PM
**To:** CDOC Case Management <cdoccm@**microsoft**.com>
**Subject:** Fw: SIR14787516- Your request for content review on **Microsoft**

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:23 PM
**To:** CDOC Case Management <cdoccm@**microsoft**.com>
**Subject:** Fw: SIR14787516- Your request for content review on **Microsoft**

Harassment Continues / FBI contacted: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at **Microsoft** BING is manipulating the search information that is coming up on the first page and STILL attempting **to** associate the terrorist with me. Please Help, I have contacted the FBI.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:52 PM
**To:** CDOC Case Management <cdoccm@**microsoft**.com>
**Subject:** Re: SIR14787516- Your request for content review on **Microsoft**

**PLEASE HELP: The false and damaging information has resurfaced multiple times to**day **06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**

18

*41*

**1. The false information that was report**ed by **Microsoft** BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

**Please, respond immediately:**
**1. The false information that was report**ed by **Microsoft** BING has reappeared. What specific measures and parameters (technology or human) were taken by **Microsoft** BING **to** remove the recurring false and harmful information?

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along **to** the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

**RE: Fw: SIR14721209 - Concern Bing: Search Suggestion**

JB
J. B.

To:

&#9702;   CDOC Case Management

19

4c



2 attachments (2 MB)⬚Save all to OneDrive⬚Download all

URGENT: My reputation, business, professor standing, book launch, life, and my family's life and safety are at risk due ==to== your false ==report==ing;

1. PLEASE RESPOND ==TO== THIS MESSAGE: Why can't you remove the false content and why is it reappearing immediately with different IP Addresses when you remove it?

June 4, 2023,

This is Jeffery Battle and the attached false and defamatory message keeps appearing. The inflammatory content page, ==report==ing false information, that you stated was removed yesterday (RE: CDOC Case Management SIR14721209) is back on ==Microsoft== BING ==to==day, just one day later. See the synopsis below and the attached website screenshot dated 2013 -06-03 and 2023-06-04 (24).

1. PLEASE RESPOND <mark>TO</mark> THIS MESSAGE: Why can't you remove the false content and why is it reappearing when you remove it?

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Saturday, June 3, 2023 11:16 AM
**To:** CDOC Case Management <cdoccm@<mark>microsoft</mark>.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

This is Jeffery Battle. The inflammatory content page, <mark>report</mark>ing false information, that you stated was removed yesterday (RE: CDOC Case Management SIR14721209) is back on <mark>Microsoft</mark> BING <mark>to</mark>day, just one day later. See the synopsis below and the attached website screenshot dated 2013 -06-03.

Website: jeffery battle - Search (bing.com)

False and Harmful Content:

" jeffery battle - Search (bing.com)

Jeffery Battle, also known as **The Aerospace Professor**, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company[12]. He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University[12]. Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees[2]. However, Battle was sentenced <mark>to</mark> eighteen years in prison after pleading guilty <mark>to</mark> seditious conspiracy and levying war against the United States[3]. He had two years added <mark>to</mark> his sentence for refusing <mark>to</mark> testify before a grand jury[3].

Learn more:
1. linkedin.com2. theaerospaceprofessorbooks.com3. wikipedia.org+1 more
1. linkedin.com2. theaerospaceprofessorbooks.com3. wikipedia.org— see less

This summary was generated using AI based on multiple online sources. <mark>To</mark> view the original source information, use the "Learn more" links.

---

**From:** CDOC Case Management <cdoccm@<mark>microsoft</mark>.com>
**Sent:** Friday, June 2, 2023 5:15 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

· Hi,

44

The URL in question is no longer visible on Bing.  If you continue to see the URL appearing on Bing, **please provide a screenshot of the search results page** or provide the URL in question for further investigation.

Thank you,
Bing Team

Ref:MSG10457208_UVxQUCRXvr6obuqZawr



## Fw: SIR14721209 - Concern Bing: Search Suggestion

▢
You forwarded this message on Wed 6/21/2023 7:37 AM
You forwarded this message on Wed 6/21/2023 7:37 AM
JB
J. B.

To:
○   CDOC Case Management
Sat 6/17/2023 11:34 AM



Has this message that keeps retuning been reported to the FBI?
Why is this keep returning? This is a matter of life and safety that this gets permanently removed.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 12:03 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

Why is this keep retuning? This is a matter of life and safety that this gets permanently removed.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Friday, June 16, 2023 8:24 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached keeps on returning. What are you doing to stop it.

46

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Wednesday, June 14, 2023 9:19 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation information keeps returning. Have you contacted the FBI? Can anyone explain to me what is happening; this is a matter of life and safety?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 5:28 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation information keeps reappearing.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 10:59 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation is information is returning to your site. Have you contacted the FBI?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 9:27 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached very first defamation message keeps returning; see another attachment (2023-06-13). What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Monday, June 12, 2023 5:12 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached very first defamation message keeps returning; see the attachment (2023-06-12). What is Microsoft BING doing to end the hacking and defamation problem?

47

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 5:02 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached message keeps returning. What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:49 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

**4. Why is Microsoft not prepared to immediately shut down AI or human programming urgently, when lives are at stake?**

**5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is Microsoft doing to stop this activity?**

Thank you,
Jeffery Battle

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:30 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:21 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

Harassment Continues: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at Microsoft BING is manipulating the search information that is coming up on the first page and STILL attempting to associate the terrorist with me. Please Help, I have contacted the FBI.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:46 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information has resurfaced multiple times today 06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

*49*

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along to the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

## Fw: SIR14721209 - Concern Bing: Search Suggestion

JB
J. B.

To:

        ◦  CDOC Case Management
           Thu 6/15/2023 11:08 AM



The attached keeps on returning. What are you doing to stop it.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Wednesday, June 14, 2023 9:19 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion


The same defamation information keeps returning. Have you contacted the FBI? Can anyone explain to me what is happening; this is a matter of life and safety?


**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 5:28 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation information keeps reappearing.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 10:59 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The same defamation is information is returning to your site. Have you contacted the FBI?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Tuesday, June 13, 2023 9:27 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

51

The attached very first defamation message keeps returning; see another attachment (2023-06-13). What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Monday, June 12, 2023 5:12 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached very first defamation message keeps returning; see the attachment (2023-06-12). What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 5:02 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

The attached message keeps returning. What is Microsoft BING doing to end the hacking and defamation problem?

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:49 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

**4. Why is Microsoft not prepared to immediately shut down AI or human programming urgently, when lives are at stake?**

**5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is Microsoft doing to stop this activity?**

Thank you,
**Jeffery Battle**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:30 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:21 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

Harassment Continues: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at Microsoft BING is manipulating the search information that is coming up on the first page and STILL attempting to associate the terrorist with me. Please Help, I have contacted the FBI.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:46 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false and damaging information has resurfaced multiple times today 06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.**

5 3

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along to the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

54

# Re: SIR14787516- Your request for content review on Microsoft

🔲
You forwarded this message on Sun 6/11/2023 3:23 PM
You forwarded this message on Sun 6/11/2023 3:23 PM
JB
J. B.
To:

• CDOC Case Management
  Thu 6/8/2023 6:52 PM



2 attachments (561 KB)🔲Save all to OneDrive🔲Download all

**PLEASE HELP: The false and damaging information has resurfaced multiple times today 06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**

**1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along to the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

# Fw: SIR14787516- Your request for content review on Microsoft

[?]
You forwarded this message on Sun 6/11/2023 5:02 PM
You forwarded this message on Sun 6/11/2023 5:02 PM
JB
J. B.

To:

○  CDOC Case Management
Sun 6/11/2023 3:48 PM



**PLEASE HELP: Case (SIR14721209) has not responded with answers to the following or the new reoccurring false information now appearing in my Muck Rack journalist's profile.**

**Please, respond immediately / The FBI has been notified:**
**1. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**2. What insurances are provided to me (Jeffery Battle) that the extremely harmful information does not ever reappear on Microsolf BING, elsewhere on the internet, or downloaded?**

**3. Was the false information generated by Artificial intelligence (AI) or human programming?**

**4. Why is Microsoft not prepared to immediately shut down AI or human programming urgently, when lives are at stake?**

57

**5. As of 06/11/2023, the false information is now showing appearing under my journalist's Press Release. What is Microsoft doing to stop this activity?**

**Thank you,**
**Jeffery Battle**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:32 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14787516- Your request for content review on Microsoft

**PLEASE HELP: The false and damaging information resurfaced again on 06/11/2023 on another Microsoft BING posting attached under my Journalist posting; see attachment; please, respond immediately.**

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 11, 2023 3:23 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14787516- Your request for content review on Microsoft

Harassment Continues / FBI contacted: The search of my name (Jeffery Battle) is resulting in MORE front-page search information than before for convicted terrorists (Jeffrey Leon Battle). I believe that a human at Microsoft BING is manipulating the search information that is coming up on the first page and STILL attempting to associate the terrorist with me. Please Help, I have contacted the FBI.

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 6:52 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14787516- Your request for content review on Microsoft

**PLEASE HELP: The false and damaging information has resurfaced multiple times today 06/08/2023 on another Microsoft BING posting attached under my Journalist's profile "Muck Rack"; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared in a posting attached under my Journalist profile Muck Rack; see another URL screenshot attachment 06/08/2023.**

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Thursday, June 8, 2023 9:45 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

**PLEASE HELP: The false information has resurfaced on another Microsoft BING posting; see below:**

**Please, respond immediately:**
**1. The false information that was reported by Microsoft BING has reappeared. What specific measures and parameters (technology or human) were taken by Microsoft BING to remove the recurring false and harmful information?**

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Tuesday, June 6, 2023 6:04 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

Thank you for contacting Bing regarding concerns with content appearing in Bing search results. We have reviewed your request and have forwarded it along to the appropriate content moderation team for processing.

Thank you,
Bing Team

Ref:MSG10524132_j9BDntCdCZNr1ggHGKt

# Fw: <mark>SIR14721209</mark> - Concern Bing: Search Suggestion

⬜
You forwarded this message on Tue 6/6/2023 9:35 AM
You forwarded this message on Tue 6/6/2023 9:35 AM
JB
J. B.

⬜
⬜
⬜
⬜

To:

- CDOC Case Management
  Mon 6/5/2023 2:31 PM



62



4 attachments (4 MB) Save all to OneDrive Download all

**Please HELP: The False message keeps returning under different and new URLs; see the attachments:**

URGENT: PLEASE ESCALATE TO HIGHER AUTHORITY / CEO or President Microsoft - MULTIPLE NOTICES FORWARDED / AI The same false message appears to be duplicating the same message by "crawling" as it makes its way through the internet the message could possibly be created due to human programming.





△ 2023-06-05 (4).png

- My reputation, business, professor standing and career, autobiography launch, life, and my family's life and safety are at risk to multiple levels of harm due to your false reporting.

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 4, 2023 8:54 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: <mark>SIR14721209</mark> - Concern Bing: Search Suggestion
Profile / Twitter

    1.

June 4, 2023,
This is Jeffery Battle and the attached false and defamatory message keeps re-appearing. The inflammatory content page, reporting false information, that you stated was removed yesterday (RE: CDOC Case Management <mark>SIR14721209</mark>) is back on Microsoft BING today, just one day later. See the synopsis below and the attached website screenshot dated 2013 -06-03 (1) and   2023-06-01,  2023-06-04 (24), and Microsoft2023-06-04 (32).

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Sunday, June 4, 2023 3:39 PM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: <mark>SIR14721209</mark> - Concern Bing: Search Suggestion

URGENT: PLEASE ESCALATE TO HIGHER AUTHORITY - My reputation, business, professor standing and career, autobiography launch, life, and my family's life and safety are at risk due to your false reporting;

    1. PLEASE RESPOND TO THIS MESSAGE: Why can't you remove the false content and why is it reappearing immediately with different IP Addresses when you remove it?

June 4, 2023,
This is Jeffery Battle and the attached false and defamatory message keeps appearing. The inflammatory content page, reporting false information, that you stated was removed yesterday (RE: CDOC Case Management <mark>SIR14721209</mark>) is back on Microsoft BING today, just one day later. See the synopsis below and the attached website screenshot dated 2013 -06-03 (1) and   2023-06-01, and  2023-06-04 (24).

62

1. PLEASE RESPOND TO THIS MESSAGE: Why can't you remove the false content and
   why is it reappearing when you remove it?

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Saturday, June 3, 2023 11:48 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Fw: SIR14721209 - Concern Bing: Search Suggestion

RE:
An attachment was added to the previous email (CDOC Case Management - SIR14721209), with
false and damaging information, falsely combining Microsoft BING web search profiles of
(Jeffery Battle) to (Jeffery Leon Battle) as one individual (Jeffery Battle), falsely stating the
wrong individual as a convicted terrorist; dated 2023-06-03(1).

Website:  jeffery battle - Search (bing.com)

### jeffery battle - Bing

Intelligent search from Bing makes it easier to quickly find wha
looking for and rewards you.

www.bing.com

Thank you,
Jeff

---

**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Saturday, June 3, 2023 11:16 AM
**To:** CDOC Case Management <cdoccm@microsoft.com>
**Subject:** Re: SIR14721209 - Concern Bing: Search Suggestion

This is Jeffery Battle. The inflammatory content page, reporting false information, that you
stated was removed yesterday (RE: CDOC Case Management SIR14721209) is back on Microsoft
BING today, just one day later. See the synopsis below and the attached website screenshot
dated 2013 -06-03.

Website: jeffery battle - Search (bing.com)

False and Harmful Content:

" jeffery battle - Search (bing.com)

Jeffery Battle, also known as **The Aerospace Professor**, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company[12]. He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University[12]. Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees[2]. However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States[3]. He had two years added to his sentence for refusing to testify before a grand jury[3].

**Learn more:**
1. linkedin.com2. theaerospaceprofessorbooks.com3. wikipedia.org+1 more
1. linkedin.com2. theaerospaceprofessorbooks.com3. wikipedia.org— see less

This summary was generated using AI based on multiple online sources. To view the original source information, use the "Learn more" links.

**From:** CDOC Case Management <cdoccm@microsoft.com>
**Sent:** Friday, June 2, 2023 5:15 PM
**To:** jefbttl@hotmail.com <jefbttl@hotmail.com>
**Subject:** SIR14721209 - Concern Bing: Search Suggestion

Hi,

The URL in question is no longer visible on Bing. If you continue to see the URL appearing on Bing, **please provide a screenshot of the search results page** or provide the URL in question for further investigation.

Thank you,
Bing Team

Ref:MSG10457208_UVxQUCRXvr6obuqZawr