

Exhibit 14
B. 10 of 1

