Exhibits
P. 1 of 1

