Exhibit 20
P. 1 of 1

