Exh. 6/21
B. 1 of 2



Microsoft Bing

jeffery battle

J.  38646

SEARCH   CHAT   SHOPPING   IMAGES   VIDEOS   MAPS   MORE

About 109,000 results    Any time

Jeffery Battle, also known as **The Aerospace Professor**, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company [1] [2]. He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University [1] [2]. Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees [2]. However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States [3]. He had two years added to his sentence for refusing to testify before a grand jury [3].

Learn more:   1. linkedin.com    2. theaerospaceprofessorbooks.com    3. wikipedia.org

Feedback

### Related results

**Jeffery Battle - 2022 - Football - University of North Alabam...**
https://roarlions.com/sports/football/roster/jeffery-battle/2571
UNA 2021: Played in all 11 games in 2021 with three starts...Finished with 30 total tackles (21 solo, 9 assists)... Recovered a fumble against Charle...

### People also ask

**What happened to Jeffrey Battle?**
He refused to cooperate with the government and was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against

**Who is General Jeffery?**
On 18 July 2019 the Prime Minister, the Honourable Scott Morrison, reappointed General Jeffery to the position of National Soils Advocate, noting that the role is intended to be



Exhibit 31
P. 2 of 2