Exhibit 22
B. 1 of 1

