Exhibit 24 P.1 of 1

