

# The Aerospace Professor memoir: His enrollment in a colored school, set up to fail, and "You get an F" became the slogan

*The Aerospace Professor memoir: His enrollment in a colored school, set up to fail, and how a celebrities slogan parity "You get an F" became a revised slogan*

COLUMBIA, MARYLAND, UNITED STATES, January 9, 2023 /EINPresswire.com/ -- The Aerospace Professor autobiography is now available on Amazon, Barnes and Noble, and many of your favorite exchanges, with an audiobook coming in December 2022. Despite the severity of any particular experience, The Aerospace Professor's direct and indirect associations served as sources of strength. Read more about The Aerospace Professor and Taraji P. Henson, Tuskegee Airman General Benjamin O. Davis, Jr., Congresswoman Shirley Chisholm, John Mellencamp, Charlie Wilson, Golden Frinks (Civil Rights Activist), William Earl "Bootsy" Collins, Oprah Winfrey, The U.S. Air Force, The Haliwa-Saponi Tribe, Representative John D. Hall, and Brooke Simpson (The Voice).



"Look Above" - The Aerospace Professor

Remember to always "Look Above."

> **"We Cannot Rise Above, Until We Begin to Look Above"**
> — *The Aerospace Professor, Jeffery Battle*

"We Cannot Rise Above, Until We Begin to Look Above" - Jeffery Battle, The Aerospace Professor. His autobiography and life experiences are where an incredible number of adverse circumstances and perceived setbacks, uncovered unlikely success stories despite the gravity of the events individually. The chapters within The Aerospace Professor's autobiography present the emotional and compelling journeys of an Adjunct Professor, service-disabled veteran, and prostate cancer survivor, from early childhood through maturity.

"Who am I, Forrest Gump?" The Aerospace Professor personal memoir is provocative and a compilation of dramatic, emotional, and riveting journeys from early childhood through maturity. With a small amount of imagination, the autobiography resembles the life of a Tom Hanks movie character like Forrest Gump. Forrest Gump and The Aerospace Professor. The sheer continuation of true-life experiences of The Aerospace Professor is similar to what a Tom Hanks character like Forrest Gump would go through.



The Aerospace Professor autobiography front and back cover

The Aerospace Professor (Jeffery Battle) and The Aerospace Professor Company, are the definition of the subtitle "The Man and The Brand." Adjunct Professor Battle has a Master of Business Administration in Aviation (MBA/A), with two Bachelor of Science degrees in General Engineering and Professional Aeronautics.

"Eliminate failure as an option, be flexible and adapt, focus on what is real, and find a passion and develop a vision." The mantra of The Aerospace Professor is "Look Above." The words "Look Above" for The Aerospace Professor mean that each day, all individuals should strive to perform at a higher level or at least a level above what they had initially intended.

"Don't just do your best, do your very best each day! Be excited about life

and continue to be inspired by questioning and challenging yourself about what "Look Above" means for you today! Also, remember to give back and help others."

Please purchase the dynamic autobiography and find out ways to be flexible and adapt, seeking to eliminate failure as an option. The Aerospace Professor autobiography is now available on Amazon at the website https://theaerospaceprofessorbooks.com.

Jeffery Battle
The Aerospace Professor Company
JB@TheAerospaceProfessor.com
Visit us on social media:
Facebook
LinkedIn
Other

[1] https://theaerospaceprofessorbooks.com/
[2] http://TheAerospaceProfessor.com
[3] https://www.amazon.com/AEROSPACE-PROFESSOR-MAN-BRAND/dp/B0BD55T4RR/ref=sr_1_1?crid=N6A7YIOENT4Z&keywords=the+aerospace+professor&qid=1663157917&sprefix=The+Aerospace%2Caps%2C59&sr=8-1



The Aerospace Professor autobiography front cover posting image

This press release can be viewed online at: https://www.einpresswire.com/article/605455540/

Disclaimer: If you have any questions regarding information in this press release please contact the company listed in the press release. Please do not contact EIN Presswire. We will be unable to assist you with your inquiry. EIN Presswire disclaims any content contained in these releases.

© 1995-2023 Newsmatics Inc. All Right Reserved.