Exhibit 38
B, 1 of 1

