Exhibit 30
P. 1 of 3





To empower people to unlock the joy of discovery, feel the wonder of creation and better harness the world's knowledge, today we're improving how the world benefits from the web by reinventing the tools billions of people use every day, the search engine and the browser.

Today, we're launching an all new, AI-powered Bing search engine and Edge browser, available in preview now at Bing.com, to deliver better search, more complete answers, a new chat experience and the ability to generate content. We think of these tools as an AI copilot for the web.

"AI will fundamentally change every software category, starting with the largest category of all – search," said Satya Nadella, Chairman and CEO, Microsoft. "Today, we're launching Bing and Edge powered by AI copilot and chat, to help people get more from search and the web."

There are 10 billion search queries a day, but we estimate half of them go unanswered. That's because people are using search to do things it wasn't originally designed to do. It's great for finding a website, but for more complex questions or tasks too often it falls short.

The new Bing and Edge – Your copilot for the web

Jan 25, 2023 | Charles Lamanna

Create more integrated cloud experiences with over 1,400 connectors

Dec 11, 2022 | Judson Althoff

Empowering the future of financial markets with London Stock Exchange Group

Jan 5, 2023 | Michelle Gonzalez

M12 ventures down a new path





### The new Bing and Edge – Your copilot for the web

We have brought together search, browsing and chat into one unified experience you can invoke from anywhere on the web, delivering:

- **Better search.** The new Bing gives you an improved version of the familiar search experience, providing more relevant results for simple things like sports scores, stock prices and weather, along with a new sidebar that shows more comprehensive answers if you want them.
- **Complete answers.** Bing reviews results from across the web to find and summarize the answer you're looking for. For example, you can get detailed instructions for how to substitute eggs for another ingredient in a cake you are baking right in that moment, without scrolling through multiple results.
- **A new chat experience.** For more complex searches – such as for planning a detailed trip itinerary or researching what TV to buy – the new Bing offers new, interactive chat. The chat experience empowers you to refine your search until you get the complete answer you are looking for by asking for more details, clarity and ideas – with links available so you can immediately act on your decisions.
- **A creative spark.** There are times when you need more than an answer – you need inspiration. The new Bing can generate the content to help you. It can help you write an email, create a 5-day itinerary for a dream vacation to Hawaii, with links to book your travel and accommodations, prep for a job interview or create a quiz for trivia night. The new Bing also cites all its sources, so you're able to see links to the web content it references.
- **New Microsoft Edge experience.** We've updated the Edge browser with new AI capabilities and a new look, and we've added two new functionalities: Chat and compose. With the Edge Sidebar, you can ask for a summary of a lengthy financial report to get the key takeaways – and then use the chat function to ask for a comparison to a competing company's financials and automatically put it in a table. You can also ask Edge to help you compose content, such as a LinkedIn post, by giving it a few prompts to get you started. After that, you can ask it to help you update the tone, format and length of the post. Edge can understand the web page you're on and adapts accordingly.

