

Microsoft

**Official Microsoft Blog**

- Our Company
- News and Stories
- Press Tools
- Source
- All Microsoft

# Reinventing search with a new AI-powered Microsoft Bing and Edge, your copilot for the web

Feb 7, 2023 | Yusuf Mehdi - Corporate Vice President & Consumer Chief Marketing Officer

- Share on Facebook (opens new window)
- Share on Twitter (opens new window)
- Share on LinkedIn (opens new window)



To empower people to unlock the joy of discovery, feel the wonder of creation and better harness the world's knowledge, today we're improving how the world benefits from the web by reinventing the tools billions of people use every day, the search engine and the browser. Today, we're launching an all new, AI-powered Bing search engine and Edge browser, available in preview now at Bing.com, to deliver better search, more complete answers, a new chat experience and the ability to generate content. We think of these tools as an AI copilot for the web.

"AI will fundamentally change every software category, starting with the largest category of all – search," said Satya Nadella, Chairman and CEO, Microsoft. "Today, we're launching Bing and Edge powered by AI copilot and chat, to help people get more from search and the web."

There are 10 billion search queries a day, but we estimate half of them go unanswered. That's because people are using search to do things it wasn't originally designed to do. It's great for finding a website, but for more complex questions or tasks too often it falls short.

**The new Bing and Edge – Your copilot for the web**

We have brought together search, browsing and chat into one unified experience you can invoke from anywhere on the web, delivering:

- **Better search.** The new Bing gives you an improved version of the familiar search experience, providing more relevant results for simple things like sports scores, stock prices and weather, along with a new sidebar that shows more comprehensive answers if you want them.
- **Complete answers.** Bing reviews results from across the web to find and summarize the answer you're looking for. For example, you can get detailed instructions for how to substitute eggs for another ingredient in a cake you are baking right in that moment, without scrolling through multiple results.
- **A new chat experience.** For more complex searches – such as for planning a detailed trip itinerary or researching what TV to buy – the new Bing offers new, interactive chat. The chat experience empowers you to refine your search until you get the complete answer you are looking for by asking for more details, clarity and ideas – with links available so you can immediately act on your decisions.
- **A creative spark.** There are times when you need more than an answer – you need inspiration. The new Bing can generate the content to help you. It can help you write an email, create a 5-day itinerary for a dream vacation to Hawaii, with links to book your travel and accommodations, prep for a job interview or create a quiz for trivia night. The new Bing also cites all its sources, so you're able to see links to the web content it references.
- **New Microsoft Edge experience.** We've updated the Edge browser with new AI capabilities and a new look, and we've added two new functionalities: Chat and compose. With the Edge Sidebar, you can ask for a summary of a lengthy financial report to get the key takeaways – and then use the chat function to ask for a comparison to a competing company's financials and automatically put it in a table.

4

You can also ask Edge to help you compose content, such as a LinkedIn post, by giving it a few prompts to get you started. After that, you can ask it to help you update the tone, format and length of the post. Edge can understand the web page you're on and adapts accordingly.



With the new Bing, exploring the web isn't just easier, it's also more fun. Ask it things like:
*My anniversary is coming up in September, help me plan a trip somewhere fun in Europe, leaving from London.*
*Will the Ikea Klippan loveseat fit into my 2019 Honda Odyssey?*


Case 1:23-cv-01822-LKG   Document 3-31   Filed 07/24/23   Page 5 of 7

5

*I like electronic music and want to go to my first festival this year. Do you have any recommendations or tips for me?*

  

> I am planning a trip for our anniversary in September. What are 3 hour flight from London Heathrow?

Congratulations on your anniversary! 🎉 There are many places you can go that are within a 3 hour flight from London Heathrow. Here are some suggestions based on your preferences and the best destinations in Europe in September ⁴ ⁵ ⁶.

- If you like **beaches** and **sunshine**, you can fly to **Malaga** in Spain ¹, which has a pleasant climate, a lively culture, and a beautiful coastline. You can enjoy the sandy beaches, the historic monuments, and the delicious tapas. Malaga is also a great base to explore other nearby attractions, such as Granada, Seville, and Cordoba.
- If you like **mountains** and **lakes**, you can fly to **Annecy** in France ⁴, which is a charming alpine town near the Swiss border. Annecy is known as the "Venice of France" because of its canals and bridges. You can admire the stunning scenery, visit the medieval castle, and try some local cheese and wine. Annecy is also close to Geneva, Chamonix, and Lyon, if you want to see more of the region.
- If you like **art** and **history**, you can fly to **Florence** in Italy ⁶, which is the birthplace of the Renaissance and a UNESCO World Heritage Site. Florence is a treasure trove of artistic and architectural masterpieces, such as the Duomo, the Uffizi Gallery, and the Ponte Vecchio. You can also explore the Tuscan countryside, taste the famous gelato, and shop for leather goods.



## Reinventing search with AI

The new Bing experience is a culmination of four technical breakthroughs:

- **Next-generation OpenAI model.** We're excited to announce the new Bing is running on a new, next-generation OpenAI large language model that is more powerful than ChatGPT and customized specifically for search. It takes key learnings and advancements from ChatGPT and GPT-3.5 – and it is even faster, more accurate and more capable.
- **Microsoft Prometheus model.** We have developed a proprietary way of working with the OpenAI model that allows us to best leverage its power. We call this collection of capabilities and techniques the Prometheus model. This combination gives you more relevant, timely and targeted results, with improved safety.

- **Applying AI to core search algorithm.** We've also applied the AI model to our core Bing search ranking engine, which led to the largest jump in relevance in two decades. With this AI model, even basic search queries are more accurate and more relevant.
- **New user experience.** We're reimagining how you interact with search, browser and chat by pulling them into a unified experience. This will unlock a completely new way to interact with the web.

These groundbreaking new search experiences are possible because Microsoft has committed to building Azure into an AI supercomputer for the world, and OpenAI has used this infrastructure to train the breakthrough models that are now being optimized for Bing.

**Microsoft and OpenAI – innovating together, responsibly**

Together with OpenAI, we've also been intentional in implementing safeguards to defend against harmful content. Our teams are working to address issues such as misinformation and disinformation, content blocking, data safety and preventing the promotion of harmful or discriminatory content in line with our AI principles.

The work we are doing with OpenAI builds on our company's yearslong effort to ensure that our AI systems are responsible by design. We will continue to apply the full strength of our responsible AI ecosystem – including researchers, engineers and policy experts – to develop new approaches to mitigate risk.

**Live today in limited preview, expanding to millions soon**

The new Bing is available today in a limited preview on desktop, and everyone can visit Bing.com today to try sample queries and sign up for the waitlist. We're going to scale the preview to millions in the coming weeks. A mobile experience will also be in preview soon.

We're excited to put the new Bing and Edge into the real world to get the critical feedback required to improve our models as we scale.

**Related links:**

Amy Hood, Microsoft executive vice president and chief financial officer, will host a conference call with investors at 2:30 p.m. PT.

Brad Smith, Microsoft vice chair and president: Meeting the moment: advancing the future through responsible AI

Learn more about advertising on the new Bing

More information about the announcement

Tags: AI, Bing, Microsoft Edge

Follow us:

- Check us out on RSS

**What's new**
- Surface Pro 9

- Surface Laptop 5
- Surface Studio 2+
- Surface Laptop Go 2
- Surface Laptop Studio
- Surface Go 3
- Microsoft 365
- Windows 11 apps

**Microsoft Store**

- Account profile
- Download Center
- Microsoft Store support
- Returns
- Order tracking
- Trade-in for Cash
- Microsoft Store Promise
- Flexible Payments

**Education**

- Microsoft in education
- Devices for education
- Microsoft Teams for Education
- Microsoft 365 Education
- How to buy for your school
- Educator training and development
- Deals for students and parents
- Azure for students

**Business**

- Microsoft Cloud
- Microsoft Security
- Dynamics 365
- Microsoft 365
- Microsoft Power Platform
- Microsoft Teams
- Microsoft Industry
- Small Business

**Developer & IT**

- Azure
- Developer Center
- Documentation
- Microsoft Learn
- Microsoft Tech Community
- Azure Marketplace
- AppSource
- Visual Studio

**Company**

- Careers
- About Microsoft
- Company news
- Privacy at Microsoft
- Investors
- Diversity and inclusion
- Accessibility
- **Sustainability**