

# Jeffrey Battle

From Wikipedia, the free encyclopedia

> This biography of a living person needs additional citations for verification. Please help by adding reliable sources. Contentious material about living persons that is unsourced or poorly sourced must be removed immediately, especially if potentially libelous or harmful.
> Find sources: "Jeffrey Battle" – news · newspapers · books · scholar · JSTOR *(May 2009)* *(Learn how and when to remove this template message)*

**Jeffrey Leon Battle** was a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban. He refused to cooperate with the government and was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States. He had two years added to his sentence for refusing to testify before a grand jury.

## Background [edit]

Jeffrey Leon Battle had a checkered past. According to an article in the *Star-Ledger*, "Battle was a ne'er-do-well, a one-time Mary Kay cosmetics representative who was trying to wriggle out of his commitment to the U.S. Army reserves after washing out in boot camp."[1]

Jeffrey Leon Battle moved to Portland in the late 1990s from Houston, Texas, where he served as a bodyguard for New Black Panther leader and community activist Quanell X.[2]

## First contact with law enforcement [edit]