Exhibit 36
P. 1 of 1



AGE
52

GENDER
Male

RACE
Black

Jeffery Leon Battle was part of the Portland Seven, a homegrown cell whose members studied books and films about jihad and also participated in firearms and militia training before 9/11. The group's activities were discovered when a sheriff's deputy in Washington state questioned several people as they held target practice. The FBI introduced informants, and they recorded the group talking about joining the Taliban by flying to China and then traveling to Afghanistan. Battle, the group's ringleader, said in court testimony that he joined the U.S. Army Reserve to learn tactics and use them against the United States.

**CURRENT LOCATION**