Exh. 37
P. 1 of 1



### Chicago Tribune

PORTLAND, Ore. — Two members of the so-called Portland Seven terrorist cell defended their actions and condemned the government's case against them Monday before being sentenced to 18 years in prison.

Patrice Lumumba Ford, 32, and Jeffrey Leon Battle, 33, both American Muslims, pleaded guilty last month to conspiracy to wage war against the United States. The two, along with fellow radical Muslims, had tried to join the Taliban to battle U.S. troops in Afghanistan shortly after the Sept. 11 attacks.