Exhibit 39
P. 1 of 1

