





### Microsoft Outlook (Hotmail) Email Account Hacking / Monitoring

**J. B.**
To: You; Caroline Bernstein
Thu 6/22/2023 8:08 AM

Since June 17, 2023;

I got an indication that Microsoft accessed my email account, and is now monitoring my Microsoft Outlook (Hotmail) email due to my reporting of false information, associating me with a convicted terrorist on BING, to the FBI, and notifying them. I also got an indication that they are developing a defense, by monitoring my communications with attorneys and may have intercepted my initial communications.

If anything were to happen to me or my family, Microsoft would be liable as their false reporting continues.















