Exhibit 40
P. 1 of 1
Case 1:23-cv-01822-LKG  Document 3-46  Filed 07/24/23  Page 1 of 1

## Aerospace professor pleads guilty to conspiracy and Bing wins lawsuit

15/07/2023, 22:10



