IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY BATTLE, *et al.*,<br><br>　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　Defendant. | Civil Action No.:  JRR-23-1822 |

**ORDER**

　　Plaintiff Jeffery Battle, filed the above entitled pro se civil action on July 7, 2023, on behalf of himself and his company, Battle Enterprises, LLC.  ECF No. 1.  However, artificial entities, such as corporations and limited liability companies, cannot proceed pro se in this Court.  *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993) ("It has been the law for the better part of two centuries … that a corporation may appear in the federal courts only through licensed counsel" and "that rule applies equally to all artificial entities.").  Because Battle Enterprises, LLC is an artificial entity, it may not pursue this action unless and until it is represented by a member of the Bar of this Court.

　　Accordingly, it is this _26th__ day of July, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff Battle Enterprises, LLC must retain counsel and counsel must enter an appearance within twenty-eight (28) days of the date of this Order;

2. Plaintiff Battle Enterprises, LLC IS FOREWARNED that if counsel fails to enter an appearance by the deadline set herein, the Complaint will be dismissed as to Battle Enterprises, LLC without prejudice and without further notice from this Court; and

3. The Clerk SHALL PROVIDE a copy of this Order to Mr. Battle.

_____/S/_____
Julie R. Rubin
United States District Judge