From:

Jeffery Battle
8314 Pigeon Fork Ln
Laurel, Maryland 20724
(301) 613-6104
jefbttl@hotmail.com

August 1, 2023

Page 1 of 2

CC:

Microsoft Corporation
1 Microsoft Way
Redmond WA 98052
(425) 882-8080
ATTN: Legal Department

CC:

United States District Court
District of Maryland
Northern Division
Clerk's Office
101 W. Lombard Street
Baltimore, MD 21201
Catherine M. Stavlas, Clerk; and or David E. Ciambruschin, Chief Deputy

RE: **Addendum 1** - Case Number (1:23-cv-01822-JRR) (Battle et al v. Microsoft Corporation); Judge Julie Rebecca Rubin; Pre-Discovery Exhibit Documents

   Microsoft is a large and powerful corporation that has earned millions if not billions of dollars during the recent announcement of its Artificial Intelligence (AI) offerings, partnerships, and future AI developments. I am sure the corporation will do all that is available to protect its interests.

   Information concerning my complaint and downloads of information labeling me as a terrorist is now being decimated in the press and on the world-wide-web.

   Due to my allegations in my complaint of Microsoft Bing falsely reporting me as a convicted American terrorist, and my home address and phone number being highlighted on Bing's search results, I Plaintiff Jeffery Battle, have concerns for my life and safety and the life and safety of my family as detailed in this letter and my official complaint.

   There are numerous bad actors, nationally and internationally, who would be interested in silencing my complaint. I am not assured of any level of safety due to my reporting of the incidents and activities to the Maryland States Attorney's Office and the Federal Bureau of Investigations (FBI).