IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

*KLO*

**Amendment 3 - Case 1:23 – cv-01822-JRR**

| | |
|---|---|
| Jeffery Battle, | Complaint for a Civil Case |
| Battle Enterprises, LLC | Case No. 1:23 – cv-01822-JRR |
| (Plaintiff) | Jury Trial: X Yes ☐ No |
| -Vs- | |
| Microsoft Corporation | |
| (Defendant) | |

The Parties to This Complaint A. The Plaintiff (Individual and Organization).
8314 Pigeon Fork Ln
Laurel, Maryland, 20724
(301) 613-6104
jefbttl@hotmail.com

The Parties to This Complaint B. The defendant (Organization).
1 Microsoft Way
Redmond, Washington, 98052
(425) 882-8080
buscond@microsoft.com, daniel@bing.com

**RE: Amendment 3; Update or Change to Complaint Allegations; Case (1:23 – cv-01822-JRR) Judge Julie Rebecca Rubin**

The purpose of this (Amendment 3) to the complaint is to update and change the allegations information. This complaint includes allegations of (1) Assault, (2) Libel - Defamation, (3) Negligence, (4) Gross Negligence, (5) Intentional Disregard, and (6) Strict Product Liability, *(7) Product Liability*

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**For Parties Currently Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: August 21, 2023

Signature of Plaintiff: *Jeff Battle*     Printed Name of Plaintiff: Jeffery Battle