# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
OFFICE OF THE CLERK

USDC- GREENBELT
'23 SEP 5 AM10:55
AV

Reply to Northern Division Address

## CHANGE OF ADDRESS FORM FOR SELF-REPRESENTED PARTY

**Name:** Jeffery Battle

**Address:** P.O. Box 448

**City/State/Zip:** Laurel, MD 20725

**Telephone:** (301) 613-6104

**Fax Number:** —

**Email Address:** jefbttl@hotmail.com

**Case Number**(s), if any: Case 1:23-cv-01822-JRR

**Date:** September 5, 2023

Jeffery Battle

ChangeofAddressProSe (06/2016)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov