AO 440 (Rev. 06/12) Summons in a Civil Action

Summons P. 1 of 16

# UNITED STATES DISTRICT COURT
for the

Jeffery Battle

Plaintiff(s)

v.

Microsoft Corporation

Defendant(s)

USDC- GREENBELT
'23 SEP 20 AM 11:

USDC- GREENBELT
'23 SEP 29 AM 9:34

Civil Action No. 23-CV-1822-LKG

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  Microsoft Corporation - Resident Agent: Submit Summons
CSC Lawyers Incorporating Service Company
7 St. Paul Street - Suite 820
Baltimore, MD 21202

→ 1 Microsoft Way, Redmond, Washington 98052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery Battle
P.O. Box 448
Laurel, MD 20725

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/21/2023

Signature of Clerk or Deputy Clerk

Summons (Amendment 1) To add Complaint Docs

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-1822-LKG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons (Amendment 1 - To add Complaint Documents. I mailed Summons (FedEx-Next Day-Signature Confirmation to Resident Agent address (9-28-2023) → date.

My fees are $ — for travel and $ — for services, for a total of $ $45.00

I declare under penalty of perjury that this information is true.

Date: 9-29-2023

*Jeffs Battle*
Server's signature

Jeffery Battle
Printed name and title

P.O. Box 448
Laurel, MD 20725
Server's address

Additional information regarding attempted service, etc:

Attachments: 1. FedEx (Priority Overnight) Tracking/Signature Doc
2. Civil Action Complaint Documents (1-16).

USDC- GREENBELT
'23 SEP 29 AM 9:33

Civil Action (Proof of Service)
Attachment
(Summons)
23-CV-1822-LKG

# FedEx Office

Address: 14225 BALTIMORE AVE
LAUREL
MD 20707
Location: CGSKS
Device ID: -BTC01
Transaction: 940377076114

**FedEx Priority Overnight**
Tracking Number:
784383820570 — 0.30 lb (S)     45.01
   Adult Signature Required
   Declared Value   0
Recipient Address:
   Microsoft Corporation
   Resident Agent
   CSC Lawyers Incorp Service
   7 st paul st suite 820
   Baltimore, MD 21202
   0000000000

Scheduled Delivery Date 9/29/2023

Pricing option:
   STANDARD RATE

Package Information:
   FedEx Envelope

Shipment subtotal:   $45.01

Total Due:   $45.01

(S) CreditCard:   $45.01
************8077