IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY BATTLE, <br><br> Plaintiff <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendants | Case No. 1:23-cv-01822-LKG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Brett Ingerman, of DLA Piper LLP (US), 650 S. Exeter Street, Baltimore, Maryland 21202, an attorney duly admitted in this Court, hereby appears on behalf of the Defendant Microsoft Corporation in the above-captioned proceeding.

October 19, 2023

Respectfully submitted,

/s/ Brett Ingerman

Brett Ingerman (Bar No. 23037)
**DLA PIPER LLP (US)**
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001

Daniel L. Tobey
(to be admitted *pro hac vice*)
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@us.dlapiper.com

1

        Ashley Allen Carr
        (to be admitted *pro hac vice*)
        Karley Buckley
        (to be admitted *pro hac vice*)
        303 Colorado Street, Suite 3000
        Austin, TX 78701
        Tel.: (512) 457-7000
        Fax: (512) 457-7001
        ashley.carr@us.dlapiper.com

        *Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2023, a copy of the foregoing Notice of Appearance was served by first class US Mail, postage pre-paid, to:

> Jeffery Battle (*pro se*)
> P.O. Box 448
> Laurel, MD 20725

        /s/ Brett Ingerman
        Brett Ingerman