IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY BATTLE,<br><br>                    Plaintiff<br><br>         v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendants | Case No. 1:23-cv-01822-LKG |

**DEFENDANT MICROSOFT CORPORATION'S
<u>OPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105(9), Defendant Microsoft Corporation ("Microsoft") hereby respectfully moves the Court for an order extending the time within which Microsoft is required to file a responsive pleading or motion. Good cause exists to extend the responsive pleading or motion deadline because doing so would allow the parties to clarify service, which to date has not been effectuated, to accommodate competing briefing deadlines for the undersigned counsel, and allow Microsoft to investigate and prepare its answer or responsive pleadings. Microsoft has offered to waive service in exchange for the prescribed 60 days, which Plaintiff has declined.

For these reasons and as set forth in the accompanying Memorandum, Microsoft respectfully requests that the Court enter an order extending the time to answer or otherwise respond to the Complaint by sixty (60) days, to December 18, 2023.

**[SIGNATURES ON FOLLOWING PAGE]**

1

October 19, 2023                             Respectfully submitted,

                                             By:  /s/ Brett Ingerman
                                             Brett Ingerman (Bar No. 23037)
                                             650 S. Exeter Street, Suite 1100
                                             Baltimore, MD 21202
                                             Tel.: (410) 580-3000
                                             Fax: (410) 580-3001

                                             Daniel L. Tobey
                                             (to be admitted *pro hac vice*)
                                             1900 N. Pearl St., Suite 2200
                                             Dallas, TX 75201
                                             Tel.: (214) 743-4500
                                             Fax: (214) 743-4545
                                             danny.tobey@us.dlapiper.com

                                             Ashley Allen Carr
                                             (to be admitted *pro hac vice*)
                                             Karley Buckley
                                             (to be admitted *pro hac vice*)
                                             303 Colorado Street, Suite 3000
                                             Austin, TX 78701
                                             Tel.: (512) 457-7000
                                             Fax: (512) 457-7001
                                             ashley.carr@us.dlapiper.com

                                             *Attorneys for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of October, 2023, a copy of the foregoing Motion, memorandum of law, and proposed order were served by first class US Mail, postage pre-paid, to:

> Jeffery Battle (*pro se*)
> P.O. Box 448
> Laurel, MD 20725

           /s/ Brett Ingerman
           Brett Ingerman

**CERTIFICATE OF CONFERENCE**

Counsel for Microsoft conferred with Plaintiff via email correspondence on October 17 and 18, 2023, and Plaintiff indicated that he was opposed to the relief sought in this Motion. Plaintiff requested that his response be included as follows:

"I filed service of court summons in the proper jurisdiction of Baltimore, Maryland, service to Microsoft's Resident Agent in accordance with the rule, and opposed a 60-day extension. I will only agree to increase my initial 10-day extension recommendation to a 21-day extension. 21-day is what is initially allowed by the court. When you approach the court, please ensure to include my complete language, as written here, as my opposition and response."

           /s/ Daniel L. Tobey
           Daniel L. Tobey