**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JEFFERY BATTLE, <br><br> Plaintiff <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant | Case No. 1:23-cv-01822-LKG |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of the Motion for Extension of Time to Respond to the Complaint, filed by Defendant Microsoft Corporation, it is on this _____ day of October, 2023:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Defendant Microsoft Corporation's deadline for filing an answer or responsive motion to the Complaint is extended up to and including December 18, 2023.

_____
Lydia Kay Griggsby
United States District Judge