IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JEFFERY BATTLE, <br><br> Plaintiff <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendants | Case No. 1:23-cv-01822-LKG |

**DEFENDANT MICROSOFT CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3, Defendant Microsoft Corporation ("Microsoft") certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Microsoft further certifies that, based on its current understanding, no other non-party business entity has a financial interest in the outcome of this litigation.

October 19, 2023

Respectfully submitted,

By: */s/ Brett Ingerman*
Brett Ingerman (Bar No. 23037)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001

Daniel L. Tobey
(to be admitted *pro hac vice*)
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@us.dlapiper.com

1

    Ashley Allen Carr
    (to be admitted *pro hac vice*)
    Karley Buckley
    (to be admitted *pro hac vice*)
    303 Colorado Street, Suite 3000
    Austin, TX 78701
    Tel.: (512) 457-7000
    Fax: (512) 457-7001
    ashley.carr@us.dlapiper.com

    *Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2023, a copy of the foregoing Corporate Disclosure Statement was served by first class US Mail, postage pre-paid, to:

Jeffery Battle (*pro se*)
P.O. Box 448
Laurel, MD 20725

/s/ Brett Ingerman
Brett Ingerman