

Plaintiff's Adjusted Damages Supplemental Documentation

P. 1 of 42

Jeffery Battle
P.O. Box 448
Laurel, MD 20725

## Damages Sought

## Supplemental Documentation

**RE: Jeffery Battle (Plaintiff) vs Microsoft Corporation (Defendant) – civil case: 1:23-cv-01822 – JKR, includes allegations of *Assault, Defamation (Libel & Slander), Strict Product Liability, Product Liability, Intentional Disregard, Gross Negligence, and Negligence.***

The plaintiff is seeking adjusted monetary damages of *$140 million* and other compensation as allowed and detailed in this document. The plaintiff is requesting an award of punitive damages due to the defendant's conduct having been especially reckless. He is requesting all additional relief as listed in the civil complaint documents, for which Defendant has a reasonably high risk of non-performance after settlement. A response to each of the requests is to be presented in writing and agreed upon by Plaintiff with a written acceptance signature.

The White House - Executive Order, dated October 30, 2023, states "Executive Order on the Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence" and states, "…irresponsible use (of AI) could exacerbate societal harms such as fraud, discrimination, bias, and disinformation; displace and disempower workers; stifle competition; and pose risks to national security." *See the Executive Order – pages 1 and 2, of 70.*

Plaintiff, Jeffery Battle, is an entrepreneur, the founder, President, and Chief Executive Officer (CEO) of Battle Enterprises, LLC and its subsidiary, The Aerospace Professor Company, he is an Adjunct Professor, author, journalist, and professionally known as The Aerospace Professor. He is also a U.S. Air Force honorably discharged – disabled veteran.

Due to the Defendant's alleged actions, international news is falsely reporting "Aerospace Professor pleads guilty to conspiracy and Bing wins Lawsuit" with a photo of a Middle Eastern man in a masked face, holding a high-powered assault rifle. It is alleged that the article's title and images are based on Microsoft's false reporting the Plaintiff as a terrorist, see *Exhibit 54, page 1 of 1*.

Massachusetts Institutes of Technology (MIT) Social Science news, dated March 9, 2018, reported, see *Exhibit 89, Pages 1 of 6*; "Falsehood diffused significantly farther, faster, deeper, and more broadly than the truth in all categories of information, …false stories inspired fear, disgust, and surprise" … "robots accelerated the spread of true and false news at the same rate, implying that false news spreads more than the truth because humans, not robots, are more likely to spread it." "The data comprise 126,000 stories tweeted by 3 million people more than 4.5 million times." News of the alleged Microsoft association of Plaintiff and his property as terrorists, continues to spread worldwide throughout the internet (Google, Microsoft BING, and

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

others), social media, media broadcasts, and other sources including the New York Times, and has been currently seen by Plaintiff in America, Greece, Turkey.

As a result of Microsoft's alleged assault and defamation, labeling the plaintiff as a convicted terrorist and his personal property and assets as convicted American terrorist owned, he has had to report the false incident to the Federal Bureau of Investigation (FBI). The Office of the National Cyber Director, The White House, which investigates terrorist activities, made an inquiry into Plaintiff's social media account on June 2, 2023, when Microsoft BING was at the height of displacing false terrorist content, in multiple formats, online about the Plaintiff.

As a result of the fear and pain allergically caused by the Defendant, Plaintiff is suffering from emotional harm, mental anguish, and anxiety, and has sought help from a certified counseling service, Innovative Therapeutic Services – Laurel, 14440 Cherry Lane Court, 208, Laurel, MD 20707-4946, schedule and evaluation documentation available upon request.

Plaintiff, Jeffery Battle, is an entrepreneur, the owner, President, and Chief Executive Officer (CEO) of Battle Enterprises, LLC and its subsidiary, The Aerospace Professor Company; he is the author of The Aerospace Professor: The Man and The Brand autobiography, an honorable discharged U.S. Air Force veteran, and has been appointed as an Adjunct Professor for the university known as the Harvard of Aviation, the world-renowned Embry-Riddle Aeronautical University (ERAU), see *Attachment C*.

Mr. Battle is a multiple-degree graduate of Embry-Riddle Aeronautical University (ERAU). His academic credentials include a Master of Business Administration in Aviation (MBA/A) degree, see *Attachment C* with concentrations in airline and airport management, aviation law and legislation, aviation maintenance management, and aviation rescue and recovery. He was awarded two Bachelor of Science (BS) degrees: a degree in Professional Aeronautics with a Minor in Logistics Management (ERAU), and a second Bachelor of Science degree in General Engineering with concentrations in electronics and environmental sciences (Columbia Southern University). Mr. Battle is currently in a Doctor of Business Administration (DBA) degree program at Trident University International.

Mr. Battle has 32.4 years of federal work experience and was also a top-level federal Contracting Officer (CO), who held the highest-level Federal Acquisition Certification (FAC-C Level III) certification and an Unlimited Dollar Value Signature Authority (Warrant) with the authority to negotiate and award federal contracts for unlimited amounts of funding. He is also a certified Program Manager, see *Attachment C*. In addition, Mr. Battle worked in technology for the military and federal government for more than 20 years and served as a Fighter Jet – Aircraft Armament Systems Specialist, Electronics Engineering Technician, and Biomedical Engineering Technician.

Mr. Battle, as detailed in his autobiography, The Aerospace Professor: The Man and The Brand, has a personal market value with credentials, experience, and business models that are compared to the market values of multi-millionaires and billionaires who have products on Amazon books.

November 17, 2023

## Plaintiff's Adjusted Damages Supplemental Documentation

See the advertisement from The Aerospace Professor: The Man and The Brand autobiography on the Amazon shop online website "Products related to this item." See **Exhibit 117, pages 1 through 5**.

The Aerospace Professor: The Man and The Brand autobiography and the services and products offerings on The Aerospace Professor and Battle Enterprises websites are written and accurate accounts of the Plaintiff's market value. This includes his credentials and experiences, personal properties including intellectual property (U.S. Patent and Trademark Officer (USPTO) trademark logo, and autobiography. A copy of the autobiography is available upon request, with businesses (Battle Enterprises, LLC and The Aerospace Professor Company with aerospace, federal contracting, and commercial business, and future business models planning, which are compared to that of aviation and aerospace and other business pioneer biography that are listed on the Amazon books website including, ***Elon Musk, Jeff Bezos, Richard Branson, Bill Gates, Steve Jobs, J.P. Morgan, Henry Ford, John D. Rockefeller, and Trump***. Many of the listed multi-millionaires and billionaires had much lesser educations and credentials than the Plaintiff when they started their investments and or businesses; see the Forbes Profiles report, see ***Attachment A – Section 1***, included in this document. See the market values of other similar CEO and founder salaries included in ***Attachment A – Section 2*** of this document. Please search for "The Aerospace Professor: The Man and The Brand on Amazon.com.

### The Aerospace Professor Intellectual Property

The Plaintiff is the owner of the intellectual property (The Aerospace Professor brand logo) that is trademarked by the U.S. Patent and Trademark Officer (USPTO). Harm has allergically been caused to his trademarked intellectual property because Microsoft made it public and widespread on their web platform BING, if not already known, false associations with Plaintiff as an alleged convicted American terrorist with alleged terrorist organizations, Battle Enterprises, LLC and The Aerospace Professor Company. This information would have to be disclosed during reasonable and fair business negotiations, for any sale of the intellectual property or services or products licensing agreement negotiations, which could greatly harm any potential business profits indefinitely. According to the business model, Plaintiff's intellectual property market value is, at a minimum, equivalent to the millionaires and billionaires that are named in this document, see ***Attachment A – Section 1.***

### The Aerospace Professor: The Man and The Brand autobiography

The Plaintiff is the author and owner of The Aerospace Professor: The Man and The Brand autobiography. The autobiography, released September 2022, has achieved a high rating of 4.67 on Amazon and has all of the ingredients of a best-seller. Harm has allergically been caused to Plaintiff's copyrighted biography and his U.S. Patent and Trademark Officer (USPTO) intellectual property (logo), which is on the autobiographies' cover, because Microsoft made it public and widespread on their web platform BING, associating him, as the author, his autobiography, and U.S. Patent and Trademark Officer (USPTO) intellectual property, with an alleged convicted American terrorist and naming his autobiography and logo as alleged terrorist

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

products. The plaintiff, the sole author of the autobiography, has stopped plans for advanced-level marketing of the autobiography, including press releases and interviews, and has declined to attend public book signings due to fear and potential risks of assault. This greatly harms any potential business profits from book sales indefinitely. The copyrighted property's market value of the autobiography is, at a minimum, equivalent to that of the author's copyrighted book properties that are named in ***Attachment A – Section 1.***

**Battle Enterprises, LLC and The Aerospace Professor Company**

The Plaintiff is the founder, President, and Chief Executive Officer (CEO) of Battle Enterprises, LLC and its subsidiary, The Aerospace Professor Company, see the company's business models and profiles, business services, product offerings, and marketing content in the ***Attachment B***, and as indicated on the Battle Enterprises, LLC and The Aerospace Professor company websites at https://TheAerospaceProfessor.com, and https://BattleEnterprises.net. During reasonable and fair business negotiations, Plaintiff would have to disclose, if not already known, that Microsoft made it public and widespread on their web platform BING, allegations associating him as a convicted American terrorist and his businesses as terrorist organizations. This would greatly and indefinitely harm the Plaintiff's salaries, bonuses, and other compensations as the founder, President, and Chief Executive Officer (CEO).

As Artificial Intelligence (AI) matures and grows, the harmful information, that will be still available indefinitely, labeling the plaintiff as a convicted terrorist and his personal property and assets as convicted American terrorist owned, could and may be utilized to harm the Plaintiff and his property in ways not yet known.

Respectfully,

Jeffery Battle

Sign: _____

Forwarded by Next Day FedEx Mail – Signature Confirmation to:

DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202-4576
ATTN: Brett Ingerman (Bar No. 23037)
Tel: (410) 580-3000
Fax: (410) 580-3001

Delivered by Plaintiff to The United States District Court for The District of Maryland

**NOTE: Request responses be forwarded by Defendant to Plaintiff by U.S. Postal Service – Certified Mail and Electronic Mail with any cost invoiced to Plaintiff.**