November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

**Attachment A**

Forbes Reports (2023)

**Section 1:**

A. **Bill Gates** founder of Microsoft, real-time net worth is $116.3B. His education is listed as (Drop Out, Harvard University).
B. **Richard Branson's** real-time net worth is $2.9 billion and his source of wealth is listed as, Virgin, Self-Made. Richard Branson owes his fortune to a conglomerate of businesses bearing the "Virgin" brand name, including Virgin Atlantic and Virgin Galactic. His education is listed as (Drop Out, High School).
C. **Jeff Bezos,** Chairman and Founder of Amazon, real-time net worth is $167.5B. His education is listed as Bachelor of Arts/Science.
D. **Elon Musk's** real-time net worth **is** $247.3B. His education is listed as Bachelor of Arts/Science, University of Pennsylvania.
E. **Steve Jobs's** net worth is $7B. His education is listed as (Drop Out, Reed College).
F. **J.P. Morgan** is listed as number 45 of the world's most valuable brands (2020). Jamie Dimon is the CEO of J.P. Morgan & Co. and his real-time net worth is $1.8B. His education is listed as a Master of Business Administration, at Harvard Business School.
G. **Henry Ford.** The Ford family's real-time net worth is $2B.
H. **John D. Rockefeller.** The Rockefeller family's real-time net worth is $8.4B.
I. **Donald Trump's** real-time net worth is $2.6B. His education is listed as Fordham University; Bachelor of Arts/Science, University of Pennsylvania.

**References:** Forbes.com

**Section 2:**

J. **Eren Ozmen's** net worth is $3.4 billion and she is the chairwoman, president, and majority owner of the private aerospace and defense company Sierra Nevada Corporation (SNC). Her education is listed as Master of Business Administration, University of Nevada at Reno.
K. **Thomas Flohr's** net worth is $2.3 billion. He is the founder and chairman of the private aviation company Vistajet.
L. **Phebe Novakovic's** net worth is $260 million. She is the CEO of General Dynamics.
M. **Rakesh Gangwal** made his fortune from InterGlobe Aviation, the parent outfit of budget airline IndiGo.