November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

ATTACHMENT B

## The Aerospace Professor's Professional Services



Aviation and Aerospace Management and Consultation, Assets Optimization, and Logistics Management

Our core aviation and aerospace expertise includes Airline Management, Airport Management, Aviation Maintenance Management, Aviation Legislation and Law Consultation, Acquisitions Management Consultation, and Logistics Management for Aviation and Aerospace. We are a dynamic provider of business consultation and management services, including Aviation and Aerospace Management Consultation, Operations Maximization, Acquisitions Management Consultation, Risk Management Solutions, Assets Optimization, Technical and Management Workforce Training, Logistics Process Analytic Services for business and technical industries, including public and private Aviation and Aerospace industries.

Federal Services and Product Codes:

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

NAICS CODE: 541611 - Administrative Management and General Management and Consultation Services.
NAICS CODE 541614 - Efficiency Management Consulting Services.


NOTE:  Services are provided through bilateral contracts and agreements only.

Aviation and Aerospace Marketing and Advertising Services:

We are a dynamic marketing service provider and advertising material distribution service, primarily servicing the Aviation and Aerospace community and others interests.


Federal Services and Product Codes:

NAICS CODE: 541613 - Marketing Consulting Services.
NAICS CODE 541810 - Advertising Agency Consultation Services.
NAICS CODE: 541870 - Electronic Marketing Services.
NAICS CODE: 813319 - Aviation Advocacy Organization.
NAICS CODE: 519130 - Internet Publishing and Broadcasting.
NAICS CODE: 511130 - Book Publishers.


NOTE: Services are provided through bilateral contracts and agreements only.

Federal Procurement, Contract Management, Education and Consultation Services:

We are a dynamic and premier provider of full life-cycle procurement support services and consultation for federal and private interests. We have over thirty years of federal technical and contracting experience, and key consultants who hold the highest level of federal Contracting Officer's certification, the Federal Acquisition Certification in Contracting (FAC-C) Level III, and have held the highest Dollar Value Signature Authority (Warrant), the Unlimited Dollar Value Signature Authority to award federal contracts for an unlimited amount of funding.

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

We provide federal procurement consultation, business acquisitions process development, procurement analytical services, and contract development support and services for private and federal clients. Services are offered and developed within the framework of the business or agency's business policies, regulations, and expenditure rationalization. Our services Include:


A. Mission Support Planning;
B. Mission Strategy Execution;
C. Mission Performance Assessment;
D. Contracting for Mission Support;
E. Government Contract Law;
F. Simplified Acquisition Procedures;
G. Construction Contracting;
H. Architect and Engineering Systems Acquisitions;
I.  Systems Acquisition and Management;
J. Acquisition Logistics and Management;
K. System Sustainment Management;
L. Information Technology and Software Acquisition;
M. Acquisition Workforce Test and Evaluation;
M. Contracting Officer Representative (COR) Training and Support Services.


Our Federal and Private Sector procurement and acquisitions expertise includes, but is not limited to:


A. Federal and Private Sector Procurement;
B. Program Management and Acquisitions;
C: Science and Technology Acquisitions;
D. Life Cycle Logistics and Acquisitions;
E. Systems Engineering and Acquisitions;
F. Information Technology and Acquisitions;
G. Test and Evaluation and Acquisitions.


Federal Services and Product codes:

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

NAICS CODE: 541611 - Administrative Management and General Management and Consultation Services.
NAICS CODE: 611710 - Educational Support Services.

NOTE: Services are provided through bilateral contracts and agreements only.

Procurement Services in Support of Charity Functions:

The Aerospace Professor Company works in support of veterans and all who are in need.  We deliver this support by providing acquisition and business services for the purpose of the procurement of food from the general public, manufacturers, wholesalers, and retailers to provide food at no cost to veterans and all who are in need.

Again, In these times of need, we have made philanthropy one of our highest priorities. Our mission is to support food banks by raising funding through specific e-commerce product sales to provide much-needed supplies for affected individuals and families. Please visit our E-Commerce Shop Online site and purchase your favorite products in support of our causes.

Federal Services and Product Codes:

NAICS CODE: 541611 - Administrative Management and General Management and Consultation Services.

NOTE: Services are provided through bilateral contracts and agreements only.

Higher Education Recruitment Services:

The Aerospace Professor provides services to assist in the recruitment of talented students for higher education institutions.

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

Federal Services and Product codes:

NAICS CODE: 541611 - Administrative Management and General Management and Consultation Services.
NAICS CODE: 611710 - Educational Support Services.

NOTE: Services are provided through bilateral contracts and agreements only.

The Look Above Campaign:

The Look Above Campaign Supports Science, Technology, Engineering, Mathematics (STEM) education for children and young adults, Disabled Veterans, Prostate Cancer programs and assists to provide food for Covid-19 affected families. Please  purchase our products or donate to Help Support Our Causes.

"We Cannot Rise Above, Until We Began to Look Above" - The Aerospace Professor. Through the efforts of The Look Above Campaign, our mission is to raise funding to support the programs as defined on The Look Above Campaign webpage. A portion of *50% (Half) of the profits from commercials product sales will be donated to charity to include STEM, Disabled Veterans, Prostate Cancer, and Covid-19 Support.

Also, your support and contributions of any amount to The Look Above Campaign will enable us to meet our goals and improve the lives of others. A donation in any amount will help to fund our mission.

NOTE:  Battle Enterprises, LLC is doing business as The Aerospace Professor Company; which is a for-profit company and not tax exempt. The Look Above Campaign operates with similar bylaws as non-profit companies, where only administrative fees and operational fees are accepted by the company from direct donations.

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

## LOOK ABOVE CAMPAIGN

# Staffing Services



## Our Staffing Model

Each day, we are passionate about what we do and we're grateful for the opportunities from our clients; we strive to come through every time. Our approach to every opportunity is to handle with care and professionalism. We work to gain an understanding our clients' business, goals and immediate needs so that we can effectively match highly qualified candidates to develop and enable smart solutions for short term contract, long-term contracts or permanent hire. We advocate for our customers to ensure that they find high level applicants.

## People Power

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

People are your companies greatest assets. With that in mine, our approach to everything we do is with the utmost of care and dedication. Within out fast-paced and ever-evolving world, many customers don't have time or resources to review hundreds or thousands of resumes, especially, when they find themselves in immediate need. Our sole priority is to locate only the best candidates, inform our clients, and to insure that the whole process work seamlessly with everyone involved.

## Long-Term Partnerships

We strive to form lasting bonds with our clients, so that we can really gain an understand of what everyone needs and values are currently and as they evolve. When you decide to hire a candidate, you immediately invite them into your world each working day and onto your team. Locate that perfect person certainly matters. Analyzing lengths of contracts and position levels, we are committed to matching the right candidate with the opportunity.

## Consultation

This is the start. We're going to learn. About you, your team, your vision, and about what it's going to take to bring you the very best talent. What you can expect in return is commitment. We'll share all we know to help update and educate you on the current market and the real-time talent pipeline. Contact us at Services@TheAerospaceProfessor.com or call (888) 302-1118.

## Build

This is where it gets fun. You know us. We know you. Let's build something special. Let's optimize your business in ways unimaginable. We look forward to the journey.

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

The Aerospace Professor Company efficiently and effectively drop-ships up to 40,000 of your favorite name-brand products within 70 categories with similar product delivery and tracking as Amazon through Shop Online (E-Commerce). SHOP SECURELY ONLINE! Our Shop Online (E-Commerce) Store is hosted by the trusted Shopify and our website is SSL-secured. Get your favorite products while helping others. Credit Cards and several additional payment options are accepted. Please visit the Shop Online stores' home page for options. Please review the Our Mission webpage, and the leadership's Credentials and Certifications webpage for additional details.

# The Aerospace Professor's Name Brand Product Catalog

## SNACK - FOOD / FOOD SERVICE PRODUCTS

Food and Snacks, Apparel, Cups & Lids, Kitchen Supplies, Appliances, Cutlery, Napkins - Dispensers & Towelettes, Bags, Party Decorations, Beverages & Beverage Dispensers, Food Trays - Containers & Lids, Pizza Supplies, Bowls & Plates, Food Warming, Table Service, Breakroom Supplies, Food Wraps, Ware Washing Supplies, Coffee, Glassware and much more!

## TECHNOLOGY PRODUCTS AND SUPPLIES

Audio Visual Equipment & Accessories, Printers & Audio Visual Equipment & Accessories, Printers & Copier/Fax/Scanner/Multifunction Machines, Headsets and Accessories, Backup Systems & Disks, Electronics, Printing Supplies, Batteries & Electrical Supplies, Label Makers and Supplies, Security and Surveillance Systems and Accessories, Multimedia Projectors & Accessories, Calculators, Laminator & Laminator Supplies, Shredders & Accessories, Cameras, Camcorders & Accessories, Mobile Devices and Accessories, Telephones & Telephone Accessories, Computer Cleaners, Mouse Pads & Wrist Rests, Transcription & Transcription Accessories, Computer Hardware & Accessories, Networking - Cables & Accessories, Computer Keyboards & Mice, Paper & Printable Media, Computer Software, Printer Accessories, Surge Protection, Monitor Mounts - Stands - Arms and Extensions, Laptop Stands, Monitor Filters, Mice - Wireless, Cables and Cable Management, Data Storage Media & Supplies, Warranties and much more!

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

## FIRST AID AND HEALTH SUPPLIES

Medicines - Cold/Flu Relief-Pain Relief/Digestive Relief/Sore Throat-Cold Lozenge, Allergy/Sinus Relief/Motion Sea Sickness Relief/Vitamin/Supplements, Antibiotic Ointment, Bandages, Immune Support Medication, Antibiotic Ointment, Personal Soap-Gel, Cleaners and Detergents, Mouthwashes, Towels, Rubber Gloves, Face Masks, Lab Coats, Sterile Cotton Balls, Cotton Swabs, Alcohol Cleaning Pads, Caring Woven Gauze Sponges, Cotton-Tipped Applicators, Antiseptic Cleansing Wipes, Rubbing Alcohol, Instant Cold Packs, First Aid Kits, Baby Changing Station Sanitary Bed Liners, Paper Medical and Dental Graduated Cups, Exam Table Paper, Infrared Handheld Thermometer, Sharps Containers, Health Care Trash Can Liners, Bloodborne Pathogen Kits, Eyewash Stations, Scales and much more!

## JANITORIAL AND SANITATION PRODUCTS AND SUPPLIES

Air Cleaners, Fans, Heaters & Humidifiers, Gloves & Glove Dispensers, Restroom Cleaners & Accessories, Batteries & Electrical Supplies, Hand Sanitizers & Dispensers,  Safety & Security, Brooms, Brushes & Dusters, Hardware, Tools & Accessories, Soaps & Dispensers, Cleaners & Detergents, Laundry Products, Towels, Tissues & Dispensers, Cleaning Tools, Matting, Trash Bags, Can Liners & Dispensers, Facility Maintenance, Mops & Equipment, Trucks - Carts & Dollies and much more!

## OFFICE AND HOME PRODUCTS AND SUPPLIES

Batteries & Electrical Supplies, Binders & Binding Supplies, Paper & Printable Media, Print and Imaging Supplies-Toner/Toner Cartridges/Inkjet Supplies, Notebooks, File & Storage Cabinets, File Folders, Portable & Storage Box Files, Presentation/Display & Scheduling Boards, Calendars, Planners & Personal Organizers, Forms, Recordkeeping & Reference Materials, Room Accessories, Carrying Cases, General Office Accessories, Safety & Security, Cash Handling, Identification Badges, Shredders & Accessories, Classroom Teaching & Learning Materials, Index Dividers, Stamps & Stamp Supplies, Crafts & Recreation Room Products, Label Makers and Supplies, Staplers & Punches, Cutting & Measuring Devices, Labels & Stickers, Tags & Tickets, Desk Accessories & Workspace Organizers, Mouse Pads & Wrist Rests, Tape, Adhesives & Fasteners, Envelopes, Mailers & Shipping Supplies, Pack & Ship, Writing & Correction Supplies and much more!

## FURNISHER FOR OFFICE AND HOME

Back Supports, Footrests & Foot Stools, Desks & Workstations, Partitions & Panels, Bookcases & Shelving, Early Learning Furniture, Reception Seating & Sofas, Carts & Stands, File & Storage Cabinets, Room Accessories, Chair Mats & Floor Mats, Chair Mats & Floor Mats, Garment Racks & Hangers, Tables, Chairs, Stools & Seating

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

Accessories, Lecterns, Desk & Workstation Add-Ons, Literature Racks & Display Cases and much more!

## INDUSTRIAL AND HOME PRODUCTS AND SUPPLIES

Abrasives, Hand Tools, Pumps, Chemicals, Lubricants & Paints, MRO Supplies, Safety & Security, Electrical - Batteries & Lighting, Material Handling, Welding Supplies, Electrical Tools, Measuring & Leveling Tools, HVAC and Fans, Plumbing Equipment, Scale - Freight and much more!

## PERSONAL HYGIENE PRODUCTS

Moisturizing/Medicated Lip Balm, Toothpaste, Mouth Rinse, Anti-Perspirant Deodorant, Hand and Body Lotion, Tampons, Ultra Thin Overnight Pads, Extra Hold Hair Spray, Hand Soap, Nap Sack Sanitary, Sanitary Napkins, Vaseline Jelly Original, Wall Mount Sanitary Napkin Receptacle, Disposal Bags, Foamy Shave Cream,  Intensive Care Essential Healing Body Lotion, Thin Daily Panty Liners, Protection Plus Disposable Underpads, Silky Touch Women's Disposable Razor, SPF30 Sunscreen, Free and Clear Baby Diapers and much more!  Drilling & Fastening Tools, Finishing Tools and much more!

## POWER TOOLS

Drilling & Fastening Tools, Finishing Tools and more!

**S H O P   O N L I N E**

SHOP SECURLY ONLINE! Our Shop Online (E-Commerce) webstore hosted by trusted Shopify.

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

# "Look Above"

## "We Cannot Rise Above, Until We Begin to Look Above" - Jeffery Battle, The Aerospace Professor Company

Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company, are led by an Aerospace Professor, Engineer, U.S. Air Force veteran, and former federal Contracting Officer (CO). Please support our goals through product purchases, service offerings, and our philanthropic mission. Our company is officially certified through the United States Department of Veteran Affairs (VA) as a Service-Disabled Veteran-Owned Small Business (SDVOSB).

# Our Mission

Common interests in space exploration, commercial aviation and aerospace, has been re-invigorated; and The Aerospace Professor Company is a leader in the new frontier.

A large percentage of the world's economy now depends on the performances of Aviation, Aerospace, and Science, Technology, Engineering, and Mathematics (STEM) technologies. The Aerospace Professor is an advocate and supporter of education for children and young adults in Aviation and Aerospace, and STEM.

With enthusiasm and strong work ethics, we provide quality services and products through Proposals, Quotations and E-Commerce. We

16

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

are an advocate for Aviation and Aerospace advancement and we are an advocate for Science, Technology, Engineering, and Mathematics (STEM) education.

Our professional staff includes many of the finest personnel in the management, technology, and acquisitions industry, with decades of experience and high demand qualifications. We operate with integrity and strives to only accept the very best performances. We provide dedicated support to our community and we are a veteran owned and operated business.

Our Owner and Chief Executive Officer (CEO), has professional credentialing and an association with a world renowned aeronautical university as an Adjunct Professor. Hence the brand name, The Aerospace Professor!

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

# Battle Enterprises, LLC

Battle Enterprises, LLC welcomes and appreciates your business and support! We are formally registered as a Small Business (SB), Veteran Owned Small Business (VOSB), Service-Disabled Veteran Owned Small Business (SDVOSB) and Minority (Black) Owned Small Business for social economic, federal, state, and local government contracting purposes.  We are a Private Business and Government Prime contractor. We also partner, team, and subcontract to provide only the very best in services and product quality.









November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation



November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation



# Certifications

## Battle Enterpries, LLC

Battle Enterprises, LLC welcomes and appreciates your business and support! We are formally registered as a Small Business (SB), Veteran Owned Small Business (VOSB), Service-Disabled Veteran Owned Small Business (SDVOSB) and Minority (Black) Owned Small Business for social economic, federal, state, and local government contracting purposes. We are a Private Business and Government Prime contractor. We also partner, team, and subcontract to provide only the very best in services and product quality.

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation









<mark>SHOP ONLINE</mark>

# Battle Enterprises Delivers Dynamic Selections of Up To 40,000 Quality Name Brand Products Within 70 Categories!

Battle Enterprises, LLC and its subsidiary The Aerospace Professor company, is a Veterans Affairs (VA) verified Service-Disabled Veteran Owned Small Business (SDVOSB), that was established in 2007.

We deliver a dynamic selection of over 40,000 of your favorite name-brand products within 70 categories. Credit Cards are accepted.

21

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

At Battle Enterprises, we have prioritized the fight against hunger in America. We work to assist food banks by providing much-needed food supplies to help those who are negatively affected. Please see details about our philanthropy activities on our Community Stewardship webpage.

## Why Shop With Us?

We have many years of professional experience and past performance in federal contracting. Please visit our Credentialing webpage for details. We deliver a dynamic selection of up to 40,000 high-quality products within 70 categories, and we provide excellent delivery services. Driven by exceptional leadership, our primary focus is on the improvement of government and private industry product delivery.

We are highly qualified and capable of providing top-tier support toward our mission. Please visit our leadership's Credentialing and company's Certifications webpage for details.




MY LIST

SEARCH
- **Browse By Category**
  - Office
- School Supplies
- Janitorial & Sanitation
  - Technology
  - Food Service
  - Furniture
  - Industrial

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation







November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation







November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation







November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation







November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation







November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation







November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation







November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation











OFFERS + REBATES

INK + TONER SEARCH

**FEATURED PRODUCTS**

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation





3850 Heavy-Duty Packaging Tape with Dispenser, 1.5" Core, 1.88" x 66.66 ft, Clear, 6/Pack
MMM1426

(294)

**$32.70** /PK
ADD TO LIST





Tru-Ray Construction Paper, 70 lb Text Weight, 9 x 12, Assorted Holiday Colors, 150/Pack
PACP6684

(0)

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

**$11.79** /PK
ADD TO LIST



Tilt Bin Interlocking Multi-Bin Storage Organizer, 5 Sections, 23.63" x 5.25" x 6.5", Black/Clear
DEF20504OP

(0)

**$75.15** /EA
ADD TO LIST





Bifold Resin Folding Table, Rectangular, 70.9" x 29.1" x 30", White Granite Top, Gray Base/Legs, 2/Pack
ICE61263

(0)

32

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

**$260.16** /PK
ADD TO LIST





Shipping Labels w/ TrueBlock Technology, Laser Printers, 5.5 x 8.5, White, 2/Sheet, 100 Sheets/Box
AVE5126

(180)

**$67.08** /BX
ADD TO LIST





Low-Odor Dry-Erase Marker Value Pack, Broad Chisel Tip, Black, 36/Box
SAN1920940

(86)

**$77.66** /BX

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

ADD TO LIST





**U BRANDS**

Magnetic Dry Erase Monthly Calendar, 14 x 11.66, White Surface, White Plastic Frame
UBR260U0004

(0)

**$14.26** /EA

ADD TO LIST



**DURACELL**

CopperTop Alkaline D Batteries, 8/Pack
DURMN13RT8Z

(454)

**$40.99** /PK

ADD TO LIST

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation

**FEATURED BRANDS**















November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation







November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation















37

November 17, 2023

Plaintiff's Adjusted Damages Supplemental Documentation





