

Jeffery Battle  
P.O. Box 448  
Laurel, MD 20725  

November 24, 2023  

Page 1 of 8

## Damages Sought

## Supplemental Documentation A

**RE: Jeffery Battle (Plaintiff) vs Microsoft Corporation (Defendant) – civil case: 1:23-cv-01822 – JKR, includes allegations of *Assault, Defamation (Libel & Slander), Strict Product Liability, Product Liability, Intentional Disregard, Gross Negligence, and Negligence.***

The plaintiff is seeking in this Damages Sought – Supplemental Documentation A, combined damages of *$285 million* and other compensation for harm as allowed. The plaintiff is requesting all additional relief as listed in the civil complaint documents. A response to each of the damages requests is to be presented in writing and agreed upon by Plaintiff with a written acceptance signature.

The White House - Executive Order, dated October 30, 2023, states "Executive Order on the Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence" and states, "…irresponsible use (of AI) could exacerbate societal harms such as fraud, discrimination, bias, and disinformation; displace and disempower workers; stifle competition; and pose risks to national security." *See "The White House Executive Order – The Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence" pages 1 and 2, of 70.*

Due to the Defendant's alleged actions, international news is falsely reporting "Aerospace Professor pleads guilty to conspiracy and Bing wins Lawsuit" with a photo of a Middle Eastern man in a masked face, holding a high-powered assault rifle. It is alleged that the article's title and images are based on Microsoft's false reporting the Plaintiff as a terrorist, see previously submitted *Exhibit 54, page 1 of 1*.

Massachusetts Institutes of Technology (MIT) Social Science news, dated March 9, 2018, reported, see previously submitted *Exhibit 89, Pages 1 of 6*; "Falsehood diffused significantly farther, faster, deeper, and more broadly than the truth in all categories of information, …false stories inspired fear, disgust, and surprise" … "robots accelerated the spread of true and false news at the same rate, implying that false news spreads more than the truth because humans, not robots, are more likely to spread it." "The data comprise 126,000 stories tweeted by 3 million people more than 4.5 million times." News of the alleged Microsoft association of Plaintiff and his property as terrorists, continues to spread worldwide throughout the internet (Google, Microsoft BING, and others), social media, media broadcasts, and other sources including the New York Times, and has been currently seen by Plaintiff in America, Greece, Turkey.

Plaintiff, Jeffery Battle, is an entrepreneur, the founder, President, and Chief Executive Officer (CEO) of Battle Enterprises, LLC and its subsidiary, The Aerospace Professor Company; he is the author of The Aerospace Professor: The Man and The Brand autobiography, an honorable discharged U.S. Air Force veteran, and has been appointed as an Adjunct Professor for the university known as the Harvard of Aviation, the world-renowned Embry-Riddle Aeronautical University (ERAU), see *Attachment B*.

Mr. Battle is a multiple-degree graduate of Embry-Riddle Aeronautical University (ERAU). His academic credentials include a Master of Business Administration in Aviation (MBA/A) degree, see *Attachment B* with concentrations in airline and airport management, aviation law and legislation, aviation maintenance management, and aviation rescue and recovery. He was awarded two Bachelor of Science (BS) degrees: a degree in Professional Aeronautics with a Minor in Logistics Management (ERAU), and a second Bachelor of Science degree in General Engineering with concentrations in electronics and environmental sciences (Columbia Southern University). Mr. Battle is currently in a Doctor of Business Administration (DBA) degree program at Trident University International.

See the advertisement from The Aerospace Professor: The Man and The Brand autobiography on the Amazon shop online website "Products related to this item." See previously submitted **Exhibit 117, pages 1 through 5**.

The Aerospace Professor: The Man and The Brand autobiography and the services and products offerings on The Aerospace Professor and Battle Enterprises websites are written and accurate accounts of the Plaintiff's market value. This includes his credentials and experiences, personal properties including intellectual property (U.S. Patent and Trademark Officer (USPTO) trademark logo, and autobiography. A copy of the autobiography is available upon request, with businesses (Battle Enterprises, LLC and The Aerospace Professor Company with aerospace, federal contracting, and commercial business, and future business models planning, which are compared to that of aviation and aerospace and other business pioneer biography that are listed on the Amazon books website including, **Elon Musk, Jeff Bezos, Richard Branson, Bill Gates, Steve Jobs, J.P. Morgan, Henry Ford, John D. Rockefeller, and Trump**. Many of the listed multi-millionaires and billionaires had much lesser educations and credentials than the Plaintiff when they started their investments and or businesses; see the Forbes Profiles report, see *Attachment A – Section 1*, included in this document. See the market values of other similar CEO and founder salaries included in *Attachment A – Section 2* of this document.

A. As a result of Microsoft's alleged assault and defamation, labeling the plaintiff as a convicted terrorist and his personal property and assets as a convicted American terrorist owned, he has had to report the false incident to the Federal Bureau of Investigation (FBI). The Office of the National Cyber Director, The White House, which investigates terrorist activities, made an inquiry into Plaintiff's social media account on June 2, 2023, when Microsoft BING was at the height of displacing false terrorist content, in multiple formats, online about the Plaintiff. The Plaintiff is now at risk of being falsely detained, within the United States, or while traveling overseas, in perpetuity, due to the alleged false reporting of him as a terrorist by Microsoft. The Plaintiff is requesting that Microsoft respond with assurances that they will pay all expenses, within 8 hours, if the Plaintiff is detained while traveling within the United States or abroad, in perpetuity, due to their false and malicious reporting of him as a terrorist. Requesting damages of *$75 million* for harm.

B. Massachusetts Institutes of Technology (MIT) Social Science news, dated March 9, 2018, reported, see **Exhibit 89, Pages 1 of 6**; "Falsehood diffused significantly farther, faster, deeper, and more broadly than the truth in all categories of information, …false stories inspired fear, disgust, and surprise" … "robots accelerated the spread of true and false news at the same rate, implying that false news spreads more than the truth because humans, not robots, are more likely to spread it." "The data comprise 126,000 stories tweeted by 3 million people more than 4.5 million times." News of the alleged Microsoft association of Plaintiff and his property as terrorists, continues to spread worldwide throughout the internet (Google, and others), social media, media broadcasts, and other sources including the New York Times, and has been currently seen by Plaintiff in America, Greece, and Turkey. Defamation information can persist on the internet for a very long time, worldwide, even long after the incident has passed, affecting the Plaintiff's ability to rebuild his reputation. The Plaintiff is requesting that Microsoft respond with an assurance that it will remedy and pay the legal cost, in advance, for the removal of damaging information that may resurface on other individuals' websites, social media, company websites, or any other communications, globally, in writing, voice, disability support mediums, languages, or any other communications formats in perpetuity, and within 48 hours of Plaintiff's discovery. Requesting damages of **$50 million** for harm.

C. The Plaintiff is requesting that Microsoft respond with a remedy that will ensure that the damaging activities will cease and that the false information will be immediately and permanently removed from Microsoft BING in perpetuity. Requesting damages of **$50 million** for harm.

D. The Plaintiff is requesting that Microsoft cease the publishing of his personal information in ways that they did not previously, before defamation and harassment. Requesting damages of **$50 million** for harm.

E. Microsoft has allegedly suppressed Bings' search engine results for The Aerospace Professor autobiography and The Aerospace Professor, where in the United States and international stores where the autobiography is for sale, largely no longer appear in the search results, therefore, suppressing marketing and sales. High-Level harm: Damages of **$10 million** for harm, Microsoft's actions to suppress national and international autobiography sales locations.

F. The defendant is allegedly guilty of continuous Assault. It's a misdemeanor in the state of Maryland to recklessly do things that create a substantial risk of death or serious physical injury to another person. During the time of Microsoft's false and malicious reporting of Plaintiff as an American Terrorist, The White House's Office of the National Cyber Director was viewing Plaintiff's social media profile, indicating a possible encouragement or triggering of an investigation of Plaintiff as an American terrorist. Serious endangerment occurred because The White House has access to numerous lethal resources, federal, state, and local, and this created a substantial risk of death or serious physical injury to Plaintiff. Serious endangerment occurred when the plaintiff's personal information, home address,

and personal phone number, were published by the defendant in ways to encourage a substantial risk of death or serious physical injury to Plaintiff and his family. Requesting damages relief and imprisonment punishment of the defendant. Requesting damages of ***$50 million*** for harm. High-level risk because Microsoft's actions will result in the continuous spread of terrorist disinformation, and the plaintiff and his family will remain under national and international threats of assault in perpetuity.

G. The Plaintiff requests that all attorney and legal fees associated with this complaint be paid by Microsoft.

Jeffery Battle, Plaintiff _____

Microsoft Corporation Reginal Agent:
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202-4576
ATTN: Brett Ingerman (Bar No. 23037)
Tel: (410) 580-3000
Fax: (410) 580-3001

Delivered by Plaintiff to The United States District Court for The District of Maryland

**NOTE: Request responses be forwarded by Defendant to Plaintiff by U.S. Postal Service – Certified Mail and Electronic Mail with all costs invoiced to Plaintiff.**

Attachments: 1, A, and B.