

FedEx Office

Address:        14225 BALTIMORE AVE
                LAUREL
                MD 20707
Location:       CGSKS
Device ID:      -BTC02
Transaction:    940381312990

**FedEx Priority Overnight**
Tracking Number:
 786831681819    0.20 lb (S)      35.24
    Declared Value   100
Recipient Address:
    Microsoft Corporation Reginal
    PLA Piper LLP (US)
    650 Sourh Exeter St  Ste 100
    Attn: Brett Ingerman
    Baltimore, MD 21204
    4105803000

Scheduled Delivery Date 11/27/2023

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Envelope

          Shipment subtotal:     $35.24

                 **Total Due:    $35.24**

             (S) CreditCard:     $35.24
         ************8077