**ATTACHMENT B**

### Certificate of Appointment

Under authority vested in the undersigned and in conformance with Subpart 1.6 of the Federal Acquisition Regulation

**Jeffery Battle**

is appointed

### Contracting Officer

for the

### United States of America

Subject to the limitations contained in the Federal Acquisition Regulation and to the following:

The award and administration of contracts of unlimited dollar value, executed in accordance with all requirements of Federal law, Executive Order, the Federal Acquisition Regulation, the HHS Acquisition Regulation and other applicable NIH policy and procedure.

Unless sooner terminated, this appointment is effective so long as the appointee is assigned to:

National Heart, Lung, and Blood Institute

National Institutes of Health, DHHS, PHS

_____
Diane J. Frasier, Head of the Contracting Activity

_____
Director, National Heart, Lung, and Blood Institute

2008-33

---

### Federal Acquisition Certification in Contracting

**Jeffery Battle**

Has met the requirements for Level III Certification

Date of Issuance: July 16, 2007

**FEDERAL ACQUISITION INSTITUTE**

_____
Karen Pica
Director, Federal Acquisition Institute

_____
Signature
Print Name: Linda Stinebeti-Petty, Acquisition Career Manager
Title: Authorized Agent for
Department of Health and Human Services

 **Certified Acquisition Professional** 

# JEFFERY BATTLE

Has successfully fulfilled the requirements
for professional certification

**LEVEL I**
in the functional specialty of
**PROGRAM MANAGEMENT**

9/7/05
Date

THOMAS H.E. DRINKWATER
Certifying Official



College of Career Education
Extended Campus
600 S. Clyde Morris Blvd.
Daytona Beach, FL 32114-3900
Telephone: (386) 226-6975
Fax: (386) 226-6984
www.embryriddle.edu

June 7, 2006

Mr. Jeffery Battle

Dear Mr. Battle:

Congratulations! Let me be one of the first to welcome you to the adjunct faculty of Embry-Riddle Aeronautical University, College of Career Education. Based on your academic background, you are being appointed to the rank of **Adjunct Instructor**.

Enclosed is a copy of the College of Career Education's Faculty Academic Orientation Manual. The FAOM is designed to acquaint you with Embry-Riddle University, in general, and the College of Career Education in particular. It will provide you with information that will make your transition into the ERAU family as timely and smooth as possible. The emphasis of this manual is on academic information but some administrative information is, of necessity, included. Also, now that you have been approved to teach for ERAU, you are a member of the University's Intranet Community ERAU Online. The system is powered by Blackboard and is the #1 faculty resource for communication, information, course management, and collaboration. You also have an ERAU email account that is a primary Extended Campus faculty information source. (Please access it frequently for the latest information.)

Selection to join the adjunct faculty of Embry-Riddle Aeronautical University is a significant honor, which demonstrates that you are willing to meet the challenge of teaching, mentoring, and facilitating the educational pursuits of the working adult. Your efforts in and out of the classroom will be evident in the achievements of the students whom you will be teaching.

I am confident that your students and Embry-Riddle will benefit from this association. If you continue to be associated with Embry-Riddle, you may be eligible for promotion in the adjunct ranks depending upon education and experience criteria.

Again, welcome to the large, dedicated group of adjunct faculty at Embry-Riddle Aeronautical University.

Sincerely,

Patricia Hanrahan for Dr. Sieland

Dr. Thomas E. Sieland

