## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2023, a copy of the foregoing Letter regarding Motion to Compel Arbitration was served by first class US Mail, postage pre-paid, to:

>Jeffery Battle (*pro se*)
>P.O. Box 448
>Laurel, MD 20725

>/s/Brett Ingerman
>Brett Ingerman