**CIRCUIT COURT FOR** Anne Arundel County
City/County
☑, MARYLAND

USDC- GREENBELT
'23 DEC 21 AM 10:16

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770   Case No. 1:23 -cv-01822
Court Address

vs.

Plaintiff
Jeffery Battle

Defendant
Microsoft Corporation / DLA LLP

Address
P.O. Box 448, Laurel, MD 20725   (301) 61306104
City, State, Zip   Telephone

Address
650 South Exeter Street, Suite 1100
Baltimore, MD 21202-4576   (410) 580-3000
City, State, Zip   Telephone

## CERTIFICATE OF SERVICE

I certify that on this  21  day of  December , 2023 , a copy of the
document(s) titled  Plaintiff Response to the Defendants' proposed Motion to Compel Arbitration/Dismiss
Title(s) of document(s)
and Dismiss filing, dated 12/18/2023, Jeffery Battle v. Microsoft Corporation, No. 1:23-cv-01822-LKG
was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

Name            Address
                City, State, Zip

Name            Address
                City, State, Zip

Date            Signature of Party Serving

Document forwarded by FedEx delivery - signature confirmation / receipt attached (Attachment A)

Sign: Jeffy Battle

CC-DR-058 (Rev. 06/2019)

# FedEx Office

Address: 14225 BALTIMORE AVE
LAUREL
MD 20707
Location: CGSKS
Device ID: -BTC01
Transaction: 940384227417

**FedEx Priority Overnight**
Tracking Number:
788386304038   0.10 lb (M)      34.94
    Declared Value   0
Recipient Address:
    Attn: Brett Ingerman
    DLA Piper LLP US
    650 S EXETER ST STE 1100
    BALTIMORE, MD 21202-4576
    4105803000

Scheduled Delivery Date 12/22/2023

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Envelope

              Shipment subtotal:    $34.94

                    Total Due:     **$34.94**

              (S) CreditCard:      $34.94
              ************8077

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Shipment-related terms and conditions and details on how shipping charges are calculated are available upon request or at fedex.com/serviceguide.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339