USDC- GREENBELT
'23 DEC 21 AM 10:16

**CIRCUIT COURT FOR** Anne Arundel County ☑ **, MARYLAND**
City/County

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770   Case No. 1:23-cv-01822
Court Address

vs.  Microsoft Corporation / DLA LLP
    Defendant

Plaintiff
Jeffery Battle                                650 South Exeter Street, Suite 1100
Address                                        Address
P.O. Box 448, Laurel, MD 20725  (301) 61306104   Baltimore, MD 21202-4576   (410) 580-3000
City, State, Zip                 Telephone       City, State, Zip            Telephone

## CERTIFICATE OF SERVICE

I certify that on this __24__ day of __November__, __2023__, a copy of the
                                    Month              Year
document(s) titled __Damages Sought Supplemental Documentation A__
                    Title(s) of document(s)

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____   _____
Name                     Address
                         _____
                         City, State, Zip
_____   _____
Name                     Address
                         _____
                         City, State, Zip
_____   _____
Date                     Signature of Party Serving

Document forwarded by FedEx delivery - signature confirmation, receipt attached (Attachment A)

Sign: *Jeffy Battle*

CC-DR-058 (Rev. 06/2019)

Attachment A
p. 2 of 2

# FedEx Office

Address:         14225 BALTIMORE AVE
                 LAUREL
                 MD 20707
Location:        CGSKS
Device ID:       -BTC02
Transaction:     940381312990

**FedEx Priority Overnight**
Tracking Number
 786831681819    0.20 lb (S)         35.24
    Declared Value   100
Recipient Address:
   Microsoft Corporation Reginal
   PLA Piper LLP (US)
   650 Sourh Exeter St  Ste 100
   Attn: Brett Ingerman
   Baltimore, MD 21204
   4105803000

Scheduled Delivery Date 11/27/2023

Pricing option:
   STANDARD RATE

Package Information:
   FedEx Envelope

         Shipment subtotal:    $35.24

               Total Due:      $35.24

         (S) CreditCard:       $35.24
         ************8077