USDC- GREENBELT
'23 DEC 21 AM 10:16

**CIRCUIT COURT FOR** Anne Arundel County , **MARYLAND**
City/County
Located at 6500 Cherrywood Lane, Greenbelt, MD 20770   Case No. 1:23 -cv-01822
Court Address

vs.

Plaintiff                                                  Microsoft Corporation / DLA LLP
Jeffery Battle                                             Defendant
                                                           650 South Exeter Street, Suite 1100
Address                                                    Address
P.O. Box 448, Laurel, MD 20725    (301) 61306104          Baltimore, MD 21202-4576    (410) 580-3000
City, State, Zip              Telephone                    City, State, Zip              Telephone

## CERTIFICATE OF SERVICE

I certify that on this  17  day of  November , 2023 , a copy of the
                                          Month              Year
document(s) titled  Damages Sought Supplemental Documentation
                              Title(s) of document(s)

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____          _____
Name                             Address
                                 _____
                                 City, State, Zip

_____          _____
Name                             Address
                                 _____
                                 City, State, Zip

_____          _____
Date                             Signature of Party Serving

Document forwarded by FedEx delivery - signature confirmation, receipt attached (Attachment A)

Sign: Jeffy Battle

CC-DR-058 (Rev. 06/2019)

*Attachment A*
*p. 2 of 2*



# FedEx Office

```
Address:            14225 BALTIMORE AVE
                    LAUREL
                    MD 20707
Location:           CGSKS
Device ID:          -BTC01
Transaction:        940380897332
```

**FedEx Priority Overnight**
Tracking Number:
786530064745    0.65 lb (S)    48.85
    Adult Signature Required
    Declared Value    1
Recipient Address:
    Attn: Brett Ingerman
    DLA Piper LLP (US)
    650 Exeter St
    Ste 1100
    Baltimore, MD 21202
    4105803000

Scheduled Delivery Date 11/20/2023

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

```
         Shipment subtotal:     $48.85

                Total Due:      $48.85

         (K) CreditCard:        $48.85
         ***********8077
```

```
M = Weight entered manually
S = Weight read from scale
T = Taxable item
```

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight,