USDC- GREENBELT
'23 DEC 28 PM 1:57

**CIRCUIT COURT FOR** Anne Arundel County ☑, **MARYLAND**
City/County

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770   Case No. 1:23 -cv-01822
Court Address

Jeffery Battle                                          vs.   Microsoft Corporation / DLA LLP
Plaintiff                                                     Defendant

P.O. Box 448                                                  650 South Exeter Street, Suite 1100
Address                                                       Address

Laurel, MD 20725        (301) 613 - 6104                      Baltimore, MD 21202-4576        (410) 580-3000
City, State, Zip        Telephone                             City, State, Zip                Telephone

## CERTIFICATE OF SERVICE

I certify that on this  28  day of  December , 2023 , a copy of the
                                    Month          Year

document(s) titled Supplement A - Plaintiff Response to the Defendants'
                                    Title(s) of document(s)
Motion to Compel Arbitration/Dismiss, filing, dated 12/18/2023

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____                  _____
Name                                             Address

                                                 _____
                                                 City, State, Zip

_____                  _____
Name                                             Address

                                                 _____
                                                 City, State, Zip

_____                  _____
Date                                             Signature of Party Serving

Forwarded by FedEx Next day delivery
Signature confirmation, see Attachment A

*Jffy Battle*

CC-DR-058 (Rev. 06/2019)

*Attachment A*

# FedEx Office

**Address:** 14225 BALTIMORE AVE
LAUREL
MD 20707

**Location:** CGSKS
**Device ID:** -BTC02
**Transaction:** 940384763767

**FedEx Priority Overnight**
**Tracking Number:** 786631222849     0.20 lb (S)     43.68
Adult Signature Required
Declared Value  1

**Recipient Address:**
DLA Paper LLP (US)
Attn: Brett Ingerman (Bar No 23037)
650 S Exeter St
Suite 1100
Baltimore, MD 21202-4576
4105803000

**Scheduled Delivery Date** 12/29/2023

**Pricing option:** STANDARD RATE

**Package Information:** FedEx Envelope

Shipment subtotal:  $43.68

**Total Due:**  **$43.68**

(S) CreditCard: ************8077     $43.68