*Attachment A*

**FedEx Office**

Address:           14225 BALTIMORE AVE
                   LAUREL
                   MD 20707
Location:          CGSKS
Device ID:         -BTC01
Transaction:       940385214943

FedEx Priority Overnight
Tracking Number:
788877861747      0.10 lb (S)      47.51
Adult Signature Required
Declared Value   1
Recipient Address:
   Attn: Brett Ingerman Bar#23037
   DLA Piper LLP (US)
   650 S EXETER ST STE 1100
   BALTIMORE, MD 21202-4576
   4105803000

Scheduled Delivery Date 1/5/2024

Pricing option:
   STANDARD RATE

Package Information:
   FedEx Envelope

                 Shipment subtotal:      $47.51
                        Total Due:       $47.51
                  (S) CreditCard:        $47.51
              *************8077