Attachment B

