Attachment C

**CIRCUIT COURT FOR** Anne Arundel County , **MARYLAND**
City/County

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770     Case No. 1:23 -cv-01822
Court Address

Jeffery Battle                                                   vs.     Microsoft Corporation / DLA LLP
Plaintiff                                                                Defendant
P.O. Box 448                                                             650 South Exeter Street, Suite 1100
Address                                                                  Address
Laurel, MD 20725            (301) 613 - 6104                             Baltimore, MD 21202-4576            (410) 580-3000
City, State, Zip            Telephone                                    City, State, Zip                    Telephone

## CERTIFICATE OF SERVICE

I certify that on this  28  day of  December , 2023 , a copy of the
                                      Month            Year
document(s) titled Supplement B - Plaintiff Response to the Defendants'
                                  Title(s) of document(s)
Motion to Compel Arbitration/Dismiss, filing, dated 12/18/2023

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____                                   _____
Name                                                      Address

                                                          _____
                                                          City, State, Zip

_____                                   _____
Name                                                      Address

                                                          _____
                                                          City, State, Zip

_____                                   _____
Date                                                      Signature of Party Serving

forward to Defendant by FedEx Next day
mail, signature confirmation (Attachment A).

*J. Battle*

CC-DR-058 (Rev. 06/2019)