Legal Notice

From:

Jeffery Battle
P.O. Box 448
Laurel, MD 20725
Email: jefbttl@hotmail.com
Phone: (301) 613-6104

04/04/2023

Page 1 of 3

To:

Microsoft Corporation Reginal Agent:
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202-4576
ATTN: Brett Ingerman (Bar No. 23037)
Tel: (410) 580-3000
Fax: (410) 580-3001

**RE: Jeffery Battle (Plaintiff) vs Microsoft Corporation (Defendant) – civil case: 1:23-cv-01822, Cease & Desist notice**

To Attorney Brett Ingerman:

This Cease & Desist notice is about Plaintiff Jeffery Battle ("Mr. Battle") concerning his name and likeness matters. Accordingly, please direct all correspondence to the Plaintiff and the United States District Court of Maryland.

Microsoft through its "Bing Copilot" automated AI reporting generator, has engaged in the act of defaming Mr. Battle and propagating false information about Mr. Battle that could have a substantial impact on his livelihood. For context, Mr. Battle is an author, professor, President, and Chief Executive Officer of his company, Battle Enterprises, LLC, and subsidiary The Aerospace Professor Company, a United States military veteran, and journalist, who is in the process of promoting his new autobiography, intellectual property brand (Logo), among other personal and public business ventures. From May 2023 until the present, Microsoft, through their search engine Bing, has generated false statements conflating Mr. Battle with a person of a similar name, Jeffrey Leon Battle, who is a convicted terrorist, to the professional and personal detriment of Mr. Battle and his family. Please note that the distinction between Mr. Battle and Jeffrey Leon Battle is in the spelling of their first name and Plaintiff has no middle name.

Recently, Mr. Battle discovered that Microsoft's "Bing Copilot" automated AI reporting generator, is generating false statements conflation Mr. Battle again with seditious conspiracy and levying war against the United States and another person named Mark Walters, and a court case involving embezzlement, financial manipulation, and inaccurate reporting.

Specifically, when someone uses Bing and clicks on the ledger link "Jeffery Battle scam", Microsoft's "Bing Copilot" automated AI search engine, generates two different false small blurbs, and different times at the top of the BING Copilot search results which state:

1. "Jeffery Battle, also known as The Aerospace Professor, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company. Interestingly, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States." He had two years added to his sentence for refusing to testify before a grand jury." (emphasis added) *See Attachment A – dated 4/3/2024.*

2. "Jeffery Battle, a Georgia-based radio host, found himself embroiled in an unusual situation involving defamation AI-generated content. Let me shed some light on this intriguing case:

   The Lawsuit: In July 2023, Jeffery Battle filed a libel action against OpenAI, L.L.C. The allegation? OpenAL's AI chat bot, ChatGPT, provided false information about Battle to a journalist who had requested a summary of a lawsuit. The bot falsely asserted that Battle was involved in embezzlement, financial manipulation, and inaccurate reporting, even though Battle was not a defendant in the referenced lawsuit." (emphasis added*) See Attachment B – dated 4/2/2024.*

These reports falsely and detrimentally state that Plaintiff was sentenced to prison for seditious conspiracy and levying war against the United States, and has filed a libel action against OpenAI for falsely asserting that Plaintiff was involved in a court case involving embezzlement, financial manipulation, and inaccurate reporting. The plaintiff believes that Microsoft's "Bing Copilot" automated AI conflated his name with Mark Walters, a nationally syndicated talk show host, who filed a defamation lawsuit against OpenAI. See *Attachment B, page 2 of 2 – dated 4/2/2024.*

These false statements, which are directly attributed to Mr. Battle through Microsoft "Bing Copilot", have, and will continue, to severely damage Mr. Battle's professional and personal reputation and could lead to threats of violence against him and his family. During the time that Mr. Battle has been dealing with this false attribution of facts to his name, he is attempting to promote his autobiography, intellectual property (log), and other business endeavors. In light of these false statements, Mr. Battle has ceased marketing, promotions, and business sales activities related to his new book, intellectual property, and other private business endeavors, to his own financial and professional detriment.

Mr. Battle attempted to go through the appropriate measures and processes to communicate with Microsoft before engaging in a civil action.

As such, Plaintiff hereby demands that Microsoft immediately cease-and-desist from defaming Mr. Battle, remove all references to Mr. Battle that conflate his identity with seditious conspiracy and levying war against the United States, and remove the AL automated Bing Copilot AI

reporting depicting Mr. Battle's involvement in embezzlement, financial manipulation, and inaccurate reporting. Again, see attachments A and B.

Mr. Battle is entitled to seek monetary damages and equitable relief. In the event you fail to meet this demand, please be advised that our client will pursue all available legal remedies, including seeking monetary damages, injunctive relief, and an order for attorney's fees, which could result in considerable liability to you.

Please respond to the Plaintiff and court immediately concerning this cease-and-desist notice.

Regards,

Jeffery Battle, Plaintiff

ATTACHMENTS:

A. Jeffery Battle – Microsoft's "Bing Copilot" automated AI document; false reporting of seditious conspiracy and levying war against the United States
B. Jeffery Battle - Microsoft's "Bing Copilot" automated AI document; false reporting of involvement with embezzlement, financial manipulation, and inaccurate reporting.

CC: Maryland District Court