

Attachment A

Case 1:23-cv-01822-LKG   Document 29-1   Filed 04/04/24   Page 1 of 1