

[Screenshot of a web browser displaying Bing search results for "Georgia-based radio host found himself embroiled in an unusual situation"]

Search results shown:

**Mark Walters**, a nationally syndicated talk show host based in **Georgia**, recently found himself embroiled in an **unusual situation** involving OpenAI's AI-powered chatbot, ChatGPT. Here's what happened:

1. **Defamation Lawsuit**: Walters filed a **defamation lawsuit** against **OpenAI**. He alleged that the company's chatbot, **ChatGPT**, made **false claims** about him. Specifically, ChatGPT generated a **made-up legal complaint** accusing Walters of **embezzling money** from the **Second Amendment Foundation**, an organization he has never been associated with.

2. **ChatGPT's Output**: The fabricated legal complaint was provided to **Fred Riehl**, the editor of a gun publication. Riehl had been using ChatGPT to research a real-life legal

**Eddie Long's attorney goes on radio show to defend ...**
Web  **Eddie Long's attorney** went to the airwaves on Tom Joyner's **radio** show this morning to defend the pastor from three lawsuits filed against the popular preacher by three young men who said Long coerced them into having sex.

Georgia Voice
https://**thegavoice.com**/news/atlanta/eddie-longs-... ▾

EXPLORE FURTHER

| | | |
|---|---|---|
| Bishop Eddie Long Casket - YouTube | | youtube.com |
| Eddie Long's Wife Speaks… But Do You Get It? | **Essence** | | essence.com |
| Bishop Eddie Long Scandal: He Wanted Sex in Church, Says … | | cbsnews.com |
| Mega-Church Minister Eddie Long Leaves Church, after wife … | | abcnews.go.com |
| 10 Sex Scandals that Rocked the Christian Church | Essence | | essence.com |
| Bishop Eddie Long (PICTURES): Who is The Pastor Accused … | | cbsnews.com |

Recommended to you based on what's popular • Feedback

Legal Reader
https://www.**legalreader.com**/georgia-radio-host... ▾

**Georgia Radio Host Files Unprecedented Lawsuit Accusing ...**
Web  **A Georgia-based radio host** has filed a **defamation** lawsuit against OpenAI, claiming that ChatGPT generated and propagated false information. According to The Verge, the …

Bloomberg Law News
https://news.**bloomberglaw.com**/ip-law/openai-fails-... ▾

**OpenAI Fails to Escape First Defamation Suit From Radio Host**