**CIRCUIT COURT FOR** Greenbelt ☑ **, MARYLAND**
City/County

Located at 6500 Cherrywood Ln, 20770   Case No. 1:23 CV 01822
Court Address

Jeffery Battle                              vs.   Microsoft Corp (DLA Piper)
Plaintiff                                        Defendant

P.O. Box 448                                     650 South Exeter Street  #1100
Address                                          Address

Laurel, MD 20725                                 Baltimore, MD 21202
City, State, Zip        Telephone                City, State, Zip        Telephone

                                                                (410) 580-3000
                                     Attn: Brett Ingerman, Attorney

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of April, 2024, a copy of the document(s) titled Jeffery Battle (Plaintiff) vs Microsoft Corporation (Defendant) - civil case: 1:23CV01822, Cease & Desist notice was/were ☑ mailed, postage prepaid ☐ hand delivered, to:

FedEx Next Day Delivery - Signature Confirmation
✱ Attn: Brett Ingerman, Attorney
Name                                             Address

                                                 City, State, Zip

Name                                             Address

                                                 City, State, Zip

Date                                             Signature of Party Serving

*Jeffery Battle*

CC: Maryland District Court - hand delivery

**CC-DR-058** (Rev. 06/2019)



14225 Baltimore Ave
Laurel, MD 20707-5011
301.725.4933

Receipt #: **CGSKS00401959**                                        April 4, 2024 12:52 PM

## FedEx Express Shipments

### FedEx Priority Overnight: 775821754500                                         $47.71

**Recipient Address**
DLA Piper LLP(US)
650 S EXETER ST
STE 1100
BALTIMORE, MD 21202-4576, US
410-580-3000

**Hold at Location Address**
N/A

**Scheduled Delivery Date**
04/05/2024

**Pricing Option**
Standard Rate

**Package Information**
FedEx Envelope

**Package Weight**
0.2 lb (M)

**Declared Value**
$100

**Additional Services**
Adult Signature Required

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Shipment-related terms and conditions and details on how shipping charges are calculated are available upon request or at fedex.com/serviceguide.
Manually Weighed = (M), Weighed by Scale = (S), Taxable Item = T.
Visit us at: fedex.com or call 1.800.GoFedEx (1.800.463.3339)



CGSKS0042024040401959

PAGE 1/2



14225 Baltimore Ave
Laurel, MD 20707-5011
301.725.4933

Receipt #: **CGSKS00401959**                                      April 4, 2024 12:52 PM

|  |  |
|---|---|
| Express Subtotal | $47.71 |
| Tax | $0.00 |
| **Total** | **$47.71** |

```
                    ***************
                        PURCHASE
                    ***************
                        APPROVED
Total:
                              $47.71

           Card Type:    VISA
           Card Entry:   Contactless
                        Acct #:
                    *************2418
           Approval Code: 06366C

            ************* EMV
            PURCHASE *************
            App Label:
                        VISA CREDIT
            Mode:
                              Issuer
            AID: A0000000031010
            TVR: 0000000000
            IAD: 06011203A00000
                                TSI:
                            ARC: 00
                                 AC:
                    C471535D2597E930
                                CVM:
```

Total Tender                                   $47.71

### Tell us how we're doing: **fedex.com/welisten**

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Shipment-related terms and conditions and details on how shipping charges are calculated are available upon request or at fedex.com/serviceguide.
Manually Weighed = (M), Weighed by Scale = (S), Taxable Item = T.
Visit us at: fedex.com or call 1.800.GoFedEx (1.800.463.3339)