

https://www.bing.com/search?q=jeffery+battle&qs=n&sp=-1&lq=0&sm=csrmain&pq=jeffery+battle&sc=11-14&sk=&cvi...

Publication 1450 (R... | 9510806663561245... | Search Commercial... | Amazon.com – Onli... | Utomik Games | Booking.com | Amazon.com – Onli... | Booking.com | New tab | Other favorites

Microsoft Bing — jeffery battle

J. 44581

SEARCH | COPILOT | IMAGES | VIDEOS | MAPS | NEWS | SHOPPING | ⋮ MORE | TOOLS

9-21 of 116,000 results

Justia Dockets & Filings
https://dockets.justia.com/docket/maryland/mddce/1:...

**Battle v. Microsoft Corporation 1:2023cv01822 | US District Court ...**

Web Jul 7, 2023 · Filing 5 Supplement to #1 Complaint filed by **Jeffery Battle** (ols, Deputy Clerk) July 26, 2023: Filing 4 ORDER directing that Plaintiff **Battle** Enterprises, LLC must retain counsel and counsel must enter an appearance within 28 days of the date of this Order. Signed by Judge Julie Rebecca Rubin on 7/26/2023. ..

Reason.com
https://reason.com/volokh/2023/07/13/...

**New Lawsuit Against Bing Based on Allegedly AI ...**

Web Jul 13, 2023 · But it turns out that this combines facts about two separate people with similar names. (1) **Jeffery Battle**, who is indeed apparently a veteran, businessman, and adjunct professor, and (2) Jeffrey

Medium
https://medium.com/@adrina.george10/the-best-war...

**The Best War Books Non Fiction: The Aerospace Professor**

Web Jul 13, 2023 · In conclusion, "The Aerospace Professor" by **Jeffery Battle** is one of the best

Related searches

- the aerospace professor and forrest gump
- the aerospace professor autobiography
- patrice lumumba ford
- bing lawsuit
- the aerospace professor

Attachment A
p. 1 of 2

68°F Mostly cloudy | Search | 1:35 PM 4/17/2024



# Patrice Lumumba Ford - Wikipedia

Patrice Lumumba Ford has **been accused of membership in a terrorist group dubbed the Portland Seven, members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban.** He refused t...

**Content**

- Background
- Terrorism
- Trial
- Sentencing
- Release
- External links

### Background

Patrice Lumumba Ford is Ford's birth name – he is named after **Patrice Lumumba**. Ford's father, **Kent Ford**, founded the ...
See more

### Terrorism

Ford, **Jeffrey Leon Battle, October Martinique Lewis** (Battle's ex-wife), **Muhammad Ibrahim Bilal**, his brother **Ahmed Ibrahim Bilal, Maher "Mike" Hawash**, and **Habis Abdulla al Saoub** made up the original seve... See more

### Trial

Ford's brother Sekou Ford wrote a letter to the editor on behalf of his brother. Sekou Ford claimed that his brother Patrice, and his associates, were merely scapegoats for an "overfunded, undereffective **Joint Terrorism T...** See more

### Sentencing

According to Ford, "The at Afghanistan killed and ma of people without achievir refuse to stand passive in policies.
At Ford's se... See more

Wikipedia text under CC-BY-SA license