

Case 1:23-cv-01822-LKG   Document 30-2   Filed 04/18/24   Page 2 of 2

