

Attachment B, 1 of 2


