Attachment B
p. 1 of 1

https://www.bing.com/search?q=jeff+battle+liability&qs=n&form=QBRE&sp=-1&lq=0&pq=jeff+battle+liability&sc=17-2...

Publication 1450 (R... | 9510806663561245... | Search Commercial... | Amazon.com – Onli... | Utomik Games | Booking.com | Amazon.com – Onli... | Booking.com | New tab | Other favorites

Jeffrey Battle, Battle Enterprises, LLC. (ols, Deputy Clerk) Related. [-]

Case #: 1:23-cv-01822 Cause: 28:1332 Diversity Action

Judge: Lydia Kay Griggsby

EXPLORE FURTHER

Microsoft Says It Could Abandon Activision Deal if Judge ... nytimes.com

Microsoft wins dismissal of gamers' suit over $69 billion ... reuters.com

Recommended to you based on what's popular • Feedback

Reason.com
https://reason.com/volokh/2023/07/13/new-lawsuit...

**New Lawsuit Against Bing Based on Allegedly AI-Hallucinated ...**

Web Jul 13, 2023 But it turns out that this combines facts about two separate people with similar names: (1) **Jeffery Battle**, who is indeed apparently a veteran, businessman, and ...

Reviews: 60

Financial Times
https://www.ft.com/content/61008a05-1752-48bc-bf7a...

**Legal experts step up to defend wave of AI lawsuits - Financial ...**

Web Dec 5, 2023 In another defamation lawsuit, aerospace author **Jeffrey Battle** has targeted Microsoft's AI-assisted Bing, alleging it conflated him falsely with a **convicted felon**.

The Technology Policy Institute
https://techpolicyinstitute.org/publications/...

**Large Libel Models: Liability for AI Output with UCLA School of ...**

Web Aug 3, 2023 And it keeps, at least as of when I ran it, it kept outputting this, this false information about him linking him to the other, differently spelled criminal **Jeffrey Battle** ...

**jeffery** battle **lawsuit**

**bing jeffery** battle **lawsuit**

**jeffery** battle **bing**

More

3. **Battle Enterprises, LLC**:
   - Jeffrey Battle's company, Battle Enterprises, LLC, is also involved in the legal proceedings.
   - Battle himself was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States.
   - He had two years added to his sentence for refusing to testify before a grand jury.
   - You can read the complaint related to this case here.
4. **Liability for AI Output**:
   - There's also a discussion about liability related to AI output, where someone searches for "Jeffery Battle" and sees Bing provide information about an aerospace expert who is an adjunct professor at a university.
   - This highlights the potential challenges

55°F Cloudy | Search | 10:11 AM 4/19/2024



P. 1 of 2

**CIRCUIT COURT FOR** Anne Arundel County, **MARYLAND**
City/County

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770 **Case No.** 1:23 -cv-01822
Court Address

| Plaintiff | | vs. | Defendant | |
|---|---|---|---|---|
| Jeffery Battle | | | Microsoft Corporation / DLA LLP | |
| Address | | | 650 South Exeter Street, Suite 1100 | |
| | | | Address | |
| P.O. Box 448, Laurel, MD 20725 | (301) 61306104 | | Baltimore, MD 21202-4576 | (410) 580-3000 |
| City, State, Zip | Telephone | | City, State, Zip | Telephone |

## CERTIFICATE OF SERVICE

I certify that on this 19 day of April (Month), 2024 (Year), a copy of the document(s) titled Legal Notice - Cease & Desist - Third Notice to Defendant (Title(s) of document(s))
ATTN: Brett Ingerman, Attorney

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

| Name | Address |
|---|---|
| | City, State, Zip |
| Name | Address |
| | City, State, Zip |
| Date | Signature of Party Serving |

Mailed FedEx Next Day Delivery - Signature Confirmation

J. Battle



14225 Baltimore Ave
Laurel, MD 20707-5011
301.725.4933

---

April 19, 2024 11:38 AM
Receipt #: CGSKS00402790

---

FedEx Express $46.17
FedEx Priority Overnight
776029987801

P. 2 of 2

**Recipient Address**
DLA PIPER LLP (US)
ATTN: BRETT INGERMAN
650 S EXETER ST
STE 1100
BALTIMORE, MD 21202-4576, US
410-580-3000
**Scheduled Delivery Date:** 04/22/2024
**Pricing Option:** Standard Rate
**Package Information:** FedEx Envelope
**Additional Services:**
Direct Signature Required
**Package Weight:** 0.15 lb (S)
**Declared Value:** $1

---

Express Subtotal $46.17

Tax $0.00
**Total** **$46.17**

************** PURCHASE **************
APPROVED