**CIRCUIT COURT FOR** Anne Arundel County **, MARYLAND**
City/County

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770    Case No. 1:23 -cv-01822
Court Address

vs.  Microsoft Corporation / DLA LLP
Defendant

Plaintiff
Jeffery Battle                              650 South Exeter Street, Suite 1100
Address                                     Address
P.O. Box 448, Laurel, MD 20725  (301) 61306104    Baltimore, MD 21202-4576    (410) 580-3000
City, State, Zip    Telephone              City, State, Zip    Telephone

## CERTIFICATE OF SERVICE

I certify that on this  24  day of  April , 2024 , a copy of the
                                    Month         Year
document(s) titled  Legal Notice - Cease & Desist - Fifth Notice to Defendant
                                Title(s) of document(s)
ATTN: Brett Ingerman, Attorney

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____        _____
Name                           Address
                               _____
                               City, State, Zip

_____        _____
Name                           Address
                               _____
                               City, State, Zip

_____        _____
Date                           Signature of Party Serving

CC-DR-058 (Rev. 06/2019)



14225 Baltimore Ave
Laurel, MD 20707-5011
301.725.4933

Receipt #: **CGSKS00403089**                                        April 24, 2024 11:04 AM

## FedEx Express Shipments

**FedEx Priority Overnight**: 776086925751                          $38.26

**Recipient Address**
DLA PIPER LLP(US)
ATTN: BRET INGERMAN
650 S Exeter St
SITE 1100
BALTIMORE, MD 21202, US
410-580-3000

**Hold at Location Address**
N/A

**Scheduled Delivery Date**
04/25/2024

**Pricing Option**
Standard Rate

**Package Information**
FedEx Envelope

**Package Weight**
0.15 lb (S)

**Declared Value**
$1

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Shipment-related terms and conditions and details on how shipping charges are calculated are available upon request or at fedex.com/serviceguide.
Manually Weighed = (M), Weighed by Scale = (S), Taxable Item = T.
Visit us at: fedex.com or call 1.800.GoFedEx (1.800.463.3339)



CGSKS0042024042403089

PAGE 1/2



14225 Baltimore Ave
Laurel, MD 20707-5011
301.725.4933

Receipt #: **CGSKS00403089**                    April 24, 2024 11:04 AM

|  |  |
|---|---|
| Express Subtotal | $38.26 |
| Tax | $0.00 |
| **Total** | **$38.26** |

```
***************
   PURCHASE
***************
   APPROVED

Total:
                    $38.26

Card Type:
           MASTERCARD
Card Entry:    CHIP
Acct #:
       ************6414
Approval Code: 02859S

************* EMV
PURCHASE *************
App Label:
         MASTERCARD
Mode:
              Issuer
AID: A0000000041010
TVR: 0000008000
IAD:
              0110A
04001220000000000000
         000000000FF
TSI: E800
ARC:
AC:
FEAE1BC710053ABD
CVM: 1E0300
```

Total Tender                $38.26

### Tell us how we're doing: **fedex.com/welisten**

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Shipment-related terms and conditions and details on how shipping charges are calculated are available upon request or at fedex.com/serviceguide.
Manually Weighed = (M), Weighed by Scale = (S), Taxable Item = T.
Visit us at: fedex.com or call 1.800.GoFedEx (1.800.463.3339)