**CIRCUIT COURT FOR** Anne Arundel County ☑, **MARYLAND**
City/County

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770   Case No. 1:23 -cv-01822
Court Address

vs.

Plaintiff — Jeffery Battle

Defendant — Microsoft Corporation / DLA LLP

Address — P.O. Box 448, Laurel, MD 20725

Address — 650 South Exeter Street, Suite 1100
Baltimore, MD 21202-4576

Telephone — (301) 61306104

Telephone — (410) 580-3000

## CERTIFICATE OF SERVICE

I certify that on this **26** day of **April**, **2024**, a copy of the document(s) titled **Request Permission to Court to Submit a Motion for Injunction**

ATTN: Brett Ingerman, Attorney

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____  _____
Name             Address
                 _____
                 City, State, Zip
_____  _____
Name             Address
                 _____
                 City, State, Zip
_____  _____
Date             Signature of Party Serving

CC-DR-058 (Rev. 06/2019)




# FedEx Office

14225 Baltimore Ave
Laurel, MD 20707-5011
301.725.4933

April 26, 2024 10:05 AM
Receipt #: CGSKS00602413

FedEx Express                                $47.81
FedEx Priority Overnight
776121794317

Recipient Address
DLA Piper LLP (US)
attn: Brett Ingerman
650 S EXETER ST
STE 1100
BALTIMORE, MD 21202-4576, US
410-580-3000
Scheduled Delivery Date: 04/29/2024
Pricing Option: Standard Rate
Package Information: FedEx Envelope
Additional Services:
Adult Signature Required
Package Weight: 0.15 lb (M)
Declared Value: $1

Express Subtotal        $47.81
Tax                      $0.00
Total                   $47.81

*************** PURCHASE ***************
               APPROVED

Total:                  $47.81
Card Type:    MASTERCARD