IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JEFFERY BATTLE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 23-cv-01822-LKG |
| ) | |
| v. ) | Dated: April 29, 2024 |
| ) | |
| MICROSOFT CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

On April 26, 2024, Plaintiff, Jeffery Battle, filed correspondence with the Court, requesting permission to file a motion for injunction against Defendant Microsoft Corporation. ECF No. 33. In light of the foregoing, the Court **DIRECTS** the parties to adhere to the following schedule for the briefing of Plaintiff's motion for injunction:

| | |
|---|---|
| Plaintiff's motion for injunction. | **May 20, 2024** |
| Response in opposition to Plaintiff's motion for injunction. | **June 10, 2024** |
| Plaintiff's reply. | **June 24, 2024** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge