Exhibit 135
P. 1 of 2

### The Aerospace Professor: The Man and the Brand - amazon.com

web The Aerospace Professor (Jeffery Battle) and The Aerospace Professor Company are the definition of the subtitle "The Man and the Brand". Professor Battle has a master of business administration in aviation (MBA/A), with two bachelor's degrees in general engineering and professional aeronautics.

3.9/5 ★★★★ (17)

**Related searches for jeffery battle**

- jeffery battle news
- jeffery battle wiki
- jeffery battle north alabama
- north alabama lions news
- the aerospace professor jeffery battle
- the aerospace professor and forrest gump
- north alabama lions jeffery battle
- north alabama lions jeffery

1  2  3  4  5  6  >

Privacy and Cookies   Legal   Advertise   About our ads   Help   Feedback   Consumer Health Privacy

© 2024 Microsoft

P.2of2

https://www.bing.com/search?q=jeffery+battle+wiki&FORM=QSRE2

Publication 1450 (R... 9510806663561245... Search Commercial... Amazon.com – Onli... Utomik Games Booking.com Amazon.com – Onli... Booking.com New tab Other favorites

Microsoft Bing jeffery battle wiki

Deep search J. 44991

SEARCH COPILOT IMAGES VIDEOS MAPS NEWS SHOPPING MORE TOOLS

court cases involving ai | patrice lumumba ford | ai defamation lawsuit

About 256,000 results

From Wikipedia

**Content**

- Background
- First contact wi...
- Trial
- Fate of other m...
- External links

Wikipedia
https://en.wikipedia.org/wiki/Jeffrey_Battle

## Jeffrey Battle - Wikipedia

Jeffrey Leon Battle was **a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban.** He refused to cooperate with the government and was sentenced to eighteen years in prison after pleading guilty to ... See more

**Background**

Jeffrey Leon Battle had a checkered past. According to an article in the Star-Ledger, "Battle was a ne'er-do-well, a one-time Mary Kay cosmetics ... See more

**First contact with law enforcement**

On September 29, 2001, a group of men from what would later be termed the Portland Seven were engaged in shooting practice at a gravel pit in Skamania County, located in southern Washington, including Battle, Ford, al Saoub and Ali Khaled Steitiye, who was ... See more

**Trial**

# Jeffrey Battle

Jeffrey Leon Battle was a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban. He refused to ...

Wikipedia

**Explore more**

Search

