Exhibit 137 B. 1 of 1



Exhibit 137 B. 1 of 1



