*Exhibit*
*P. 138*
*1 of 29*

To whom it may concern,

My name is Mikayla Hellwich, and I am Jeffery Battle's mental health therapist. I am a clinical social work intern at Innovative Therapeutic Services in Laurel, Maryland.

I first met Mr. Battle on October 4th, 2023. During his first appointment, I performed a thorough biopsychosocial intake assessment  in accordance with agency policy. At this time, I diagnosed him with **Mild depression (disorder)** (F32.A) and **Anxiety** (F41.9/300.00).

After independently verifying the nature of Mr. Battle's legal concerns to rule out paranoid and psychotic disorders, it was immediately clear that his depression and anxiety symptoms are directly related to the false conflation of his identity with that of a terrorist. As a patriotic military veteran and devoted father and husband, his identity being publicly associated with a terrorist due to some apparent technological error is causing severe and prolonged distress.

Mr. Battle has stated to me more than once that he fears for his life. He worries that government agencies may come after him due to what they see in Bing. He fears that he could either be detained or killed by counterterrorism officials by mistake. This affects his mood, sleep, relationships, and day-to-day life.

Everyday experiences like visiting his daughter at college out-of-state have become stressful and difficult. When he goes through TSA, he fears that his ID will be run through a system using the same artificial intelligence that has mixed up his identity and will result in his detention.

Prolonged states of physiological distress cause elevated levels of cortisol in the body. Cortisol is a hormone which affects nearly every organ system: nervous, immunity, cardiovascular, respiratory, reproductive, musculoskeletal, and integumentary. As cortisol levels increase, each of these systems undergoes maladaptive changes in response. These changes precipitate a range of acute maladies, such as heart attack, and chronic diseases, such as cancer and Cushing Syndrome (Thau et al., 2019). Prolonged cortisol exposure can be deadly.

Mr. Battle's mental and physical health are at risk. It is of the utmost importance for his health and safety that his identity be disentangled from the terrorist with whom he shares the same name.

Thank you for your time,
Mikayla Hellwich

12/5/2023

HUMANA MILITARY
PO BOX 740061
LOUISVILLE, KY 40201-7641



*P. 2 of 29*

09/11/2023

AB 01 000104 03890 H 1 A

JEFFERY BATTLE
8314 PIGEON FORK LN
LAUREL, MD 20724-2930

## Humana Military authorization for care/specialist referral

Dear TRICARE beneficiary:

Humana Military has authorized your referral for the following specialist or service:

Linda  Doering MHC
Innovative Therapeutic Service
14440 Cherry Lane Ct
Ste 208
Laurel, MD 20707-4946
SERVICES ARE AUTHORIZED IN PROVIDER'S
OFFICE ONLY

Specialty/Service: Masters Level Counseling

Phone number: (301) 604-1458
Auth/Order #: 000000186903955
Office Visits Authorized: 20
Procedures Authorized: 21
Referral Expiration Date: 08/21/2024

---

### Digital experience

Humana Military has moved referrals and authorizations to digital delivery, giving you the quickest and most reliable method of communication. You can access your referrals and authorizations and change your communication preferences via self-service or take them on-the-go by using our mobile app. You can also sign up to receive text messages!

 **HumanaMilitary.com/log-in**         **HumanaMilitary.com/MobileApp**

---

**Important:** It is your responsibility to schedule your appointment immediately unless your referring provider has offered to make the appointment. If you cannot obtain an appointment within four weeks, if the provider listed above is more than 60 minutes from your home or you want to change your provider, please contact us at **HumanaMilitary.com**.

- Bring your military ID and this letter to your first appointment. Call the specialist to determine what additional documentation you may need to bring to your first visit. This may include copies of your medical records or X-rays. If these materials will come from a military facility, you may have to request them several days in advance of the date you will pick them up.

Humana Military is the administrator of the Department of Defense TRICARE East program. TRICARE is a registered trademark of the Department of Defense (DoD), Defense Health Agency (DHA). All rights reserved.        XBBB1022-A



**EMBRY-RIDDLE**
*AERONAUTICAL UNIVERSITY*

<u>College of Career Education</u>
Extended Campus
600 S. Clyde Morris Blvd.
Daytona Beach, FL 32114-3900
Telephone: (386) 226-6970
Fax: (386) 226-6949
www.embryriddle.edu

June 7, 2006

Mr. Jeffery Battle
8314 Pigeon Folk Lane
Laurel, MD 20725

Dear Mr. Battle:

Congratulations! Let me be one of the first to welcome you to the adjunct faculty of Embry-Riddle Aeronautical University, College of Career Education. Based on your academic background, you are being appointed to the rank of **Adjunct Instructor.**

Enclosed is a copy of the College of Career Education's <u>Faculty Academic Orientation Manual</u>. The FAOM is designed to acquaint you with Embry-Riddle University, in general, and the College of Career Education in particular. It will provide you with information that will make your transition into the ERAU family as timely and smooth as possible. The emphasis of this manual is on academic information but some administrative information is, of necessity, included. Also, now that you have been approved to teach for ERAU, you are a member of the University's Intranet Community: ERAU Online. The system is powered by Blackboard and is the #1 faculty resource for communication, information, course management, and collaboration. You also have an ERAU email account that is a primary Extended Campus' faculty information source. (Please access it frequently for the latest information).

Selection to join the adjunct faculty of Embry-Riddle Aeronautical University is a significant honor, which demonstrates that you are willing to meet the challenge of teaching, mentoring, and facilitating the educational pursuits of the working adult. Your efforts in and out of the classroom will be evident in the achievements of the students whom you will be teaching.

I am confident that your students and Embry-Riddle will benefit from this association. If you continue to be associated with Embry-Riddle, you may be eligible for promotion in the adjunct ranks depending upon education and experience criteria.

Again, welcome to the large, dedicated group of adjunct faculty at Embry-Riddle Aeronautical University.

Sincerely,

*Patricia Hanrahan for the Dean*

Dr. Thomas E. Sieland
Dean of Academics

TES/kms

cc:     Dean of Academics, College of Career Education
         Center, Andrews N.E.

Leading The World In Aviation and Aerospace Education

# Columbia Southern University

## Unofficial Transcript

**Student Name:  Jeffery  Battle**
**Birth Date: 5/28**
**Enrollment Date:  06/22/95**

**Student Number:  03610**
**Date Printed:   08/02/19**
**Program Enrolled:  Doctor of Business Administration/Dissertation**

| COURSE | TITLE | SEMESTER HOURS | GRADE |
|--------|-------|----------------|-------|
| | | | |
| **Transfer Credits** | | **Source** | **Hrs** |
| | | | |
| | **Total Hours:** | 0 | |
| **Total Transfer Credit Hours:** | | 0 | |

**Spring Term 5A 2012**

| COURSE | TITLE | SEMESTER HOURS | GRADE |
|--------|-------|----------------|-------|
| DBA 7000 | Doctoral Student Orientation | 1 | A |
| DBA 7035 | Business, Government and Society | 3 | B |
| TERM: | HOURS: 4 | QPTS: 13.00 | GPA: 3.25 |

**Summer Term 1A 2012**

| DBA 7180 | Managerial Economics and Business Theory | 3 | B |
|----------|------------------------------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 9.00 | GPA: 3.00 |

**Fall Term 2A 2012**

| DBA 7240 | Doctoral Writing and Inquiry Into Research | 3 | B |
|----------|--------------------------------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 9.00 | GPA: 3.00 |

**Fall Term 3A 2013**

| DBA 7310 | Statistics for Business and Research | 3 | W |
|----------|--------------------------------------|---|---|
| TERM: | HOURS: | QPTS: | GPA: 0.00 |

**Winter Term 4A 2013**

| DBA 7420 | Organizational Behavior and Comparative Management | 3 | A |
|----------|----------------------------------------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 12.00 | GPA: 4.00 |

**Spring Term 5A 2013**

| COURSE | TITLE | SEMESTER HOURS | GRADE |
|--------|-------|----------------|-------|
| DBA 7553 | Human Resource Management | 3 | R |
| DBA 8671 | Technology and Innovation Management | 3 | B |
| TERM: | HOURS: 3 | QPTS: 9.00 | GPA: 3.00 |

**Summer Term 1A 2014**

| DBA 7632 | Business Ethics And Corporate Responsibility | 3 | A |
|----------|----------------------------------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 12.00 | GPA: 4.00 |

**Fall Term 2A 2014**

| DBA 8149 | Business Research Methods | 3 | C |
|----------|---------------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 6.00 | GPA: 2.00 |

**Winter Term 4A 2014**

| DBA 7310 | Statistics for Business Decisions and Research | 3 | A |
|----------|------------------------------------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 12.00 | GPA: 4.00 |

**Spring Term 5A 2014**

| DBA 7553 | Human Resource Management | 3 | A |
|----------|---------------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 12.00 | GPA: 4.00 |

**Summer Term 6A 2014**

| DBA 8230 | Marketing Research and Competitive Strategy | 3 | A |
|----------|---------------------------------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 12.00 | GPA: 4.00 |

**Summer Term 1A 2015**

| DBA 8341 | Corporate Finance | 3 | A |
|----------|-------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 12.00 | GPA: 4.00 |

**Fall Term 2A 2015**

| DBA 8475 | Operations and Supply Chain Management | 3 | B |
|----------|----------------------------------------|---|---|
| TERM: | HOURS: 3 | QPTS: 9.00 | GPA: 3.00 |

## Unofficial Transcript

03610

**Jeffery  Battle**

**Fall Term 3A 2015**

DBA 8552   Management Accounting   3   A
and Control Systems

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Winter Term 4A 2015**

DBA 8710   International Business   3   A
and Global Strategy

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Spring Term 5A 2015**

DBA 8758   Negotiations & Business   3   A
Strategy

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Summer Term 6A 2015**

DBA 9201   Comprehensive   2   W
Examination

TERM:   HOURS:   QPTS:   GPA:   0.00

**Summer Term 1A 2016**

DBA 9101   Comprehensive   2   A
Examination

TERM:   HOURS:   2   QPTS:   8.00   GPA:   4.00

**Fall Term 2A 2016**

DBA 9306A   Dissertation-Concept   3   D
Paper

TERM:   HOURS:   3   QPTS:   3.00   GPA:   1.00

**Winter Term 4A 2016**

DBA 9306B   Dissertation-   3   A
Methodology/Ethics

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Summer Term 1A 2017**

DBA 9307   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Fall Term 2A 2017**

DBA 9308   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Fall Term 3A 2017**

DBA 9309   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Winter Term 4A 2017**

DBA 9310   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Spring Term 5A 2017**

DBA 9311   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Summer Term 1A 2018**

DBA 9312   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Fall Term 2A 2018**

DBA 9313   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Winter Term 3A 2018**

DBA 9314   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Winter Term 4A 2018**

DBA 9315   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Spring Term 5A 2018**

DBA 9316   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Summer Term 1A 2019**

DBA 9317   Dissertation Research   3   A

TERM:   HOURS:   3   QPTS:   12.00   GPA:   4.00

**Fall Term 2A 2019**

DBA 9318   Dissertation Research   3   W

TERM:   HOURS:   QPTS:   GPA:   0.00

**Winter Term 3A 2019**

DBA 9319   Dissertation Research   3   F

TERM:   HOURS:   3   QPTS:   0.00   GPA:   0.00

## Degrees Conferred

**CUMULATIVE SUMMARY**

**Total Completed HRS**   **CSU Earned HRS**   **CSU Attempted HRS**
87   87   90

**CSU CUMQPTS**   **CSU CUMGPA**   **PROGRAM CUMGPA**
318.00   3.53   3.53

**TRANSFER HRS**   **DEMONSTRATED COMP.**
0

**END OF TRANSCRIPT**

# Unofficial Transcript

**03610**

**Jeffery Battle**

*P. 6 of 29*

## Unofficial Transcript

**03610**

**Jeffery Battle**



Embry-Riddle Aeronautical University

Upon the recommendation of the Faculty,
the Board of Trustees
hereby confers upon

Jeffrey Battle

the degree of

Master of Business Administration in Aviation

with all honors, rights and privileges thereunto appertaining.

In Witness Whereof the signatures authorized by the Board of Trustees and the Seal of the
University are hereunto affixed at Daytona Beach, Florida,
this sixth day of May, in the year anno Domini two thousand and six.





Chairman of the Board of Trustees

President of the University

Aug-12-2008  02:49pm   From-                                    T-832   P.001   F-447

ERAU Online : Unofficial Transcript / Grades

*MBA*

# Unofficial Transcript / Grades

Services Sign-out

06/15/2006         EMBRY-RIDDLE AERONAUTICAL UNIVERSITY      PAGE: 1 of 2
                OFFICE OF RECORDS AND REGISTRATION, DAYTONA BEACH CAMPUS
            WWW UNOFFICIAL TRANSCRIPT OF ACADEMIC RECORD - COUNSELING PURPOSES ONLY

                Student Name...: Jeffery Battle
Current Advisor: Dr. Blaise Waguespack, Jr.        Current Catalog: 2001

| Course | | Description | Att | Cmpl | Grd | Pts | Ref | IM Strt/End |
|---|---|---|---|---|---|---|---|---|
| *** Spring-Jan 2002 *** (01/20/02 - 05/04/02) M Business Admin in Aviation | | | | | | | | |
| BA | 521  01D4 | Global Info & Technology | 3.00 | 3.00 | A | 12.00 | | DL01/20-05/04 |
| | | Term 4.000 | 3.00 | 3.00 | | 12.00 | | |
| | | Cum  4.000 | 3.00 | 3.00 | | 12.00 | | |
| *** Summer-May 2002 *** (05/12/02 - 08/24/02) M Business Admin in Aviation | | | | | | | | |
| BA | 604  01D4 | Int'l Mgmnt & Aviation Po | 3.00 | 3.00 | B | 9.00 | | DL05/12-08/24 |
| BA | 620  01D4 | Org Behavior Thry App in | 3.00 | 3.00 | B | 9.00 | | DL05/12-08/24 |
| | | Term 3.000 | 6.00 | 6.00 | | 18.00 | | |
| | | Cum  3.333 | 9.00 | 9.00 | | 30.00 | | |
| *** Fall-Jul 2002 *** (07/01/02 - 10/13/02) M Business Admin in Aviation | | | | | | | | |
| BA | 523  01D4 | Advanced Aviation Economi | 3.00 | 3.00 | B | 9.00 | | DL07/01-10/13 |
| | | Term 3.000 | 3.00 | 3.00 | | 9.00 | | |
| | | Cum  3.250 | 12.00 | 12.00 | | 39.00 | | |
| *** Winter-Nov 2002 *** (11/01/02 - 02/20/03) | | | | | | | | |
| BA | 603  01D4 | A/Space Prod & Oprtns Mgm | 3.00 | 3.00 | B | 9.00 | | DL11/01-02/20 |
| | | Term 3.000 | 3.00 | 3.00 | | 9.00 | | |
| | | Cum  3.200 | 15.00 | 15.00 | | 48.00 | | |
| *** January 2003 *** (01/01/03 - 04/15/03) Master Business Administration | | | | | | | | |
| BA | 517  DBD4 | Accounting for Decision M | 3.00 | 3.00 | B | 9.00 | | DL01/01-04/15 |
| BA | 511  DBD4 | Operations Research | 0.00 | 0.00 | W | 0.00 | | DL01/01-04/15 |
| | | Term 3.000 | 3.00 | 3.00 | | 9.00 | | |
| | | Cum  3.167 | 18.00 | 18.00 | | 57.00 | | |
| *** March 2003 *** (03/01/03 - 06/13/03) Master Business Administration | | | | | | | | |
| BA | 522  DBD4 | Business Research Methods | 3.00 | 3.00 | B | 9.00 | | DL03/01-06/13 |
| | | Term 3.000 | 3.00 | 3.00 | | 9.00 | | |
| | | Cum  3.143 | 21.00 | 21.00 | | 66.00 | | |
| *** July 2003 *** (07/01/03 - 10/13/03) Master Business Administration | | | | | | | | |
| BA | 635  DBD4 | Bus Policy & Decison Maki | 3.00 | 3.00 | B | 9.00 | | DL07/01-10/13 |
| BA | 514  DBD4 | Strategic Mrktng Mngmnt i | 3.00 | 3.00 | B | 9.00 | | DL07/01-10/13 |
| | | Term 3.000 | 6.00 | 6.00 | | 18.00 | | |
| | | Cum  3.111 | 27.00 | 27.00 | | 84.00 | | |

Aug-12-2008 02:49pm  From-                                          T-832  P.002/010  F-447

ERAU Online : Unofficial Transcript / Grades

```
*** September 2003    *** (09/01/03 - 12/14/03) Master Business Administration
BA   511 DBD4 Operations Research      3.00  3.00I/B  9.00       DL09/01-12/14
                   Term  3.000         3.00  3.00     9.00
                   Cum   3.100        30.00 30.00    93.00

*** November 2003    *** (12/01/03 - 01/05/04) Master Business Administration
BA   503F DBD4 Bus Foundations - Finance 1.00  0.00 F  0.00   D  DL12/01-01/05
                   Term  3.000         1.00  0.00     0.00
                   Cum   3.000        31.00 30.00    93.00
```

                    EMBRY-RIDDLE AERONAUTICAL UNIVERSITY    PAGE: 2 of 2
06/15/2006         OFFICE OF RECORDS AND REGISTRATION, DAYTONA BEACH CAMPUS
              WWW UNOFFICIAL TRANSCRIPT OF ACADEMIC RECORD - COUNSELING PURPOSES ONLY

             Student Name...: Jeffery Battle
Current Advisor: Dr. Blaise Waguespack, Jr.          Current Catalog: 2001

Course        Description          Att    Cmpl Grd Pts Ref IM Strt/End
------------- -------------------- ------ ---- --- --- --- -- ---------

```
*** January 2004    *** (02/01/04 - 03/07/04) Master Business Administration
BA   503F DBD4 Bus Foundations - Finance 0.00  1.00 P  0.00   R  DL02/01-03/07
                   Term  0.000         0.00  1.00     0.00
                   Cum   3.100        30.00 31.00    93.00

*** March 2004    *** (03/07/04 - 06/20/04) Master Business Administration
BA   518 DBD4 Managerial Finance       3.00  3.00I/C  6.00      DL03/07-06/20
                   Term  2.000         3.00  3.00     6.00
                   Cum   3.000        33.00 34.00    99.00

*** January 2006    *** (01/15/06 - 04/21/06) Master Business Administration
BA   690 DBD4 Graduate Research Project 0.00  3.00 P  0.00      GR01/15-04/21
                   Term  0.000         0.00  3.00     0.00
                   Cum   3.000        33.00 37.00    99.00
```

------------------------------------------------------------------
Degree Received: Masters
Date Conferred.: May 2006
Majors.........: M. Bus Admin in Aviation
------------------------------------------------------------------
*****************----------------ADMISSIONS INFORMATION--------************
APP STAT..: Accepted/Conditional  STAT DATE: 04/12/2002  APPL DATE: 03/18/2002
ANT DEGREE: M Business Admin in AviAnt START: 02/S1
ANT MINOR.:                     ANT SPEC.:                        ****************
****************
Current Home Location: DB Daytona Beach Campus
         **********************************************************
         * All FAA Flight Certificates and Ratings recorded on the *
         * transcript were awarded as a result of flight training   *
         * received at Embry-Riddle Aeronautical University.        *
         *************** END OF TRANSCRIPT ***********************

Aug-12-2008 02:49pm From-                                        T-832   P.003/010   F-447

ERAU Online : Unofficial Transcript / Grades

*Bachelor of Science*

# Unofficial Transcript / Grades

Services Sign-out

06/15/2006             EMBRY-RIDDLE AERONAUTICAL UNIVERSITY        PAGE: 1 of 2
                 OFFICE OF RECORDS AND REGISTRATION, DAYTONA BEACH CAMPUS
            WWW UNOFFICIAL TRANSCRIPT OF ACADEMIC RECORD - COUNSELING PURPOSES ONLY

         Student Name...: Jeffery Battle
                                              Current Catalog: 1993
Current Advisor:

| Course | Description | Att | Cmpl | Grd | Pts | Ref | IM | Strt/End |
|--------|-------------|-----|------|-----|-----|-----|-----|----------|
| Advanced Standing Granted: | | | | | | | | |
| DANTES/USAFI | | 0.00 | 3.00 | X | 0.00 | | | |
| Transfer Credit: | | 0.00 | 20.00 | T | 0.00 | | | |
| Comm Coll of Air Force | | 0.00 | 9.00 | T | 0.00 | | | |
| Harold Washington College | | 0.00 | 5.00 | T | 0.00 | | | |
| Univ Maryland College Park | | 0.00 | 26.00 | T | 0.00 | | | |
| Tesst Electronics School | | 0.00 | 63.00 | | 0.00 | | | |
| | Term 0.000 | 0.00 | 63.00 | | 0.00 | | | |
| | Cum 0.000 | | | | | | | |

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| *** Spring-Mar '85   *** (03/01/85 - 05/31/85) NDU Non-Degree | | | | | | | | |
| AS  409  01AN Aviation Safety | | 3.00 | 3.00 | C | 6.00 | | | 03/01-05/31 |
| | Term 2.000 | 3.00 | 3.00 | | 6.00 | | | |
| | Cum 2.000 | 3.00 | 66.00 | | 6.00 | | | |

| *** Summer-Jun '85   *** (06/01/85 - 08/31/85) NDU Non-Degree | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| MS  410  01AN Mgmnt of Air Cargo | | 3.00 | 3.00 | C | 6.00 | | | 06/01-08/31 |
| | Term 2.000 | 3.00 | 3.00 | | 6.00 | | | |
| | Cum 2.000 | 6.00 | 69.00 | | 12.00 | | | |

| *** Fall-Aug 2000   *** (08/07/00 - 09/30/00) AS Prof Aeronautics | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| AS  254  0360 Aviation Legislation | | 3.00 | 3.00 | A | 12.00 | | L | 08/07-09/30 |
| HU  142  0260 Studies in Literature | | 3.00 | 3.00 | B | 9.00 | | L | 08/07-09/30 |
| | Term 3.500 | 6.00 | 6.00 | | 21.00 | | | |
| | Cum 2.750 | 12.00 | 75.00 | | 33.00 | | | |

| *** Fall-Sep 2000   *** (09/08/00 - 12/15/00) AS Prof Aeronautics | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| BA  201  0160 Principles of Management | | 3.00 | 3.00 | B | 9.00 | | DL | 09/08-12/15 |
| | Term 3.000 | 3.00 | 3.00 | | 9.00 | | | |
| | Cum 2.800 | 15.00 | 78.00 | | 42.00 | | | |

| *** Winter-Oct 2000   *** (10/16/00 - 12/09/00) AS Prof Aeronautics | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| EC  210  0160 Microeconomics | | 3.00 | 3.00 | B | 9.00 | | L | 10/16-12/09 |
| MA  211  0160 Statistics with Aviation | | 3.00 | 3.00 | C | 6.00 | | L | 10/16-12/09 |
| PS  102  0160 Explorations in Physics | | 3.00 | 3.00 | B | 9.00 | | L | 10/16-12/09 |
| | Term 2.667 | 9.00 | 9.00 | | 24.00 | | | |
| | Cum 2.750 | 24.00 | 87.00 | | 66.00 | | | |

Aug-12-2008 02:50pm  From-                                    T-832  P.004/010  F-447

ERAU Online : Unofficial Transcript / Grades

```
*** Spring-Jan 2001 ***  (01/08/01 - 04/08/01) BS Prof Aeronautics
AS  405  0160 Aviation Law              3.00  3.00 C   6.00     L 01/08-03/03
EC  211  0160 Macroeconomics            3.00  3.00 B   9.00     L 01/08-03/03
COM 221  01D4 Technical Report Writing  3.00  3.00 C   6.00     DL01/15-04/08
              Term  2.333               9.00  9.00    21.00
              Cum   2.636              33.00 96.00    87.00


*** Spring-Feb 2001 ***  (02/15/01 - 05/09/01) BS Prof Aeronautics
COM 219  01D4 Speech                    3.00  3.00 A  12.00     DL02/15-05/09
              Term  4.000               3.00  3.00    12.00
              Cum   2.750              36.00 99.00    99.00
```

```
06/15/2006          EMBRY-RIDDLE AERONAUTICAL UNIVERSITY    PAGE: 2 of 2
              OFFICE OF RECORDS AND REGISTRATION, DAYTONA BEACH CAMPUS
     WWW UNOFFICIAL TRANSCRIPT OF ACADEMIC RECORD - COUNSELING PURPOSES ONLY
```

Student Name...: Jeffery Battle

Current Advisor:                                Current Catalog: 1993

```
Course       Description              Att   Cmpl Grd Pts Ref IM Strt/End
-----------  -----------              ---   ---- --- --- --- -- -------
*** Spring-Mar 2001 ***  (03/19/01 - 05/12/01) BS Prof Aeronautics
HU  310  0160 American Literature      3.00  3.00 B   9.00     L 03/19-05/12
MA  111  0160 College Math for Aviation 3.00 3.00 D   3.00     L 03/19-05/12
              Term  2.000              6.00  6.00    12.00
              Cum   2.643             42.00 105.00  111.00


*** Summer-May 2001 ***  (05/28/01 - 07/21/01) BS Prof Aeronautics
BA  320  0160 Business Information Syst 3.00 3.00 A  12.00     L 05/28-07/21
BA  210  0160 Financial Accounting     3.00  3.00 A  12.00     L 05/28-07/21
MA  112  0160 College Math for Aviation 3.00 3.00 C   6.00     L 05/28-07/21
              Term  3.333              9.00  9.00    30.00
              Cum   2.765             51.00 114.00  141.00
```

```
-----------------------------------------------------------------
Degree Received: Associate in Science
Date Conferred.: July 2001
Majors.........: Profess Aeronautics
-----------------------------------------------------------------
*** Fall-Jul 2001 ***  (07/15/01 - 10/06/01) BS Prof Aeronautics
BA  415  01D4 Airline Management        3.00  3.00 A  12.00     DL07/15-10/06
BA  408  01D4 Airport Management        3.00  3.00 B   9.00     DL07/15-10/06
BA  419  01D4 Aviation Maintenance Mngm 3.00 3.00 C   6.00     DL07/15-10/06
              Term  3.000               9.00  9.00    27.00
              Cum   2.800              60.00 123.00  168.00


*** Fall-Aug 2001 ***  (08/06/01 - 09/29/01) BS Prof Aeronautics
SF  350  0160 Actc Crash & Emergency Mg 3.00 3.00 B   9.00     L 08/06-09/29
              Term  3.000               3.00  3.00    9.00
              Cum   2.810              63.00 126.00  177.00
```

```
-+--------------------------------------------------------------
Degree Received: Bachelor of Science
Date Conferred.: March 2002
```

ERAU Online : Unofficial Transcript / Grades

```
    Majors.........: Profess Aeronautics
    Minors:........: Logistics
    ---------------------------------------------------------
    ****************************ADMISSIONS INFORMATION-------------------************
    APP STAT..: Accepted/Conditional   STAT DATE: 04/12/2002  APPL DATE: 03/18/2002
    ANT DEGREE: M Business Admin in AviANT START: 02/S1
    ANT MINOR.:                         ANT SPEC.:
    ------------------------------------------------------------************
    ****************
    Current Home Location: DB Daytona Beach Campus
        ********************************************************************
            * All FAA Flight Certificates and Ratings recorded on the *
            * transcript were awarded as a result of flight training  *
            * received at Embry-Riddle Aeronautical University.        *
            ****************** END OF TRANSCRIPT *********************
```

← Back

OFFICIAL ACADEMIC DOCUMENT

# Columbia Southern University

24847 Commercial Avenue / P.O. Box 3110
Orange Beach, Alabama 36561

## OFFICIAL ACADEMIC TRANSCRIPT

**Student Name:** Mr. Jeffery Battle

June 13, 2000

**Program Enrolled:** B.S. General Engineering

**Enrollment Date:** 06-22-1995          **Birth Date:**          **Student Number:**

### Transfer Credits:

| Transferred From | UNITS | QPTS | GPA |
|---|---|---|---|
| Embry-Riddle Aeronautical University | 6 | 12.0 | 2.00 |
| TESST Electronics School | 28 | 112.0 | 4.00 |
| University of Maryland | 5 | 16.0 | 3.20 |
| Community College of the Air Force | 26 | | 0.00 |

### CSU Classes

| COURSE | TITLE | GRADE | UNITS | QPTS | SEMESTER |
|---|---|---|---|---|---|
| BEM 4501 | Hazardous Waste Regulation | D | 4 | 4 | Spring 1999 |
| CIS 300 | Intro To Computer Science | C | 4 | 8 | Fall 1995 |
| ENE 300 | Intro To Environmental Engineering | B | 4 | 12 | Fall 1995 |
| ENE 304 | SARA Title III | A | 4 | 16 | Spring 2000 |
| ENE 306 | Hazardous Waste Management | D | 4 | 4 | Spring 2000 |
| ENE 308 | Enviro. Law & Regulatory Comp. | C | 4 | 8 | Spring 2000 |
| ENE 412 | Final Paper/Project | C | 12 | 24 | Spring 2000 |

### Demonstrated Competencies

| | | | |
|---|---|---|---|
| BEM 3201 | Environmental Assessment | CG | 4 |
| BEM 3501 | Air Quality | CG | 4 |
| BEM 3801 | Solid Waste Engineering | CG | 4 |
| BEM 4001 | Intro To Pollution Prevention | CG | 4 |
| BEM 4301 | Environmental Strategies | CG | 4 |
| BOS 3201 | Occ & Enviro Safety Engineering & Mngt. | CG | 4 |
| BOS 4201 | Toxicology | CG | 4 |

**TOTAL DEMONSTRATED COMPETENCY UNITS:  28**

| CUMULATIVE TOTALS | UNITS | QPTS | GPA | DEGREE CONFERRED | DATE CONFERRED |
|---|---|---|---|---|---|
| Transfer | 39 | 140 | 3.59 | B.S. General Engineering | 05/19/2000 |
| CSU | 36 | 76 | 2.11 | | |
| Totals for GPA | 75 | 216 | 2.88 | | |
| Other Transfer Units | 26 | | | | |
| Demonstrated Comp. | 28 | | | | |
| Totals Units | 129 | | | | |

End of Transcript

Registrar

**Generated on:** This page was generated by TSDR on 2024-04-15 11:17:07 EDT

**Mark:** "THE AEROSPACE PROFESSOR" LOOK ABOVE BATTLE ENTERPRISES

**US Serial Number:** 86970392

**US Registration Number:** 5908435

**Register:** Principal

**Mark Type:** Service Mark

**Application Filing Date:** Apr. 10, 2016

**Registration Date:** Nov. 12, 2019

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 12, 2019

**Publication Date:** Apr. 11, 2017 **Notice of Allowance Date:** Jun. 06, 2017

# Mark Information

**Mark Literal Elements:** "THE AEROSPACE PROFESSOR" LOOK ABOVE BATTLE ENTERPRISES

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the following: a large "V" shape logo in blue with wings on both tops of the "V" shape that go right and left; the "V" shape is slightly disconnected at the bottom, with the words "'The Aerospace Professor'" in yellow written horizontally across the middle of the "V", the words "Look Above" in black above the "V" shape, with a five point star in blue above the "V" shape and below the words "Look Above", and the words "Battle Enterprises" in black below the "V" shape, all on a white background.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) blue, yellow, white, and black is/are claimed as a feature of the mark.

**Disclaimer:** "AEROSPACE" AND "ENTERPRISES"

**Design Search Code(s):** 01.01.03 - Star - a single star with five points
26.17.12 - Angles (geometric); Chevrons

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Procurement consultation, namely, analysis and redefinition of purchasing processes within the framework of expenditure rationalization projects; Procurement services, namely, procurement of contracts for others for the purchase of energy; Procurement, namely, purchasing goods and services for others; Business data analysis services in the field of Aviation and Aerospace Management; Charitable services in the nature of coordination of the procurement and distribution of food donations from the general public to needy persons; Charitable services, namely, coordination of the procurement and distribution of food donations from manufacturers, wholesalers, retailers, and government agencies to organizations providing free food to needy people; Charitable services, namely, coordination of the procurement and distribution of gift-in-kind product donations from manufacturers, wholesalers, retailers, and government agencies to organizations providing free products to needy people; Computerized on-line ordering featuring general consumer merchandise; Providing information pertaining to procurement, buying, selling and tendering information and opportunities relating to goods, services, and construction via computer, computer networks, telephone, the internet or electronic mail; Providing marketing solutions for Aviation and Aerospace companies; Purchasing and procurement services, namely, procuring of contracts for others for the purchase of goods and labor contracting services; Recruitment of students for higher education institutions

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 19, 2019 | **Use in Commerce:** | May 19, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | Yes | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Battle, Jeffery |
| **DBA, AKA, Formerly:** | AKA Battle Enterprises |
| **Owner Address:** | 8314 Pigeon Fork Ln<br>Laurel, MARYLAND UNITED STATES 20724 |
| **Legal Entity Type:** | INDIVIDUAL |
| **Citizenship:** | UNITED STATES |

## Attorney/Correspondence Information

### Attorney of Record - None
### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | JEFFERY BATTLE<br>8314 PIGEON FORK LN<br>LAUREL, MARYLAND UNITED STATES 20724 |
| **Phone:** | (301) 613-6104 |
| **Correspondent e-mail:** | jefbttl@hotmail.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 12, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 11, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 10, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 10, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 10, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 07, 2019 | ASSIGNED TO LIE | |
| Oct. 03, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 14, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jun. 14, 2019 | NON-FINAL ACTION E-MAILED | |
| Jun. 14, 2019 | SU - NON-FINAL ACTION - WRITTEN | |
| Jun. 04, 2019 | STATEMENT OF USE PROCESSING COMPLETE | |
| May 20, 2019 | USE AMENDMENT FILED | |
| Jun. 01, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| May 20, 2019 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 13, 2018 | SOU EXTENSION 3 GRANTED | |
| Nov. 13, 2018 | SOU EXTENSION 3 FILED | |
| Nov. 13, 2018 | SOU TEAS EXTENSION RECEIVED | |

| | |
|---|---|
| Jun. 08, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jun. 06, 2018 | SOU EXTENSION 2 GRANTED |
| Jun. 06, 2018 | SOU EXTENSION 2 FILED |
| Jun. 06, 2018 | SOU TEAS EXTENSION RECEIVED |
| Dec. 05, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Dec. 01, 2017 | SOU EXTENSION 1 GRANTED |
| Dec. 01, 2017 | SOU EXTENSION 1 FILED |
| Dec. 01, 2017 | SOU TEAS EXTENSION RECEIVED |
| Jun. 06, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Apr. 11, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Apr. 11, 2017 | PUBLISHED FOR OPPOSITION |
| Mar. 22, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Mar. 06, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Feb. 17, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Feb. 16, 2017 | EXAMINER'S AMENDMENT ENTERED |
| Feb. 16, 2017 | ASSIGNED TO LIE |
| Feb. 16, 2017 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Feb. 16, 2017 | EXAMINERS AMENDMENT E-MAILED |
| Feb. 16, 2017 | EXAMINERS AMENDMENT -WRITTEN |
| Jan. 26, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jan. 25, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 25, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 03, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 03, 2016 | NON-FINAL ACTION E-MAILED |
| Aug. 03, 2016 | NON-FINAL ACTION WRITTEN |
| Jul. 25, 2016 | ASSIGNED TO EXAMINER |
| Apr. 15, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Apr. 14, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Apr. 13, 2016 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Oct. 10, 2019

P. 17 of 29

# Certificate of Appointment

Under authority vested in the undersigned and in conformance with
Subpart 1.6 of the Federal Acquisition Regulation

## Jeffery Battle

is appointed

# Contracting Officer

for the

# United States of America

Subject to the limitations contained in the Federal Acquisition Regulation and to the following:

The award and administration of contracts of unlimited dollar value, executed in accordance with all requirements of Federal law, Executive Order, the Federal Acquisition Regulation, the HHS Acquisition Regulation and other applicable NIH policy and procedure.

National Heart, Lung, and Blood Institute
_____
*(Organization)*

National Institutes of Health, DHHS, PHS
_____
*(Agency/Department)*

Director, National Heart, Lung, and Blood Institute
_____
*(Signature and Title)*

2008-59
_____
*(No.)*

Unless sooner terminated, this appointment is
effective as long as the appointee is assigned to:

Diane L. Frasier
_____
Diane J. Frasier, Head of the
Contracting Activity

2 April 2008
_____
*(Date)*

_____
*(Date)*

NSN7540-01-152-5815
1402-101

STANDARD FORM 1402 (10-83)
Prescribed by GSA
FAR (48 CFR) 53.201-1

# Federal Acquisition Certification

## in

## Contracting

# Jeffery Battle

Has met the requirements for Level III  Certification

Date of Issuance:  July 16, 2007

**FEDERAL ACQUISITION INSTITUTE**

Karen Pica
Director, Federal Acquisition Institute

Signature
Print Name  Linda Stivaletti-Petty, Acquisition Career Manager
Title, Authorized Agent for

Department of Health and Human Services





# Certified Acquisition Professional

## JEFFERY BATTLE

Has successfully fulfilled the requirements
for professional certification

### LEVEL I

in the functional specialty of
PROGRAM MANAGEMENT

THOMAS H.E. DRINKWATER
Certifying Official

8/2/05
Date

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-181-918

**Effective Date of Registration:**
September 20, 2022
**Registration Decision Date:**
October 18, 2022

## Title
_____

Title of Work:   THE AEROSPACE PROFESSOR: THE MAN AND THE BRAND

## Completion/Publication
_____

Year of Completion:   2022
Date of 1st Publication:   September 08, 2022
Nation of 1st Publication:   United States
International Standard Number:   ISBN 9798218076177

## Author
_____

- Author:   Jeffery Battle
  Author Created:   text, photograph(s)
  Citizen of:   United States
  Domiciled in:   United States

## Copyright Claimant
_____

Copyright Claimant:   Jeffery Battle
8314 Pidgeon Fork Ln, Laurel, MD, 20724, United States

## Limitation of copyright claim
_____

Material excluded from this claim:   some photograph(s)

## Rights and Permissions
_____

Name:   Jeffery Battle
Email:   jefbttl@hotmail.com
Telephone:   (301)613-6104
Address:   8314 Pidgeon Fork Ln
Laurel, MD 20724 United States

**Registration #:**   TX0009181918
**Service Request #:**   1-11739117091



Jeffery Battle
8314 Pidgeon Fork Ln
Laurel, MD 20724 United States



The Federal Web Portal for Veterans in Business
"To care for him who shall have borne the battle, and for his widow and his orphan ..."
- Abraham Lincoln

# Eligibility Criteria

### Is your firm Veteran-owned?

**"Veteran-owned small business concern"** is a small business concern not less than 51% of which is owned by one or more veterans or, in the case of any publicly owned business, not less than 51% of the stock of which is owned by one or more veterans; and the management and daily business operations of which are controlled by one or more veterans. (If you have an other than dishonorable discharge from the U.S. Armed Services, or, for National Guard or Reservists, were activated to Federal Duty, you have veteran status for this program.)



### Is your firm service-disabled veteran-owned?

**"Service-disabled veteran-owned small business concern"** is a small business concern not less than 51% of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51% of the stock of which is owned by one or more veterans; and the management and daily business operations of which are controlled by one or more service-disabled veterans, or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran. A service-disabled veteran means a veteran with a disability that is service-connected.

### What is the minimum disability rating I need to declare myself as a service-disabled veteran?

Public Law 106-50, the Veterans Entrepreneurship and Small Business Development Act of 1999, does not require any minimum rating. A veteran with a **zero** percent **rating letter** is eligible to self-represent as a service-disabled veteran for Federal contracting purposes.

### What type of documentation do I need?

Federal solicitations contain a provision for veterans to self-represent their status. For prime contract actions with Federal agencies, an owner self-represents his or her status by action on



the "Small Business Program Representation, FAR 52.219-1," or the "Offeror Representations and Certifications - Commercial Items, FAR 52.212-3." Your signature on the offer is all you need to be eligible for Federal contracting.

# If you have questions please contact us.

### Click the button below for information on how to contact us.

> CVE Contact Information

*Last Updated 7/2/2004*

[FirstGov]  [VA Home Page]  [Privacy & Security Statement]  [Disclaimers]  [FOIA]  [VA Forms]  [Contact the VA]

This page has been accessed [ ] times since June 1, 2001.

Please provide comments or suggestions regarding this website to our Webmaster





**U.S. Small Business Administration**

202-205-8800 | sba.gov
409 3rd St, SW. Washington DC 20416

Feb. 3, 2024

Battle Enterprises LLC
SAM UEI: G512MCB2UEJ7
8314 Pigeon Fork Ln.
Laurel, MD 20724

Dear Battle Enterprises LLC:

On behalf of the Small Business Administration (SBA), Veteran Small Business Certification Program (VetCert), I am writing to inform you that Battle Enterprises LLC's VetCert expiration date has been extended one year from the period of eligibility established by the Department of Veterans Affairs, Center for Verification and Evaluation. Your new VetCert expiration date is Feb. 1, 2025. Battle Enterprises LLC's business profile and period of eligibility, are viewable in the public VetCert database located at https://veterans.certify.sba.gov.

This certification is valid until the date of expiration indicated. Please retain a copy of this letter to confirm Battle Enterprises LLC's continued program eligibility in accordance with 13 Code of Federal Regulation (CFR) part 128. You may reapply 120 days prior to your new expiration date by logging into https://veterans.certify.sba.gov.

To promote Battle Enterprises LLC's certification status, you may use the following link to download the logo for use on your marketing materials and business cards: https://ussba.github.io/brand/external-partners/certified-contractors/. In addition, please access the following link for information on next steps and opportunities for certified businesses: www.sba.gov/vetcert.

Thank you for your service to our country and for continuing to serve America through small business ownership.

Sincerely,

*John B. Perkins*

John B. Perkins
Director Veteran Small Business Certification Program

**SBA**

*All SBA programs and services are extended to the public on a nondiscriminatory basis.*



Maryland Department of Veterans Affairs
**VERIFICATION OF VETERAN STATUS**

---

**INSTRUCTIONS** – The small business owner seeking veteran verification for participation in Maryland's Veteran-Owned Small Business Enterprise (VSBE) Program shall complete SECTIONS A, B & C. Mail the completed form, along with acceptable documentation (copy only), to the address noted at the bottom of the form. Retain a copy for your records.

**SECTION A - Veteran Information**

NAME: _Jeffery Battle_

ADDRESS: _8314 Pigeon Fork LN, Laurel, MD 20724_

PHONE: ( _301_ ) _613-6104_   EMAIL: _jefbttl@hotmail.com_

**SECTION B- Veteran Status**

I, _Jeffery Battle_ certify the following (check the box that applies):

☒ Meet the federal active duty requirement to be a veteran.

☒ Was discharged or released from active duty in the US Armed Forces of the United States and have a service-connected disability.

**SECTION C – Veteran's Sworn Statement**

I swear, under penalty of perjury, that I have examined this certificate and to the best of my knowledge and belief, it is a true, correct statement.

Veteran's Signature: _Jeff Battle_   Date: _10/20/2020_

*Name of business entity seeking certification in Maryland's VSBE Program:*

_Battle Enterprises, LLC_

| **Acceptable Documentation** | Proof of veteran status requires a COPY of one of the following: DD214, DD215, Discharge Papers, or a copy of the United States Department of Veterans Affairs Rating Decision. *Send a copy only. Do not send original.* |
|---|---|

**This section to be completed by the Maryland Department of Veterans Affairs only.**

I certify that the above individual is a (select one):   MDVA Number: _MDVA 2020 -167_

☑ Veteran in accordance with Title 38 USC.

☑ Disabled veteran in accordance with the Code of Federal Regulations.

☐ Not a veteran.

_PHILLIP A. MUNLEY_
Printed name

_P___ Q. Munley_
Signed Name
Benefits & Services Director/Designee

_10-27-2020_
Date

**Maryland Department of Veterans Affairs**
ATTN: Director of Benefits and Services
31 Hopkins Plaza, Room 3020
Baltimore, Maryland 21201

07.2019

*P. 26 of 29*

**LARRY HOGAN**
GOVERNOR

**BOYD RUTHERFORD**
LT. GOVERNOR



**MARYLAND**
DEPARTMENT OF
ASSESSMENTS & TAXATION

**MICHAEL HIGGS**
DIRECTOR

September 18, 2019

Battle Enterprises LLC
8314 Pigeon Fork Ln
Laurel MD 20724-2930

RE: W12167623

*May Business Number*

We are returning the enclosed for the following reason(s):

**The department has received the Form 1 and filing fee for W12167623. There is not a filing fee or filing required for a trade name T00244745. The form and check are being returned for your records. TLC**

_____ The wrong form was used. The Form 1 Annual Report/Personal Property Tax Return was not used and/or filing fee attached.

_____ Annual Report was not used/A filing fee is not required.

_____ The Personal Property Tax Return did not have the required Annual Report and/or filing fee attached. Please mail the Form 1 to the address at the top of the form. Make sure to attach the Personal Property to the Annual Report.

_____ A filing fee is not required for the L account .

_____ This is an Assessment Notice, not a tax bill. Check is being returned for your record. Please wait for the local county or city to send the tax bill.

Please correct the items(s) listed above and refile the necessary documents along with this notice within fifteen (15) days to avoid a late filing penalty.  The forms are located on the website www.dat.maryland.gov.

If there is a discrepancy and you desire further information, please call (410) 767-1170.

Sincerely,

Business Personal Property

*Business Personal Property Audit*
**301 W. Preston St., Room 801, Baltimore, MD 21201**
**Email: sdat.ppaudit@maryland.gov        Website: www.dat.maryland.gov**
**410-767-1170  (phone)        1-800-552-7724  (MD Relay)        1-888-246-5941  (toll free)**

 P. 27 of 29



May 25, 2021

Battle Enterprises LLC
8314 Pigeon Fork Ln
Laurel, MD 20724

RE:    Battle Enterprises LLC


To Whom it May Concern:


Essendant Co. ("Seller") is a national wholesale distributor of business and furniture products. Battle Enterprises LLC ("Battle Enterprises") is a customer of Seller. Battle Enterprises has access to the open distribution products Seller sells, and will continue to have access to these products as long as Battle Enterprises remains in good standing with Seller and the products remain available to Seller on acceptable terms.

There are no contractual restrictions between Seller and Battle Enterprises that prohibit Battle Enterprises from reselling the open distribution products inside the United States. "Open distribution products" means products that Seller's suppliers allow Seller to sell to all customers, without restriction.


Sincerely,


Adam Putz
Sr. Director, Resource Center
Essendant Co.



**BE** Dynamic
**BE** Innovative

Battle Enterprises



## Battle Enterprises, LLC

Battle Enterprises, LLC was established in 2007. We deliver a dynamic selection of over 40,000 of your favorite name brand products within 70 product categories. Our Shop Online (E-Commerce) website is hosted by the trusted E-Commerce host Shopify and our website is SSL secured. Please visit our website and Shop Online store at https://BattleEnterprises.net.

- **We Accept Purchase Cards -**

Battle Enterprises is owned and operated by a veteran and former top ranked career federal Contracting Officer and Engineer, who has held an Unlimited Dollar Value Signature Authority (Warrant), the highest level FAC-C Level III Certification, with a combination of more than 30 years of contracting and technical experiences. Our experience benefits your agency. We are top level professionals who have a unique understanding of federal contracting. We are the company to continuously trust with delivering quality with each of your unique product requirements.

### CORE COMPETENCIES:

### COMPANY DATA:

#### PRODUCT LISTING

- **Office Supplies and Products**
- **Technology & Computer Equipment and Supplies**
- **Safety/PPE/EMS Supplies and Equipment**
- **Janitorial and Sanitation Supplies**
- **Business Furnisher and Furnishing**
- **Industrial Products and Equipment**
- **First Aid and Health Supplies**
- **Food/Snack/Kitchen Supplies**
- **Electronics and Electrical Supplies**

\* **DUNS: 806788043**
\* **CAGE: 4WW86**
**Socioeconomic Certifications:**
SB, VOSB, SDVOSB
\* **NAICS: 339940, 339999,**
337214, 339112, 452319,
333241, 454110, 446199
453998, 335999, 322230,
443142, 424690, 446110

**Product Shipping:** Battle Enterprises is a small business; however, our supply chain logistics is extremely sophisticated and advanced. Our national distribution network ensures the fastest, most reliable and affordable delivery throughout North America. We've partnered with established networks of strategically located distribution centers and partners with delivery providers that are unequaled in the industry. Our distribution platform is specially designed to accurately drop-ship to our customers nationwide. We provide shipment email updates and tracking information for product delivery which is similar to what you would expect from the leading products suppliers.



P. 29 of 29

# Honorable Discharge

from the Armed Forces of the United States of America

*This is to certify that*

**JEFFERY BATTLE** Airman First Class   Regular Air Force

*was Honorably Discharged from the*

# United States Air Force

on the 17th day of __January 1986__   *This certificate is awarded*

*as a testimonial of Honest and Faithful Service*

WADE A. TAYLOR, LT. COL., USAF
HQ AFMPC, RANDOLPH AFB, TEXAS

THIS IS AN IMPORTANT RECORD — SAFEGUARD IT!

DD FORM 1 NOV 51 **256 AF**