**CIRCUIT COURT FOR** Anne Arundel County, **MARYLAND**
City/County

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770    Case No. 1:23-cv-01822
Court Address

Plaintiff — Jeffery Battle
Address — P.O. Box 448, Laurel, MD 20725
City, State, Zip
Telephone — (301) 61306104

vs.

Defendant — Microsoft Corporation / DLA LLP
Address — 650 South Exeter Street, Suite 1100
City, State, Zip — Baltimore, MD 21202-4576
Telephone — (410) 580-3000

## CERTIFICATE OF SERVICE

I certify that on this **26** day of **April** (Month), **2024** (Year), a copy of the document(s) titled **Motion for Injunction**
Title(s) of document(s)
ATTN: Brett Ingerman, Attorney

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____    _____
Name                                      Address
                                                 _____
                                                 City, State, Zip

_____    _____
Name                                      Address
                                                 _____
                                                 City, State, Zip

_____    _____
Date                                       Signature of Party Serving

**CC-DR-058** (Rev. 06/2019)

**FedEx Office**

14225 Baltimore Ave
Laurel, MD 20707-5011
301.725.4933

May 2, 2024 12:46 PM
Receipt #: CGSKS00602718

FedEx Express                                    $47.95
FedEx Priority Overnight
7762070397758

**Recipient Address**
DLA PIPER LLP (US)
ATTN: BRETT INGERMAN
650 S EXETER ST
STE 1100
BALTIMORE, MD 21202-4576, US
410-580-3000
**Scheduled Delivery Date:** 05/03/2024
**Pricing Option:** One Rate
**Package Information:** FedEx Envelope
**Additional Services:**
Direct Signature Required
FEDEX_ONE_RATE
**Package Weight:** 0.55 lb (S)
**Declared Value:** $100

Express Subtotal                                 $47.95
            Tax                                   $0.00
            Total                                $47.95