HD

Rcv'd by: [signature]

Revised: May 2, 2024

USDC- GREENBELT
'24 MAY 2 PM 3:15

**MARYLAND CIRCUIT COURT FOR** Anne Arundel County , **MARYLAND**
City/County

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770    Case No. 1:23 -cv-01822
Court Address

Plaintiff                                              vs.   Microsoft Corporation / DLA LLP
Jeffery Battle                                               Defendant
Address                                                      650 South Exeter Street, Suite 1100
P.O. Box 448, Laurel, MD 20725    (301) 61306104             Address
City, State, Zip                  Telephone                  Baltimore, MD 21202-4576    (410) 580-3000
                                                             City, State, Zip              Telephone

## CERTIFICATE OF SERVICE

I certify that on this  2  day of  May , 2024 , a copy of the
                                   Month        Year
document(s) titled Motion for Injunction
                   Title(s) of document(s)
ATTN: Brett Ingerman, Attorney

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____    _____
Name                      Address
                          _____
                          City, State, Zip
_____    _____
Name                      Address
                          _____
                          City, State, Zip
_____    _____
Date                      Signature of Party Serving

[signature: J. Battle]

CC-DR-058 (Rev. 06/2019)