Revised: Certification of Service

To correct the date sumitted.

Rcv'd by: [signature]

USDC- GREENBELT
'24 MAY 2 PM 3:15

May 2, 2024

Jeffery Battle

J. Battle