IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY BATTLE, ) <br> ) <br> Plaintiff *pro se*, ) <br> ) <br> v. ) <br> ) <br> MICROSOFT CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 23-cv-01822-LKG <br><br> Dated:  May 29, 2024 |

### SCHEDULING ORDER

On April 29, 2024, the Court issued a Scheduling Order setting forth a schedule for the briefing of Plaintiff's motion for injunction.  ECF No. 34.  On May 2, 2024, Plaintiff filed a motion for injunction.  ECF No. 35.

On May 17, 2024, Defendant, Microsoft Corporation, filed a notice of intent to file a motion to compel arbitration.  ECF No. 37.  In the notice, Defendant requests that the Court issue a briefing schedule for its motion and also stay the remaining briefing for Plaintiff's pending motion for injunction, until the Court resolves Defendant's motion to compel arbitration.  *Id*.  In support of this request, Defendant argues that: (1) its motion to compel presents a threshold issue that will determine whether this case is properly before the Court and (2) Plaintiff's request for injunctive relief is subject to the Microsoft Service Agreement's arbitration clause.  *Id*. at 1-2.

In light of the foregoing, the Court establishes the following schedule for the briefing of Defendant's motion to compel arbitration:

| | |
|---|---|
| Defendant's motion to compel arbitration. | **June 10, 2024** |
| Response in opposition to Defendant's motion to compel arbitration. | **June 24, 2024** |
| Defendant's reply brief. | **July 1, 2024** |

In addition, the Court declines to stay the remaining briefing of Plaintiff's motion for injunction, so as not to delay the resolution of Plaintiff's motion, should the Court determine that it is appropriate to resolve that motion in connection with this litigation.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge