IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY BATTLE,<br><br>              Plaintiff<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>              Defendants | Case No. 1:23-cv-01822-LKG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Nicole Kozlowski, of DLA Piper LLP (US), 650 S. Exeter Street, Baltimore, Maryland 21202, an attorney duly admitted in this Court, hereby appears on behalf of the Defendant Microsoft Corporation in the above-captioned proceeding.

June 10, 2024

Respectfully submitted,

/s/ Nicole Kozlowski

Nicole Kozlowski, Bar No. 20430
**DLA PIPER LLP (US)**
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001
Nicole.kozlowski@us.dlapiper.com

Brett Ingerman, Bar No. 23037
**DLA PIPER LLP (US)**
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001
Brett.ingerman@us.dlapiper.com

Daniel L. Tobey
(to be admitted *pro hac vice*)
1900 N. Pearl St., Suite 2200

Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@us.dlapiper.com

Ashley Allen Carr
(to be admitted *pro hac vice*)
Karley Buckley
(to be admitted *pro hac vice*)
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel.: (512) 457-7000
Fax: (512) 457-7001
ashley.carr@us.dlapiper.com

*Attorneys for Defendant Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June, 2024, a copy of the foregoing Notice of Appearance was served by first class US Mail, postage pre-paid, to:

>Jeffery Battle (*pro se*)
>P.O. Box 448
>Laurel, MD 20725

>/s/ Nicole Kozlowski
>Nicole Kozlowski