IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY BATTLE, <br><br> Plaintiff <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendants | Case No. 1:23-cv-01822-LKG |

## DEFENDANT MICROSOFT CORPORATION'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY

Pursuant to Federal Rule of Civil Procedure 12(b)(3) and the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1, *et seq.*, Defendant Microsoft Corporation ("Microsoft") hereby respectfully moves the Court for an order compelling arbitration of Plaintiff Jeffery Battle's ("Plaintiff") claims pursuant to the parties' binding arbitration agreement.

As set forth in the accompanying Memorandum, Plaintiff repeatedly assented to the Microsoft Services Agreement ("MSA"), pursuant to which he agreed to arbitrate disputes, including those involving the tort claims at issue here, before the American Arbitration Association. Because Plaintiff's claims fall squarely within the MSA's broad arbitration provision, dismissal or, alternatively, a stay of this action pending arbitration is proper.

For these reasons and as set forth in the accompanying Memorandum, Microsoft respectfully requests that the Court enter an order compelling arbitration of this action in its entirety.

June 10, 2024                                      Respectfully submitted,

By: */s/ Nicole Kozlowski*
Brett Ingerman
Nicole Kozlowski
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001

Danny Tobey
(to be admitted *pro hac vice*)
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@us.dlapiper.com

Ashley Allen Carr
(to be admitted *pro hac vice*)
Karley Buckley
(to be admitted *pro hac vice*)
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel.: (512) 457-7000
Fax: (512) 457-7001
ashley.carr@us.dlapiper.com

*Attorneys for Defendant Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June, 2024, copies of the foregoing Motion to Compel Arbitration and Dismiss or Stay, Memorandum of Law In Support of Defendant's Motion to Compel Arbitration, Declaration of S. Fogarty and Corresponding Exhibits, and Proposed Order were served by first class US Mail, postage prepaid, to:

>Jeffery Battle (*pro se*)
>P.O. Box 448
>Laurel, MD 20725


>/s/ *Nicole Kozlowski*
>Nicole Kozlowski