# EXHIBIT D



# Your Services Agreement made clearer

Hello,

You're receiving this email because we are updating the Microsoft Services Agreement, which applies to one or more Microsoft products or services you use. We're making these updates to clarify our terms and ensure that they remain transparent for you, as well as to cover new Microsoft products, services and features.

The Microsoft Services Agreement is an agreement between you and Microsoft (or one of its affiliates) that governs your use of Microsoft consumer online products and services.

You can read the entire Microsoft Services Agreement **here**. You can also learn more about these updates on our FAQ page **here**, including a summary of the most notable changes. The updates to the Microsoft Services Agreement will take effect on September 30, 2023. If you continue to use our products and services on or after September 30, 2023, you are agreeing to the updated Microsoft Services Agreement.

If you do not agree, you can choose to discontinue using the products and services, and close your Microsoft account before these terms become effective. If you are a parent or guardian, you are responsible for your child's or teenager's use of Microsoft products and services, including purchases.

Thank you for using Microsoft products and services.

| Microsoft Services Agreement > | Microsoft Privacy Statement > | Frequently Asked Questions > |
|---|---|---|

This email was sent from an unmonitored mailbox.
**Privacy Statement**

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052 USA

