# EXHIBIT E



ptsrven322072716025092@outlook-int.com

# We're updating our terms

As part of our effort to improve your experience across our consumer services, we're updating the Microsoft Services Agreement. We want to take this opportunity to notify you about this update.

Learn more

Next