IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY BATTLE,<br><br>Plaintiff<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant | Case No. 1:23-cv-01822-LKG |

**[PROPOSED] ORDER GRANTING MOTION TO
COMPEL ARBITRATION AND DISMISS OR STAY**

Upon consideration of the Motion to Compel Arbitration and Dismiss or Stay, filed by Defendant Microsoft Corporation, it is on this _____ day of June 2024:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Plaintiff's Complaint is dismissed.

_____
Lydia Kay Griggsby
United States District Judge