IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY BATTLE, <br><br> Plaintiff <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant | Case No. 1:23-cv-01822-LKG |

### DECLARATION OF N. KOZLOWSKI IN SUPPORT OF MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFF JEFFERY BATTLE'S MOTION FOR INJUNCTION – PERMANENT

I, Nicole M. Kozlowski, declare as follows:

1. I have personal knowledge of the facts stated in this declaration. I am over the age of 18 years of age and could testify competently to the matters set forth herein if called upon to do so.

2. I am an associate at DLA Piper LLP (US) and represent Defendant Microsoft Corporation ("Microsoft") in this matter.

3. The facts stated herein are true, correct and within my personal knowledge, including personal knowledge gained from reviewing certain records in my custody and control.

4. I have attached as Exhibit 1 a true and accurate copy of the search results from Bing.com for the search, "Jeffery Battle", searched on June 3, 2024.

5. I have attached as Exhibit 2 a true and accurate copy of the Bing Chat response for the query, "Are Jeffery Battle and Jeffrey Battle the same person?", as of June 3, 2024.

1

6.     I have attached as Exhibit 3 a true and accurate copy of the search results from Bing.com for the search, "The Aerospace Professor", searched on June 3, 2024.

7.     I have attached as Exhibit 4 a true and accurate copy of the search on Copilot, "Jeff Battle liability", searched on June 3, 2024.

8.     I have attached as Exhibit 5 a true and accurate copy of the search results from Bing.com for the search, "The Aerospace Professor", searched on June 5, 2024.

9.     I have attached as Exhibit 6 a true and accurate copy of the related search results from Bing.com when searching "Jeffery Battle", searched on June 5, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Baltimore, Maryland
Executed on: June 10, 2024

*Nicole Kozlowski*

Nicole M. Kozlowski