# Exhibit 1

Microsoft Bing

jeffery battle

Deep nicole kozlo... 45

SEARCH   COPILOT   WORK   MY BING   IMAGES   VIDEOS   MAPS   NEWS   MORE   TOOLS

About 118,000 results


University of North Alabama Athletics
https://roarlions.com/sports/football/roster/jeffery-battle/2571

### Jeffery Battle - 2022 - University of North Alabama Athletics
WEB Weight. 189. Class. Redshirt Senior. Hometown. Birmingham, Ala. Highschool. Ramsay. **Jeffery Battle** (4) Safety - UNA 2021: Played in all 11 games in 2021 with three …

#### Jeffery Battle - 2019 - Univer…
Jeffery Battle (29) Safety - UNA 2018:
Played in six games in the secondary as …

See results only from roarlions.com



Jeffery Battle

Jeffery Battle, also known as The Aerospace Professor, is an Author, President, and Chief Executive Officer (CEO) of Battle Enterprises, LLC and its subsidiary, The Aerospace Professor Company at http…

 LinkedIn

Image: linkedin.com. Data: linkedin.com

Feedback


Columbia Journalism Review
https://www.cjr.org/analysis/ai-sued-suit...

### Can AI be sued for defamation? - Columbia Journalism Review
WEB Mar 18, 2024 · Several libel claims have been filed against AI, including one by technologist **Jeffery Battle**, who is suing Microsoft in Maryland because a Bing search using ChatGPT …


LinkedIn
https://www.linkedin.com/in/jeffery-battle-ab5b5a252

### Jeffery Battle - The Aerospace Professor - LinkedIn
WEB **Jeffery Battle**, also known as The Aerospace Professor, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company. He is also an …

**Works For:** The Aerospace Professor Comp…  **Followers:** 10
**Occupation:** The Aerospace Professor        **Title:** The Aerospace Professor


ESPN
https://www.espn.com/college-football/player/_/id/4365431/jeffery-battle

### Jeffery Battle - North Alabama Lions Safety - ESPN
WEB **Jeffery Battle**. #4. Safety. Follow. Birthplace. Birmingham, AL. Career Stats. SOLO. 42. FF. 1. INT. 0. PD. 2. View the profile of North Alabama Lions Safety **Jeffery Battle** on ESPN. Get …


ESPN
https://africa.espn.com/college-football/player/stats/_/id/4365431

### Jeffery Battle Career Stats - NCAAF - ESPN
WEB Complete career NCAAF stats for North Alabama Lions Safety **Jeffery Battle** on ESPN. Includes scoring, rushing, defensive and receiving stats.


ESPN
https://www.espn.com/.../_/id/4365431/jeffery-battle

### Jeffery Battle Game by Game Stats and Performance | ESPN
WEB Latest on North Alabama Lions safety **Jeffery Battle** including complete game-by-game stats on ESPN


ESPN Australia
https://www.espn.com.au/.../id/4365431/jeffery-battle

### Jeffery Battle Biography - ESPN (AU)
WEB View the biography of North Alabama Lions Safety **Jeffery Battle** on ESPN (AU). Includes career history and teams played for.

ESPN
https://www.espn.com/.../_/id/4365431/jeffery-battle

### Jeffery Battle News - ESPN
WEB Find the latest news about North Alabama Lions safety **Jeffery Battle** on ESPN. Check out news, rumors, and game highlights.

ESPN
https://www.espn.in/college-football/player/bio/_/id/4365431/jeffery-battle

### Jeffery Battle Biography - ESPN (IN)
WEB View the biography of North Alabama Lions Safety **Jeffery Battle** on ESPN (IN). Includes career history and teams played for.

Some results have been removed

1  2  3  4  5  6  7  8  >   Chat

Privacy and Cookies    Legal    Advertise    About our ads    Help    Feedback    © 2024 Microsoft