# Exhibit 2

  SEARCH  COPILOT  NOTEBOOK nicole.kozlo...  Protected 

**You**

are jeffery battle and jeffrey battle the same person?

  **Copilot**

Hmm…let's try a different topic. Sorry about that. What else is on your mind?

1 of 30 responses

⚠ It might be time to move onto a new topic. Let's start over.

Ask me anything...