# Exhibit 3

About 1,360,000 results

The Aerospace Professor Company
https://theaerospaceprofessor.com

## The Aerospace Professor Company

WEB  The Aerospace Professor Company is a veteran-owned small business that sells name-brand products in various categories and donates half of its profits to charity causes. The …

### Services
The Aerospace Professor provides services to assist in the recruitment of talented …

### About Us
The Aerospace Professor Company staff collaborate and partner with only the very …

### Press Release
The Aerospace Professor: The Man and The Brand autobiography is now available on …

### Contact Us
The Aerospace Professor contact and email information. Over 40,000 of Your Favorite …

### Our Mission
The Aerospace Professor Company brand was conceived to represent great …



The Aerospace Professor Company
Business manufacturing & supply
324 Main St, Laurel, Md 20725


WEBSITE


DIRECTIONS

## Images of The Aerospace Professor
bing.com/images


THE AEROSPACE PROFESSOR: TH…


Autobiography Book The Aerospace Professor By…


Latest News The Aerospace…


The Aerospace Professor: The Man and…

See all images


Goodreads
https://www.goodreads.com/book/show/125…

### The Aerospace Professor: The Man and The Brand

[WEB] Nov 3, 2022 · Learn about the life and achievements of Jeffery Battle, an adjunct professor, service-disabled veteran, and cancer survivor. He …

4.1/5  (21)    **Pages:** 158
**Format:** Paperback

### EXPLORE FURTHER

| | |
|---|---|
| [USR] Book Reviews - The US Review of Books: Professional Book … | theusreview.com |
| [a] The Aerospace Professor: The Man and The Brand Kindle … | amazon.com |

Recommended to you based on what's popular · Feedback

---

**Amazon**
https://www.amazon.com/Aerospace-Professor-Man... ▾

### The Aerospace Professor: Battle, Jeffery: …

[WEB] Sep 15, 2022 · **The Aerospace Professor's** autobiography is about Adjunct Professor Jeffery Battle, President and Chief Executive Officer (CEO) of Battle Enterprises, LLC, and his …

3.9/5 ★★★★☆ (17)    **Author:** Jeffery Battle

---

### Videos of The Aerospace Professor
**bing.com/videos**


**The Aerospace Professor memoir: How the mottos "Aim …**
Jan 15, 2023
kark.com


**The Aerospace Professor autobiography: Show Business …**
Jan 25, 2023
wrbl.com


**The Aerospace Pr Man and The Bran**
15 views · Dec 2, 2
YouTube › The Aer

See more videos of The Aerospace Professor

---

See if your work has results for **the aerospace professor**

---

**Barnes & Noble**
https://www.barnesandnoble.com/w/the-aerospace... ▾

### The Aerospace Professor: THE MAN AND THE …

[WEB] Nov 3, 2022 · Learn about the life and achievements of Jeffery Battle, an adjunct professor, service-disabled veteran, and cancer survivor. His autobiography shares his journey of …

 Amazon
https://www.amazon.com/Aerospace-Professor-Man...

### The Aerospace Professor: The Man and The Brand Kindle …

`WEB` Sep 2, 2022 · **The Aerospace Professor**: **The Man and The Brand** - Kindle edition by **Battle**, **Jeffery** . Download it once and read it on your Kindle device, PC, phones or tablets. Use …

3.9/5 ★★★★☆ (17)    **Author:** Jeffery Battle

## People also ask

**Where can I buy the aerospace professor?**

The Aerospace Professor: The Man and The Brand - Kindle edition by Battle, Jeffery . Literature & Fiction Kindle eBooks @ Amazon.com. Unlimited reading. Over 3 million titles. Learn…

The Aerospace Professor: The M…  amazon.com

**What is the aerospace professor's autobiography about?**

The Aerospace Professor's autobiography is about **the life of Adjunct Professor Jeffery Battle** and his profile of courage. Read more……

The Aerospace Professor: The M…  amazon.com

Wh…
ae…
au…
The
aut
at t
Bo…
Th…


Feedback

 LinkedIn
https://www.linkedin.com/in/jeffery-battle-ab5b5a252

### Jeffery Battle - The Aerospace Professor - LinkedIn

`WEB` Jeffery Battle, also known as The **Aerospace Professor**, is the President and CEO of Battle Enterprises, LLC and its subsidiary The **Aerospace Professor** Company. He is also an …

**Title:** The Aerospace Professor    **Location:** The Aerospace Professor Company

 Google Play
https://play.google.com/store/audiobooks/details/...

### The Aerospace Professor: The Man and The Brand

`WEB` **The Aerospace Professor**: The Man and The Brand by Jeffery Battle - Audiobooks on Google Play. Jeffery Battle. Dec 2022 · Jeffery Battle · Narrated by Larry Castleberry. headphones. …

theaerospaceprofessorbooks.com
https://theaerospaceprofessorbooks.com/ab…

### About Author Jeffery Battle | Aerospace Autobiography …



`WEB` Learn about Jeffery Battle, a former Air Force veteran and an adjunct professor at Embry-Riddle Aeronautical University. He is also the author of an aerospace autobiography book and the CEO of Battle Enterprises and …

theaerospaceprofessorbooks.com
https://theaerospaceprofessorbooks.com/the... ▾

### The Aerospace Professor: The Man and The Brand - Jeffery Battle

`WEB` May 19, 2023 · Learn about the life and career of Jeffery Battle, a former NASA engineer and author of The Aerospace Professor. He shares his journey of overcoming challenges and …

 Fable
https://fable.co/book/the-aerospace-professor-by... ▾

### The Aerospace Professor by Jeffery Battle - Fable

`WEB` **The Aerospace Professor**. By Jeffery Battle. Want to read. Buy ebook · $9.99. Publisher Description. Who am I, Forrest **Gump**?**The Aerospace Professor's****autobiography** is …

## Related searches for the aerospace professor

| | |
|---|---|
| the aerospace professor **company** | the aerospace professor **autobiography** |
| the aerospace professor **images** | the aerospace professor **review** |
| the aerospace professor **book** | the aerospace professor **jeff battle** |

1  2  3  4  5  6  7  8  >   Chat



All images

# The Aerospace Professor…

Business manufacturing & supply

Website    Directions

Contact us

📍 324 Main St, Laurel, Md 20725 · 18 mi

📞 (888) 302-1118

✏️ Suggest an edit · Your business? Claim now

## Add more information

🕐 Add hours
📷 Add photos

With enthusiasm and a strong work ethic, we are a provider of a dynamic selection of quality services and products. The Aerospace Professor Company staff collaborate and partner with … See more

## Social profiles

    
Facebook    Instagram    LinkedIn

## Related searches

- the aerospace professor **company**
- the aerospace professor **autobiography**
- the aerospace professor **images**
- the aerospace professor **review**
- the aerospace professor **book**
- the aerospace professor **jeff battle**