# Exhibit 4



## You

jeff battle liability

## Copilot

Jeffrey Battle filed a lawsuit against Microsoft Corporation for defamation. The case, known as Battle v. Microsoft Corporation, revolves around an incident where searching Battle's name on Bing, the GenAI-assisted search engine, generated a short blurb that inaccurately combined the bios of two individuals named Jeffery/Jeffrey Battle [1]. Battle alleges that this misinformation caused reputational damage and is seeking monetary compensation from Microsoft [1].

It's interesting to note that internet companies have long been shielded from liability by Section 230, which states that providers or users of interactive computer services are not treated as publishers or speakers of information provided by other content providers [2]. However, as AI systems become more prevalent, questions about liability for their output arise, and cases like Battle v. Microsoft highlight the need for legal clarity in this area [3].

Learn more   1  knowingmachines.org    2  zuckerman.com    3  techpolicyinstitute.org

1 of 30 responses

What was the misinformation about?    How is AI liability determined in legal cases?

Are there any other similar lawsuits against tech companies?

Ask me anything...