# Exhibit 5

Microsoft Bing

the aerospace professor

nicole.kozlo… 140

SEARCH   COPILOT   WORK   SHOPPING   IMAGES   VIDEOS   MAPS   NEWS   MORE   TOOLS

About 1,350,000 results



**Amazon**
https://www.amazon.com/Aerospace-Professor-Man...

**The Aerospace Professor: Battle, Jeffery: …**

WEB Sep 15, 2022 · **Jeffery Battle**, also known as The Aerospace Professor, is the President and Chief Executive Officer (CEO) of Battle Enterprises, LLC and its subsidiary The Aerospace …

3.9/5 ★★★★☆ (17)

**The Aerospace Professor: Th…**
"We Cannot Rise Above, Until We Begin to Look Above" - Jeffery Battle, The …

See results only from amazon.com

**The Aerospace Professor:
The Man and The Brand**

Book by Jeffery Battle

Who am I, Forrest Gump? The Aerospace Professor's autobiography is provocative and a compilation of dramatic, emotional, and riveting journeys from the author's early childhood through maturity. With …

**The Aerospace Professor Company**
https://theaerospaceprofessor.com

**The Aerospace Professor Company**

WEB The Aerospace Professor Company is a veteran-owned small business that sells name-brand products in various categories and donates half of its profits to charity causes. The company is led by an aerospace engineer …

4.1 ★★★★☆
Goodreads

Originally published    November 3, 2022
Author    Jeffery Battle

**EXPLORE FURTHER**

▶ The Aerospace Professor: The Man and The Brand …    youtube.com
 Press Release - **The Aerospace Professor** Company    theaerospaceprofessor.…

Recommended to you based on what's popular • Feedback

**Reviews**

 "The Aerospace Professor: The Man And The Brand" by Jeffery Battle taught me yet again, to not judge a book by … ✚
Goodreads

**Images of The Aerospace Professor**
bing.com/images

   

Latest News The Aerospace…    Autobiography Book The Aerospace Professor B…    The Aerospace Professor: The Man…    The Aerospace Professor…    Th… Pr…

 In this autobiography Jeffery Battle gives readers a captivating tale of his life from a humbling background to the peak o… ✚
Goodreads

 President and CEO of Battle Enterprise, Jeffery Battle, writes an eye-opening and life-affirming book about his struggle… ✚
Goodreads

See all images

**Barnes & Noble**
https://www.barnesandnoble.com/w/the-aerospace-...

**The Aerospace Professor: THE MAN AND THE …**

WEB Nov 3, 2022 · Learn about the life and achievements of **Jeffery Battle**, an adjunct professor, service-disabled veteran, and cancer survivor. His autobiography shares his journey of …

**Get the book**

 B&N Audiobook

Image: goodreads.com. Data: goodreads.com

Feedback

**Goodreads**
https://www.goodreads.com/book/show/125...

**The Aerospace Professor: The Man and The Brand**

WEB Nov 3, 2022 · Learn about the life and achievements of **Jeffery Battle**, an adjunct professor, service-disabled veteran, and cancer survivor. He adjunct professor, service-disabled veteran, and cancer survivor. He …

4.1/5 ★★★★☆ (21)    **Pages:** 158
**Format:** Paperback

**People also ask**

| What does the aerospace professor's autobiography look like? | Where can I buy the aerospace professor? | Wh… ae… aut… |
|---|---|---|
| The Aerospace Professor's autobiography is provocative and a | The Aerospace Professor: The Man and The Brand - Kindle edition by Battle, Jeffery . Literature & Fiction Kindle | Th… aut… |

compilation of dramatic, emotional, and riveting journeys from the author's ear…

eBooks @ Amazon.com. Unlimited reading. Over 3 million titles. Learn…

at t… Boo…

**The Aerospace Professor by Batt…**
amazon.com

**The Aerospace Professor: The M…**
amazon.com

Th…

Feedback

---

**hoopla**
https://www.hoopladigital.com/ebook/The-Aerospace…

**The Aerospace Professor Ebook by Jeffery Battle | hoopla**

WEB **The Aerospace Professor**. 2022. BATTLE ENTERPRISES **English148** Print Pages. ebook. ratings. (0) sign up. by Jeffery Battle. THE MAN AND THE BRAND. "Who am I, Forrest …

**Fable**
https://fable.co/book/the-aerospace-professor-by-...

**The Aerospace Professor by Jeffery Battle - Fable | Stories for …**

WEB The **Aerospace Professor**: The Man and The Brand" is finally out now, featuring the secrets to living a successful life despite setbacks and barriers! "We Cannot Rise Above, Until We …

**theaerospaceprofessorbooks.com**
https://theaerospaceprofessorbooks.com/ab…

**About Author Jeffery Battle | Aerospace Autobiography …** 

WEB Learn about Jeffery Battle, a former Air Force veteran and an adjunct professor at Embry-Riddle Aeronautical University. He is also the author of an aerospace autobiography book and the CEO of Battle Enterprises and …

**theaerospaceprofessorbooks.com**
https://theaerospaceprofessorbooks.com/the-...

**The Aerospace Professor: The Man and The Brand - Jeffery Battle**

WEB May 19, 2023 · Learn about the life and career of **Jeffery Battle,** a former NASA engineer and author of The Aerospace Professor. He shares his journey of overcoming challenges …

**LinkedIn**
https://www.linkedin.com/in/jeffery-battle-ab5b5a252

**Jeffery Battle - The Aerospace Professor - LinkedIn**

WEB **Jeffery Battle**, also known as The Aerospace Professor, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company. He is also an …

## Videos of The Aerospace Professor
bing.com/videos



**The Aerospace Professor** memoir: How **the** mottos "Aim High" and "Look

Jan 15, 2023
kark.com



**The Aerospace Professor** autobiography: Show Business and Art

Jan 25, 2023
wrbl.com



0:16

**The Aerospace Professor: The** Man and **The** Brand Autobiography Promo

15 views · Dec 2, 2022
YouTube › The Aerospace Professor Company

See more videos of The Aerospace Professor

---

Related searches for the aerospace professor

- the aerospace professor **company**
- the aerospace professor **images**
- the aerospace professor **book**
- the aerospace professor **autobiography**
- the aerospace professor **review**
- the aerospace professor **jeff battle**

1  2  3  4  5  6  7  8  >  Chat

Privacy and Cookies   Legal   Advertise   About our ads   Help   Feedback   © 2024 Microsoft