# Exhibit 6

Microsoft Bing

jeffery battle

nicole.kozlo… 150

SEARCH    COPILOT    WORK    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING    MORE    TOOLS

11-23 of 117,000 results

Related searches

🔍 jeffery battle **liability**
🔍 jeffery battle **news**
🔍 **jeff** battle **liability**
🔍 jeffery battle **north alabama**
🔍 **the aerospace professor** jeffery battle
🔍 **north alabama lions** jeffery battle
🔍 jeffery battle **alabama**
🔍 jeffery battle **alabama lions**

 Goodreads
https://www.goodreads.com/book/show/125… ▾

### The Aerospace Professor: The Man and The Brand by …



WEB Nov 3, 2022 · The Aerospace Professor's autobiography is about Adjunct Professor **Jeffery Battle**, President and Chief Executive Officer (CEO) of **Battle** Enterprises, LLC, and his profile of courage. He currently has a …

Providence College Athletics
https://friars.com/sports/mens-basketball/roster/coaches/jeff-battle/326 ▾

### Jeff Battle - Men's Basketball Coach - Providence College Athletics

WEB Phone. (401) 865-2266. **Jeff Battle** enters his eighth season at **Providence** College. The 2022-23 season will be **Battle**'s second season as the Associate Head Coach. In his first seven seasons with the Friars, **Battle** served helped lead the Friars to a 142-85 mark (.626), which included four NCAA Tournament appearances and one NIT.

 ESPN
https://www.espn.com/college-football/player/_/id/4365431/jeffery-battle ▾

### Jeffery Battle - North Alabama Lions Safety - ESPN

WEB View the profile of North Alabama Lions Safety **Jeffery Battle** on **ESPN**. Get the latest news, live stats and game highlights.

 Reason.com
https://reason.com/volokh/2023/07/13/new-lawsuit… ▾

### New Lawsuit Against Bing Based on Allegedly AI-Hallucinated …

WEB Jul 13, 2023 · But it turns out that this combines facts about two separate people with similar names: (1) **Jeffery Battle**, who is indeed apparently a veteran, businessman, and adjunct professor, and (2) Jeffrey ...

Providence College Athletics
https://friars.com/sports/mens-basketball/roster/coaches/jeff-battle/680 ▾

### Jeff Battle - Men's Basketball Coach - Providence College Athletics

WEB Phone. (401) 865-2266. **Jeff Battle** enters his eighth season at Providence College. The 2022-23 season will be **Battle**'s second season as the Associate Head Coach. In his first seven seasons with the Friars, **Battle** served helped lead the Friars to a 142-85 mark (.626), which included four NCAA Tournament appearances and one NIT.

 Goodreads
https://www.goodreads.com/author/show/24863455.Jeffery_Battle ▾

### Jeffery Battle (Author of The Aerospace Professor) - Goodreads

WEB **Jeffery Battle** is the author of The Aerospace Professor (4.14 avg rating, 21 ratings, 20 reviews)

 Barnes & Noble
https://www.barnesandnoble.com/w/the-aerospace… ▾

### The Aerospace Professor: The Man and The Brand by Jeffery Battle …

WEB Nov 3, 2022 · The Aerospace Professor's autobiography is about Adjunct Professor **Jeffery Battle**, President and Chief Executive Officer (CEO) of **Battle** Enterprises, LLC, and his profile of courage. He currently has a Master of Business Administration in Aviation (MBA/A), with two Bachelor of Science degrees in General Engineering and Professional Aeronautics.

 Amazon
https://www.amazon.com/Aerospace-Professor-Man… ▾

### The Aerospace Professor: The Man and the Brand - amazon.com

WEB The Aerospace Professor (**Jeffery Battle**) and The Aerospace Professor Company are the definition of the subtitle "The Man and the Brand". Professor **Battle** has a master of business administration in aviation (MBA/A), with two bachelor's degrees in general engineering and professional aeronautics. He is a service-disabled US Air Force veteran and cancer …

Providence College Athletics
https://friars.com/sports/mens-basketball/roster/coaches/jeff-battle/598 ▾

### Jeff Battle - Men's Basketball Coach - Providence College Athletics

WEB jbattle@providence.edu. Phone. (401) 865-2266. **Jeff Battle** enters his eighth season at

Providence College. The 2022-23 season will be **Battle**'s second season as the Associate Head Coach. In his first seven seasons with the Friars, **Battle** served helped lead the Friars to a 142-85 mark (.626), which included four NCAA Tournament appearances and …

**Georgetown University Athletics**
https://guhoyas.com/staff-directory/jeff-battle/2813

### Jeff **Battle** - Staff Directory - Georgetown University Athletics

WEB **Battle** was instrumental in Wake Forest's success over his 13 seasons as the Deacons reached a No. 1 national ranking in 2005 and again in 2009, won a school-record 27 games in 2005, advanced to the Sweet Sixteen in 2004 and won the 2003 ACC regular season title. Wake Forest averaged almost 20 wins per season and made six NCAA Tournament …

**Providence College Athletics**
https://friars.com/news/2021/10/15/mens-basketball…

### Jeff **Battle** Promoted To Associate Head Coach

WEB Oct 15, 2021 · **Battle** spent the previous six seasons as an assistant coach. PROVIDENCE, R.I. – Providence College men's basketball Head Coach Ed Cooley announced today (Oct. 15) that **Jeff Battle** has been **promoted to Associate Head Coach**. **Battle** has spent the past six seasons an assistant coach for the Friars. In his six seasons with the Friars, **Battle** has …

**Draft2Digital**
https://draft2digital.com/book/958053

### The Aerospace Professor: The Man and The Brand - Draft2Digital

WEB **Jeffery Battle**, also known as The Aerospace Professor! His autobiography and life experiences are where an incredible number of adverse circumstances and perceived setbacks, uncovered unlikely success stories despite the gravity of the life events individually. The chapters within The Aerospace Professor's autobiography, present the …

**Medium**
https://medium.com/@adrina.george10/the-best-war-…

### The Best War Books Non Fiction: The Aerospace Professor

WEB Jul 13, 2023 · In conclusion, "The Aerospace Professor" by **Jeffery Battle** is one of the best war books non fiction that I highly recommend to anyone seeking motivation and inspiration. **Battle**'s journey is …

## Related searches for jeffery battle

| | |
|---|---|
| jeffery battle **liability** | jeffery battle **news** |
| **jeff** battle **liability** | jeffery battle **north alabama** |
| **the aerospace professor** jeffery battle | **north alabama lions** jeffery battle |
| jeffery battle **alabama** | jeffery battle **alabama lions** |

1  2  3  4  5  6  7  8

Chat

Privacy and Cookies    Legal    Advertise    About our ads    Help    Feedback    © 2024 Microso