IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY BATTLE,<br><br>Plaintiff<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant | Case No. 1:23-cv-01822-LKG |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**

Upon consideration of the Plaintiff's Motion for Injunction - Permanent, filed by Plaintiff Jeffery Battle, Defendant Microsoft Corporation's Response in Opposition to Plaintiff's Motion for Injunction – Permanent, and any reply thereto, it is on this _____ day of June 2024:

ORDERED, that Plaintiff's Motion for Injunction – Permanent, is hereby DENIED.

_____
Lydia Kay Griggsby
United States District Judge