Exhibit 86
p. 1 of 1




# Remove search results

Article • 02/23/2023 • 14 contributors

As a Global Administrator or SharePoint Administrator in Microsoft 365, you can temporarily remove items from search results with immediate effect. The items that you can remove can be documents, pages, or sites that you don't want users to see. An example of this could be a Word document containing an invitation to an event that has been canceled, but the organizer has not removed the document from the site yet. Removing a result removes it from both classic and modern search results.

> ⓘ **Important**
>
> This is only a quick fix! Unless you delete the items or change the permissions of items manually, they will show up again in your search results after the next crawl.

## Additional resources

### 📄 Documentation

**Create and manage terms in a term set - SharePoint in Microsoft 365**

Learn how to use the SharePoint Term Store Management Tool to create and edit terms in a term store for managed metadata.

**SharePoint classic search administration overview - SharePoint in Microsoft 365**

Use the search page in the classic SharePoint admin center to customize the classic search experience for users.

**Managing the search box in SharePoint sites**

How to customize the search box experience on SharePoint sites

Show 5 more