

**MSN Support**

Home | Change language | Feedback | Contact MSN Support

*Exhibit 139*
*p. 1 of 16*

Search MSN Support:
[→]

Advanced Search

MSN Support
Microsoft Billing and Customer Service
MSN Broadband
MSN Dial-Up
MSN9 Client
Outlook Express
MSN 8 and MSN 8.5
Parental Controls
MSN Mail
More...

Links & Resources

Tasks

# MSN Subscription Agreement

MSN Subscription Agreement

Last Updated: March 2003

AGREEMENT BETWEEN YOU AND THE MICROSOFT CORPORATION

## 1. INTRODUCTION

1.1 This MSN Subscription Agreement (the "Subscription Agreement") is a legal agreement between you and Microsoft Corporation and governs your use of any of the following services (individually and collectively, "MSN"): MSN Internet Access, MSN 8 Dial-Up, MSN 8 Broadband, MSN Broadband, MSN DSL, MSN High Speed DSL, MSN High Speed Satellite, MSN Dial-Up Internet Access any other MSN branded Internet access service, and MSN 8 Internet Software, and including updates and upgrades to each service. MSN is offered to you conditioned on your acceptance without modification of the terms, conditions, and notices contained in this Subscription Agreement. If you do not agree to this Subscription Agreement do not subscribe to or use MSN.

1.2 MSN includes various Web sites, Web pages, software and services operated by the Microsoft Corporation, One Microsoft Way, Redmond, Washington 98052 or its affiliates. As used in this Subscription Agreement, "you" or "your" means you, anyone who has access to use your MSN account, and any person utilizing an Associated Account, as defined below in Section 9. You must be at least eighteen (18) years of age to subscribe to MSN.

1.3 Your use of a particular Web site or service within MSN may be under additional terms, codes of conduct or guidelines, including without limitation, particular features or offers such as sweepstakes or chat areas (the "Additional Terms"). Your acceptance of this Subscription Agreement constitutes your acceptance of any Additional Terms applicable to any Web site or service within MSN. In the event that anything in this Subscription Agreement conflicts with the Additional Terms then this Subscription Agreement shall control.

## 2. PRIVACY AND PROTECTION OF PERSONAL INFORMATION

2.1 MSN adheres to the MSN Statement of Privacy for the collection and use of your personal information. You can review the MSN Statement of Privacy at http://privacy.msn.com. You should periodically review the MSN Statement of Privacy as it is updated on a regular basis.

2.2 As part of your MSN subscription, you may have obtained a Microsoft .NET Passport account. Please see the .NET Passport privacy statement at http://www.passport.com/Consumer/PrivacyPolicy.asp?PPlcid=1033 to review how .NET Passport helps protect your personal information while you use the .NET Passport Web site (www.passport.com), and use the .NET Passport Services at participating Web sites.

## 3. MEMBER ACCOUNT, PASSWORD, AND SECURITY

Your subscription to MSN requires you to open an account, provide us with current, complete and accurate sign-up information, and choose a password and a user name. You are entirely responsible for maintaining the confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. Microsoft is not responsible for any loss that you may incur as a result of someone else using your password or account, either with or without your knowledge. However, you could be responsible for losses incurred by Microsoft or another party due to someone else using your account or password.

### 4. MODIFICATION OF THIS SUBSCRIPTION AGREEMENT

In the event that Microsoft desires to make any changes or additions to the terms, conditions, and notices involving MSN, including any terms related to pricing, discontinuation of plans and billing, then Microsoft will notify you of such changes or additions at least 30 days in advance of the effective date of any such changes or additions. The form of such notification may be, but is not required to be, e-mail, online via one or more of the Web sites within MSN (for example, on the MSN Support Desk area at http://www.support.msn.com), or other electronic notice. In the event you do not agree to such changes or additions, then you must cancel your subscription and stop using MSN prior to the effective date of such changes or additions. Your continued use of MSN after the effective date of such changes or additions constitutes your acceptance of and agreement to such changes or additions.

### 5. PERSONAL AND NON-COMMERCIAL USE LIMITATION

Unless otherwise specified, MSN is for your personal and non-commercial use. Any unauthorized commercial use of MSN, or the resale of any MSN service, is expressly prohibited. For example, you acknowledge and agree to use MSN only to send and receive personal messages. You may not modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell any information, software, products or services obtained from MSN. Without the advance express written permission of Microsoft, you may not 'meta-search' MSN, send, or cause to be sent, any automated queries of any sort to MSN, or use MSN in any commercial manner.

### 6. LINKS TO THIRD-PARTY SITES

The links included within MSN may direct you to third-party Web sites ("Linked Sites"). The Linked Sites are not under the control of Microsoft and Microsoft is not responsible for the contents of any Linked Site. Microsoft is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by Microsoft of the site or any association with its operators. Any dealings with third parties (including advertisers) included within MSN or participation in promotions, including the delivery of and the payment for goods and services, and any other terms, conditions, warranties or representations associated with such dealings or promotions, are solely between you and the advertiser or other third party. Microsoft shall not be responsible or liable for any part of any such dealings or promotions.

### 7. NO UNLAWFUL OR PROHIBITED USE

7.1 As a condition of your use of MSN, you shall not use MSN for any purpose that is unlawful or prohibited by this Subscription Agreement. You may not use MSN in any manner that could damage, disable, overburden, or impair any Web site or service within MSN (or the networks connected to any Web site or service within MSN) or interfere with any other party's use and enjoyment of MSN. You may not attempt to gain unauthorized access to MSN, other accounts, computer systems or networks

connected to any Web site or service within MSN, through hacking, password mining or any other means. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available through MSN. You agree to abide by all applicable local, state, national and international laws and regulations.

7.2 When using MSN you are subject to all the rules specified by the services and Web sites you visit. This includes Web sites and services within MSN as well as services and Web sites operated by third parties. If another party reports that you have violated their rules, you agree that Microsoft may take appropriate action just as if you had violated this Subscription Agreement. You may not use simultaneous, unattended, or continuous connections to MSN through a dial-up connection with one account without a subscription permitting such use (if available).

### 8. USE OF SERVICES; OPERATION OF SERVICES

8.1 MSN contains e-mail services, and may contain bulletin board services, chat areas, news groups, forums, communities, personal Web pages, calendars, photo albums, file cabinets and/or other message or communication facilities designed to enable you to communicate with others. You shall only use MSN to post, send, and receive messages and material that are proper and, when applicable, related to the particular MSN service. By way of example, and not as a limitation, you agree that when using MSN you will not:

- Use MSN in connection with surveys, contests, pyramid schemes, chain letters, junk e-mail, spamming or any duplicative or unsolicited messages (commercial or otherwise).
- Defame, abuse, harass, stalk, threaten or otherwise violate the legal rights (such as rights of privacy and publicity) of others.
- Publish, post, upload, distribute or disseminate any inappropriate, profane, defamatory, obscene, indecent or unlawful topic, name, material or information.
- Publish, post, upload, distribute or disseminate any topic, name, material or information that incites discrimination, hate or violence towards one person or a group because of their belonging to a race, a religion or a nation, or that insults the victims of crimes against humanity by contesting the existence of those crimes.
- Upload, or otherwise make available, files that contain images, photographs, software or other material protected by intellectual property laws, including, by way of example, and not as limitation, copyright or trademark laws (or by rights of privacy or publicity) unless you own or control the rights thereto or have received all necessary consents to do the same.
- Use any material or information, including images or photographs, which is made available through MSN in any manner that infringes any copyright, trademark, patent, trade secret, privacy or publicity right, or other proprietary right of any party.
- Upload files that contain viruses, Trojan horses, worms, time bombs, cancelbots, corrupted files, or any other similar software or programs that may damage the operation of another's computer or property of another.
- Use meta-tag searches on the Web sites.
- Advertise or offer to sell or buy any goods or services for any business purpose, unless such MSN service specifically allows such messages.
- Download any file posted by another user of MSN that you know, or reasonably should know, cannot be legally distributed in such manner.
- Falsify or delete any author attributions, legal or other proper notices or proprietary designations or labels of the origin or source of software or other material contained in a file that is uploaded.
- Restrict or inhibit any other user from using and enjoying MSN.
- Violate any code of conduct or other guidelines which may be applicable for any particular MSN service.

- Harvest or otherwise collect information about others, including e-mail addresses.
- Violate any applicable laws or regulations.
- Create a false identity for the purpose of misleading others.
- Use, download or otherwise copy, or provide (whether or not for a fee) to a person or entity any directory of users of a Web site or service within MSN or other user or usage information or any portion thereof.
- Send unsolicited e-mail or instant messages through third-party mail servers to relay your message or hide the origination of your message or any other message to others.
- Use your e-mail accounts in the text of unsolicited e-mail messages or Web sites as an address to which subscribers, members or other Internet users can respond.
- View, intercept, or attempt to intercept e-mail or other private communications not intended for you.

8.2 Microsoft has no obligation to monitor MSN. However, Microsoft reserves the right to review materials posted to any MSN service and to remove any materials in its sole discretion. Microsoft reserves the right to terminate your access to MSN or any MSN service at any time, without notice, for any reason whatsoever. Microsoft reserves the right at all times to edit, refuse to post or to remove any information or materials, in whole or in part, in Microsoft's sole discretion.

8.3 Always use caution when giving out any personally identifiable information about yourself or your children in MSN. Microsoft does not control or endorse the content, messages or information found in MSN that are posted by users or other third parties and, therefore, Microsoft specifically disclaims any liability with regard to such content, messages or information and any actions resulting from your participation in any MSN service which permits posting of content, messages or information. Managers and hosts are not authorized Microsoft spokespersons, and their views do not necessarily reflect those of Microsoft.

8.4 Materials uploaded to MSN may be subject to posted limitations on usage, reproduction and/or dissemination. You are responsible for adhering to such limitations if you download the materials.

8.5 Microsoft reserves complete and sole discretion with respect to the operation of MSN. Microsoft may, among other things: (a) take any action (legal and/or technical) that Microsoft deems appropriate to prevent bulk e-mail from entering or leaving any MSN e-mail account and the network e-mail system; (b) delete e-mail messages if your e-mail account has not been accessed by you within a time established by Microsoft from time to time, in its sole discretion; (c) not process e-mail or instant messages due to space limitations; (d) subject to the MSN Statement of Privacy, make available to third parties information relating to MSN and its subscribers and members; (e) automatically sign out any users who are inactive for an extended period of time, as determined by Microsoft as set forth in Section 16; (f) withdraw, suspend, change, or discontinue any functionality or feature of MSN; (g) delete attachments due to potentially harmful materials included within such attachment; and, (h) limit access to the service to prevent abusive consumption and ensure fair access for all subscribers. The amount of e-mail and instant message storage space per subscriber may be limited. Therefore some e-mail and instant messages may not be processed due to space constraints. You agree that Microsoft is not responsible or liable for the loss, deletion or failure to store or accept messages or other information. The use of any software that would prohibit the MSN automatic sign-out system or part thereof from performing as intended is prohibited.

9. MSN ASSOCIATED ACCOUNTS

9.1 Microsoft may allow you to have additional member accounts associated to your MSN account ("Associated Accounts"). You may allow other household members (including minors) to use your Associated Accounts, provided that you agree to pay all charges that are incurred by yourself or others utilizing the Associated Accounts. As between Microsoft and you, you are solely responsible for all usage of the Associated Accounts, including any violations of this Subscription Agreement, which may include, but is not limited to, Roaming Charges, as defined in Section 10.3, and telecommunication charges for connecting to MSN, such as long distance charges. Your MSN account (including any Associated Accounts) will be terminated for violations of this Subscription Agreement by yourself or others utilizing an Associated Account. Your right to the Associated Accounts, if any, is personal to you; no person utilizing an Associated Account has any right to your MSN account (including your Associated Accounts). You shall not assign, transfer, resell, sublicense or otherwise distribute your right or access to the Associated Accounts. You acknowledge that you are aware that some areas of MSN and the Internet may contain material that is unsuitable for minors. Even if you utilize the MSN "parental control" service to assist in blocking or inhibiting the display of such unsuitable material, you agree to supervise usage by minors whom you permit to use your MSN account.

9.2 If you are the user of an Associated Account, you acknowledge and agree that the party being billed for the MSN subscription (that is, the party who is responsible for the credit card or other payment account associated with the Billing Account) has the right to terminate the subscriber account and all Associated Accounts at any time, make changes to the subscriber account information and Associated Accounts, and to request and receive usage information related to such accounts, including but not limited to the Internet browsing history for any Associated Account.

### 10. CHARGES AND BILLING

10.1 Charges On Your Billing Account. Microsoft bills you through an online account (your "Billing Account") for services and items obtained under this Subscription Agreement (the "Products"), including your MSN subscription. You agree to pay Microsoft all charges at the prices then in effect for any Products ordered by you or other persons (including your agents) using your Billing Account (for example, under an Associated Account), and you authorize Microsoft to charge your payment method (your "Payment Method") for such Products. You agree to make payment using that selected Payment Method. You will have one billing statement available online (your "Online Statement") per Billing Account. Microsoft reserves the right to correct any errors or mistakes that it makes even if it has already requested or received payment. If Microsoft does not receive payment from the provider of your Payment Method (the "Payment Method, Provider"), you agree to pay all amounts due on your Billing Account upon demand. Microsoft reserves the right to limit the selection of, and changes to, your Payment Method Provider.

YOU MUST PROVIDE CURRENT, COMPLETE AND ACCURATE INFORMATION FOR YOUR BILLING ACCOUNT IN ORDER TO RECEIVE THE PRODUCTS ORDERED. YOU MUST PROMPTLY UPDATE ALL INFORMATION TO KEEP YOUR BILLING ACCOUNT CURRENT, COMPLETE AND ACCURATE (SUCH AS A CHANGE IN BILLING ADDRESS, CREDIT CARD NUMBER, OR CREDIT CARD EXPIRATION DATE), AND YOU MUST PROMPTLY NOTIFY MICROSOFT IF YOUR PAYMENT METHOD IS CANCELED (FOR EXAMPLE, FOR LOSS OR THEFT) OR IF YOU BECOME AWARE OF A POTENTIAL BREACH OF SECURITY, SUCH AS THE UNAUTHORIZED DISCLOSURE OR USE OF YOUR USER NAME OR PASSWORD. CHANGES TO SUCH INFORMATION CAN BE MADE AT HTTPS://BILLING.MICROSOFT.COM. IF YOU FAIL TO PROVIDE MICROSOFT ANY OF THE FOREGOING INFORMATION, YOU AGREE THAT MICROSOFT MAY CONTINUE CHARGING YOU FOR ANY PRODUCT PROVIDED UNDER YOUR BILLING ACCOUNT, UNLESS YOU HAVE TERMINATED YOUR SUBSCRIPTION FOR SUCH PRODUCT

(CONFIRMED IN WRITING UPON REQUEST).

Prices for all Products exclude all applicable taxes and telecommunication charges, unless expressly stated otherwise. To the extent permissible by law, you agree to be responsible for any applicable taxes and telecommunication charges, whether or not such amounts are itemized on your Online Statement or charged to your Billing Account or Payment Method. Currency exchange settlements will be based on your Payment Method and may be determined by agreements between you and the Payment Method Provider.

Microsoft expressly reserves the right, in its sole discretion, to change the pricing of all Products, including your MSN subscription plan, from time to time. If you and Microsoft have agreed to a specific duration and price for your current MSN subscription plan, then any price change for that subscription plan will not apply to your continued use of MSN under that plan (provided that you do not change plans or otherwise interrupt your subscription) until the first day following the expiration of the specific subscription term to which you and Microsoft have agreed. For example, if you have signed up for a MSN subscription plan at a particular monthly price for 36 months, then any subsequent price increase for that subscription plan will not apply to you until either your 36-month subscription expires or you choose to terminate your subscription before the conclusion of the 36-month period, whichever is earlier. If your MSN subscription is on a month-to-month basis, with no specified duration, then any change in pricing will be effective on the date indicated by Microsoft.

If the amount to be charged to your Billing Account varies from the amount you have preauthorized, whether as a result of your selection of a new subscription plan, or a change in pricing of your current subscription plan, you have the right to receive, and Microsoft will provide, notice of the amount to be charged and the date of the charge at least 10 days before the scheduled date of the transaction. In the event the change in the amount to be charged is attributable to a change in the pricing of your existing subscription plan and you do not agree to such change, then you must cancel your subscription and stop using MSN prior to the effective date of such change. Your continued use of MSN after the effective date of such change constitutes your acceptance of and agreement to such change. Any agreement you have with the Payment Method Provider will govern your use of that Payment Method. You agree that Microsoft may accumulate charges incurred during one or more of your monthly billing cycles and submit them as one or more aggregate charges at any time.

MICROSOFT MAY SUBMIT ALL PERIODIC CHARGES (FOR EXAMPLE, MONTHLY) FOR YOUR MSN SUBSCRIPTION, OR FOR ANY OTHER FEE-BASED SERVICE YOU ORDER THAT WILL BE CHARGED ON A MONTHLY OR OTHER PERIODIC BASIS, ON SUCH MONTHLY OR OTHER PERIODIC BASIS WITHOUT FURTHER AUTHORIZATION FROM YOU, UNTIL YOU PROVIDE PRIOR NOTICE (CONFIRMED IN WRITING UPON REQUEST) THAT YOU HAVE TERMINATED THIS AUTHORIZATION OR WISH TO CHANGE YOUR PAYMENT METHOD. SUCH NOTICE WILL NOT AFFECT CHARGES SUBMITTED BEFORE MICROSOFT REASONABLY COULD ACT. TO TERMINATE YOUR

AUTHORIZATION OR CHANGE YOUR PAYMENT METHOD, GO TO HTTPS://BILLING.MICROSOFT.COM.

Your continued use of the Products on your Billing Account reaffirms that Microsoft is authorized to charge your Payment Method. Microsoft may submit those charges for payment and you will be responsible for such charges. Those submissions will not waive Microsoft's right to seek payment directly from you. Your charges for your MSN subscription are monthly in advance, and the charges for any other Product may be payable in advance, in arrears, per usage, or as otherwise described when you initially ordered the applicable Product.

Certain services associated with MSN may require the payment of additional fees (including, without limitation, set-up, repair, additional equipment, missed appointment, line maintenance, upgrade and repair, initial activation and reactivation, transfer and relocation) and you agree to pay such fees at the prices then in effect as specified for such service to either Microsoft or its designated service provider. You agree that Microsoft may pass your account information (including, without limitation, credit card number) to its designated service provider of such additional services for their use in charging you for appropriate services rendered. Charges on your Billing Account will be summarized for you on your Online Statement.

10.2 Refund Policies. Subject to any withdrawal right you may have under applicable law, charges are non-refundable unless the price plan terms expressly say otherwise. Except as otherwise required by law, the costs of any returns if permitted will be at your expense.

10.3 Dial-up Access Phone Numbers; Hours. It is possible the access number you program your dial-up modem to use to connect to MSN may be a telephone number that results in additional or long distance charges being billed to you by a third party, even if such number was presented by MSN as an appropriate access number for your area. You are solely responsible for determining whether the access number you use is subject to any additional charges. It is your responsibility to contact your telephone company to determine whether the access number you select is subject to additional charges. You agree to pay any charges you incur by using a long distance telephone number to connect to MSN, including those that may be billed to you by a third party. Microsoft will not reimburse you for any charges incurred by you as a result of selecting an access number that is subject to additional and/or long distance charges. You also agree to pay any additional charges you incur if you connect to MSN through an MSN telephone number while you are in a country that is not the country associated with your MSN account (hereinafter referred to as "Roaming Charges"). Roaming Charges are in addition to any long distance telephone charges you may incur when connecting to MSN from another country. Please check the MSN Support Desk area at http://www.support.msn.com to view the current rates for MSN Roaming Charges. You will incur additional charges if your usage of MSN exceeds the number of hours covered by your applicable subscription plan.

10.4 Online Statement. You can sign into https://billing.microsoft.com to view your Online Statement. Your Online Statement will be available monthly. Subject to applicable law, you agree that the Online Statement is the only statement of your Billing Account that Microsoft needs to provide to you. YOU ALSO AGREE THAT IT IS YOUR RESPONSIBILITY TO PRINT OR SAVE A COPY OF YOUR ONLINE STATEMENT AND TO RETAIN THIS COPY FOR YOUR RECORDS. While you may request a paper

copy of your Online Statement, you will be charged a retrieval fee. To request a paper copy of your Online Statement, go to https://billing.microsoft.com. Paper copies of your Online Statement will only be provided for a period of 120 days from the date of the Online Statement.

Microsoft will use commercially reasonable efforts to correct any technical failures relating to an Online Statement within a reasonable time. However, your inability to view an Online Statement does not extend, or relieve you of, your obligation to pay any amounts owing to Microsoft. Unless you notify Microsoft of any error within 120 days after it first appears in any Online Statement, such statement will be deemed accepted by you for all purposes, including resolution of inquiries made by your Payment Method Provider. TO THE EXTENT ALLOWED BY LAW, YOU RELEASE MICROSOFT FROM ANY AND ALL LIABILITY AND CLAIMS OF LOSS RESULTING FROM ANY ERROR THAT IS NOT REPORTED TO MICROSOFT WITHIN 120 DAYS AFTER THE ERROR FIRST APPEARS ON YOUR ONLINE STATEMENT.

10.5 Due Date; Late Charge; Collection Costs. The amount due to Microsoft for your Billing Account must be paid in full by your Payment Method Provider on the date such payment is requested by Microsoft, not later than 30 days after the billing date; you are not entitled to carry forward a balance. You agree to pay late charges that may be assessed by Microsoft on amounts due but not timely paid. The late charge will be 1% per month (or 12% per annum) on the total amount due but not paid; but if such rate is in excess of any allowable rate under applicable laws, then you will instead be charged the maximum rate that is permitted by law. Microsoft reserves the right to refer your Billing Account to a third party for collection in the event of default. You agree to pay all costs incurred in the enforcement of this Subscription Agreement and in collection of any delinquent amounts due, including reasonable attorneys' fees and costs.

10.6 Default. If Microsoft does not receive payment for any charge to your Billing Account, you will be in default and Microsoft may suspend or cancel your Billing Account and your access to MSN and any or all other Microsoft Products. If your Payment Method Provider seeks return of payments previously made to Microsoft, but Microsoft in good faith believes that you are liable for the charge and applicable law allows the Payment Method Provider to seek payment from you, you will also be in default and Microsoft may cancel your Billing Account and your access to MSN and any or all other Products. CANCELLATION OR SUSPENSION FOR DEFAULT MAY BE MADE WITHOUT PRIOR NOTICE TO YOU AND UPON SUCH CANCELLATION OR SUSPENSION, MICROSOFT MAY STOP DELIVERY OF MSN AND ANY OTHER PRODUCT, AND ANY INFORMATION YOU HAVE STORED ON A MICROSOFT SERVICE MAY NOT BE RETRIEVED AT A LATER DATE.

11. MATERIALS PROVIDED TO MICROSOFT OR POSTED AT ANY MSN WEB SITE

11.1 Microsoft does not claim ownership of the materials you provide to Microsoft (including feedback and suggestions) or post, upload, input or submit to any Web site or service within MSN for review by the general public, or by the members of any public or private community, (each a "Submission" and collectively "Submissions"). However, by posting, uploading, inputting, providing or submitting ("Posting") your Submission you are granting Microsoft, its affiliated companies and necessary sublicensees permission to use your Submission in connection with the

operation of their Internet businesses (including, without limitation, all Web sites or services within MSN, including, without limitation, the license rights to: copy, distribute, transmit, publicly display, publicly perform, reproduce, edit, translate and reformat your Submission; to publish your name in connection with your Submission; and the right to sublicense such rights to any supplier of MSN. No compensation will be paid with respect to the use of your Submission, as provided herein. Microsoft is under no obligation to post or use any Submission you may provide and Microsoft may remove any Submission at any time in its sole discretion.

11.2 By Posting a Submission you warrant and represent that you own or otherwise control all of the rights to your Submission as described in this Subscription Agreement including, without limitation, all the rights necessary for you to provide, post, upload, input or submit the Submissions including, without limitation, where your Submission contains images, photographs, pictures or that are otherwise graphical in whole or in part ("Pictures"), that each person depicted in such Picture, if any, has provided consent to the use of the Picture as set forth in this Subscription Agreement. By Posting a Picture, you are granting (in addition to the grants specified above) (a) to all members of your private community (for each such Picture available to members of such private community), (b) to the general public (for each such Picture available anywhere on MSN, other than a private community), and/or (c) to any person with whom you share Pictures through e-mail using MSN, permission to use your Picture in connection with MSN, (including, by way of example, and not as a limitation, downloading, printing and making prints and gift items which include such Picture). The licenses granted in the preceding sentences for a Picture will terminate at the time you completely remove such Picture from MSN, provided that such termination shall not affect any licenses granted in connection with such Picture prior to the time you completely remove such Picture.

## 12. SOFTWARE AND CONTENT AVAILABLE THROUGH MSN

12.1 All information, materials, graphics, software (if any), and products that are made available to view and/or download in connection with MSN, excluding content and/or software that may be made available by end-users through MSN, ("Content") is owned by and is the copyrighted work of Microsoft Corporation and/or its suppliers and is protected by copyright laws and international treaty provisions. Except as set forth in Section 12.2, below, your use of software made available in connection with MSN ("Software") is governed by the terms of the end user license agreement, if any, which accompanies or is included with the Software ("License Agreement"). You may not install or use any Software that is accompanied by or includes a License Agreement unless you first agree to the License Agreement terms. You acknowledge and agree that Microsoft may automatically check the version of Software (including, without limitation, the MSN Internet Client Software, defined below in Section 12.2) and components you are utilizing and may provide upgrades to such Software that will be automatically downloaded to your computer, in which event you will be responsible for all resulting charges including, without limitation, connect time charges and local or long distance telephone charges, if any.

12.2 MSN Internet Client Software. MSN includes certain software programs that are installed on and accessed from your personal computing device, including, but not limited to, software programs related to the MSN user interface, e-mail and calendar functionality, personal finance management and digital photo editing, but not including any component to the operating system software for your computer such as Internet Explorer or Windows Media Player, (collectively, "MSN Internet Client Software"). Microsoft Corporation hereby grants to you, the user, a revocable, personal, non-transferable license to use, access, display, run, or otherwise interact with the MSN Internet Client Software, and any Software not accompanied by a license agreement. Microsoft may automatically upload performance and usage information for the purpose of evaluating the MSN Internet Client Software and the associated services. Such information shall not personally identify you. You may opt

out of the automatic uploading of usage information (but not performance information) in the settings area for the MSN Internet Client Software. The license granted you under this section for MSN Internet Client Software shall terminate on the date upon which your MSN subscription is terminated. You acknowledge and agree that Microsoft may disable the MSN Internet Client Software to preclude its use after the date upon which your MSN subscription is terminated.

12.3 Any reproduction or redistribution of the Content and/or Software is expressly prohibited by law, and may result in severe civil and criminal penalties. Violators will be prosecuted to the maximum extent possible. WITHOUT LIMITING THE FOREGOING, COPYING OR REPRODUCTION OF THE CONTENT OR SOFTWARE TO ANY OTHER SERVER OR LOCATION FOR FURTHER REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED. You acknowledge that the Software, and any accompanying documentation and/or technical information, is subject to applicable export control laws and regulations of the USA. You agree not to export or re-export the Software, directly or indirectly, to any countries that are subject to USA export restrictions.

## 13. INSTALLATIONS

13.1 You acknowledge and agree that Microsoft or its designated service provider may be required to access your premises and/or computer in order to install or repair the components necessary for you to access certain MSN services. This may include opening your computer to install, repair or replace equipment and/or installing software on your computer or in your location. By accepting the Agreement, scheduling a service visit and permitting Microsoft or its designated service provider to enter your home, you are hereby authorizing Microsoft or its designated service providers to access your computer for the purpose of installing, repairing or replacing the components needed to access such services and to work with your telephone provider, if necessary, to make such service available through your designated telephone number.

13.2 You are solely responsible for ensuring that all information and software embodied on your computer is stored or backed up appropriately as necessary before Microsoft or its designated service providers service or repair your computer, or you contact Microsoft for technical support.

13.3 MICROSOFT AND ITS DESIGNATED SERVICE PROVIDERS SHALL HAVE NO LIABILITY WHATSOEVER FOR ANY LOSSES RESULTING FROM INSTALLATION, REPAIR OR SUPPORT SERVICES, INCLUDING, WITHOUT LIMITATION, DAMAGE TO YOUR PREMISES, LOSS OF SOFTWARE, DATA OR OTHER INFORMATION FROM YOUR COMPUTER OR FOR ANY MODIFICATIONS MADE TO YOUR COMPUTER SYSTEM INCLUDING MODIFICATIONS OR DELETION OF FILES.

13.4 Timeframes for installations, if provided, are not guaranteed and may vary based on the types of services requested and based on provisioning and billing arrangements with the designated service providers.

## 14. LIABILITY/WARRANTY DISCLAIMER

14.1 CHANGES ARE PERIODICALLY MADE TO MSN AND TO THE INFORMATION THEREIN. MICROSOFT AND/OR ITS RESPECTIVE SUPPLIERS MAY MAKE IMPROVEMENTS AND/OR CHANGES IN MSN AT ANY TIME. YOU SPECIFICALLY AGREE THAT MICROSOFT SHALL NOT BE RESPONSIBLE FOR UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA, ANY MATERIAL OR DATA SENT OR RECEIVED OR NOT SENT OR RECEIVED, OR ANY TRANSACTIONS ENTERED INTO THROUGH ANY WEB SITE OR SERVICE WITHIN MSN. YOU SPECIFICALLY AGREE THAT MICROSOFT IS NOT RESPONSIBLE OR LIABLE FOR ANY

THREATENING, DEFAMATORY, OBSCENE, OFFENSIVE OR ILLEGAL CONTENT OR CONDUCT OF ANY OTHER PARTY OR ANY INFRINGEMENT OF ANOTHER'S RIGHTS, INCLUDING INTELLECTUAL PROPERTY RIGHTS. YOU SPECIFICALLY AGREE THAT MICROSOFT IS NOT RESPONSIBLE FOR ANY CONTENT SENT USING AND/OR INCLUDED IN ANY WEB SITE OR SERVICE WITHIN THE MSN SITE BY ANY THIRD PARTY.

14.2 ALL CONTENT(AS DEFINED ABOVE), EQUIPMENT (WHERE APPLICABLE, AND EXCEPT AS EXPRESSLY STATED IN A WRITING ACCOMPANYING SUCH EQUIPMENT), AND SERVICE (INCLUDING BUT NOT LIMITED TO ANY SERVICE PROVIDED ON YOUR COMPUTER BY MICROSOFT OR ITS DESIGNATED SERVICE PROVIDERS) ARE PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. MICROSOFT AND/OR ITS RESPECTIVE SUPPLIERS HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH REGARD TO THE CONTENT AND EQUIPMENT, INCLUDING ALL IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, TITLE AND NON-INFRINGEMENT. MICROSOFT AND ITS RESPECTIVE SUPPLIERS DO NOT WARRANT THAT THE CONTENT OR EQUIPMENT IS ACCURATE, RELIABLE, SECURE OR ERROR-FREE; THAT MSN WILL BE AVAILABLE AT ANY PARTICULAR TIME; THAT DEFECTS OR ERRORS WILL BE CORRECTED; OR THAT THE CONTENT OR EQUIPMENT IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

14.3 TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT, ITS RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS AND/OR SUPPLIERS BE LIABLE FOR ANY INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF USE, DATA OR PROFITS, ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OR PERFORMANCE OF MSN OR RELATED EQUIPMENT, WITH THE DELAY OR INABILITY TO USE MSN OR RELATED EQUIPMENT, THE PROVISION OF OR FAILURE TO PROVIDE SERVICES, OR FOR ANY CONTENT, OR OTHERWISE ARISING OUT OF THE USE OF MSN OR RELATED EQUIPMENT, WHETHER BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF MICROSOFT OR ANY OF ITS SUPPLIERS HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES.

14.4 MICROSOFT, ITS RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS AND/OR SUPPLIERS DO NOT WARRANT THAT ACCESS TO OR USE OF MSN WILL BE UNINTERRUPTED OR ERROR-FREE, THAT SUBSCRIBERS WILL BE ABLE TO ACCESS MSN AT ANY TIME OR IN ANY GEOGRAPHIC AREA, OR THAT MSN, MSN INTERNET CLIENT SOFTWARE, MSN SERVICES OR RELATED EQUIPMENT WILL MEET ANY PARTICULAR CRITERIA OF PERFORMANCE OR QUALITY.

14.5 MICROSOFT'S LIABILITY TO YOU FOR BREACH OF THIS SUBSCRIPTION AGREEMENT IS LIMITED TO THE AMOUNT ACTUALLY PAID BY YOU TO MICROSOFT FOR ACCESS TO AND USE OF MSN. YOU HEREBY RELEASE MICROSOFT FROM ANY AND ALL OBLIGATIONS, LIABILITIES, AND CLAIMS IN EXCESS OF THIS LIMITATION. BECAUSE SOME STATES/JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE LIMITATION IN THIS SECTION 14 MAY NOT APPLY TO YOU. IF YOU ARE DISSATISFIED WITH ANY PORTION OF MSN, OR WITH ANY PART OF THIS SUBSCRIPTION AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS TO NOT SIGN UP FOR MSN, OR TO CANCEL YOUR SUBSCRIPTION TO MSN (WHICH MAY RESULT IN TERMINATION FEES IF APPLICABLE TO YOUR PARTICULAR SERVICE PLAN).

14.6 The foregoing limitations, exclusions and disclaimers shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

### 15. NO PROFESSIONAL ADVICE

Nothing contained in MSN is intended to constitute investment, legal, tax, real estate, medical, accounting or other personal or professional advice, and you should not rely solely on the reports, data, and other information provided to you as part of MSN for making decisions. Information provided within MSN is for informational purposes only. You should consult with an appropriate professional for specific advice tailored to your situation and/or verify the accuracy of information provided to you before making any decision.

### 16. STORAGE SPACE AND OTHER LIMITATIONS

16.1 You agree that Microsoft may establish limits concerning use of any MSN service, including without limitation the maximum number of days that e-mail messages will be retained, the maximum number of e-mail messages that may be sent from or received by an account, the maximum size of an e-mail message that may be sent from or received by an account, the maximum disk space that will be allotted on Microsoft's servers on your behalf either cumulatively or for any particular service, such as for storing digital photographs, and the maximum number of times and duration you may access any MSN service in a given period of time. You agree that Microsoft has no responsibility or liability for the deletion, corruption or failure to store any messages or other content maintained or transmitted by any MSN service. You acknowledge that the features, parameters (for example, the amount of storage available to users) or existence of any MSN service may change at any time.

16.2 You acknowledge that Microsoft reserves the right to sign out, terminate or delete your accounts for any particular Web site or service within MSN that are "inactive" for an extended period of time, even if you continue to maintain your MSN subscription. "Inactive" means that you have not signed in to a particular service for an extended period of time, as determined by Microsoft, in its sole discretion. The amount of time that Microsoft currently considers as an "extended" period of time is determined based on the particular Web site or service within MSN to which it pertains, and may be viewed in the FAQ, or other user information relating to the particular service.

### 17. TERMINATION OF SUBSCRIPTION

17.1 Microsoft reserves the right, in its sole discretion, to terminate or suspend your subscription to MSN at any time, with or without cause, with or without notice. For example, Microsoft may, in its discretion, terminate, cancel, or suspend an accepted order if Microsoft is notified that your Payment Method has expired or has been canceled, or if Microsoft has reason to believe that any Billing Account information provided to Microsoft is untrue, inaccurate, not current or incomplete. Upon termination of your subscription to MSN your right to use MSN immediately ceases. Microsoft shall have no obligation to maintain any content or to forward any unread or unsent messages to you or any third party.

17.2 You may terminate your MSN subscription at any time, with or without cause, upon notice to Microsoft as specified in the MSN Support Desk area at http://www.support.msn.com, provided that you are responsible for all charges, which have been submitted prior to your notice of termination, as set forth below. If you are participating in any trial period offer, you must terminate your MSN subscription prior to the end of the applicable trial period in order to avoid incurring service or any other applicable charges, and if you fail to so terminate then you hereby authorize Microsoft to charge your Payment Method for your MSN subscription. Certain MSN promotions or plans may require termination or cancellation charges, and you agree to pay all such termination or cancellation

charges as specified in the materials describing such promotion or plan.

17.3 Termination, cancellation or suspension of your MSN subscription, whether by you or Microsoft, will not alter your obligation to pay all charges made to your Billing Account before such termination, cancellation or suspension (including charges made after termination by you but before Microsoft could reasonably act on your termination notice). You will not be entitled to any refunds upon termination, cancellation or suspension of your MSN subscription.

## 18. NO 'SPAM'; DAMAGES

Microsoft may immediately terminate any account which it determines, in its sole discretion, is transmitting or is otherwise connected with any 'spam' or other unsolicited bulk e-mail. In addition, because damages are often difficult to quantify, if actual damages cannot be reasonably calculated then you agree to pay Microsoft liquidated damages of five dollars (US $5.00) for each piece of 'spam' or unsolicited bulk e-mail transmitted from or otherwise connected with your account. Otherwise you agree to pay Microsoft's actual damages, to the extent such actual damages can be reasonably calculated. You agree that Microsoft may charge such damages to your selected Payment Method, as set forth in Section 10.

## 19. GENERAL

19.1 You represent and warrant that: (1) you are at least 18 years of age or the age required or allowed under applicable law for making a legal and binding contract; (2) all information that you submit is true and accurate (including without limitation information relating to your Payment Method, as defined in Section 10); and (3) you are an individual authorized to use the Payment Method. You agree to pay for all charges (including charges by other persons) and to comply with your responsibilities and obligations as stated in this Subscription Agreement. Microsoft may: (1) generate print copies of its electronic records and introduce them in evidence as original documents; and (2) prove your agreement or consent in any manner, including without limitation, by showing that a procedure existed by which you must have provided consent or engaged in conduct to obtain your MSN subscription or any other applicable Product.

19.2 Claims for enforcement, breach or violation of duties or rights under this Subscription Agreement shall be adjudicated under the laws of the State of Washington, without reference to conflict of laws principles. All other claims, including without limitation claims under or for violation of state consumer protection laws, unfair competition laws, and in tort, shall be adjudicated under the law of your state of residence. You hereby irrevocably consent to the exclusive jurisdiction and venue of courts in King County, Washington, USA in all disputes arising out of or relating to the use of MSN. You agree that no joint venture, partnership, employment, or agency relationship exists between you and Microsoft as a result of this Subscription Agreement or use of MSN. You agree not to represent yourself to be a representative, agent, or employee of Microsoft and that Microsoft will not be liable by reason of any representation, act or omission to act by you.

19.3 Microsoft reserves the right to disclose any personal information about you or your use of MSN, including its contents, without your prior permission if Microsoft has a good faith belief that such action is necessary to: (1) conform to legal requirements or comply with legal process or any governmental request; (2) protect and defend the rights or property of Microsoft or its affiliated companies; (3) enforce this Subscription Agreement; or (4) act to protect the interests of its members or others. Microsoft's performance of this Subscription Agreement is subject to existing laws and legal process, and nothing contained in this Subscription Agreement is in derogation of Microsoft's right to comply with governmental, court and law

enforcement requests or requirements relating to your use of MSN or information provided to or gathered by Microsoft with respect to such use.

19.4 If any part of this Subscription Agreement is determined to be invalid or unenforceable pursuant to applicable law including, but not limited to, the warranty disclaimers and liability limitations set forth above, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of this Subscription Agreement shall continue in effect. Microsoft may assign this Subscription Agreement, in whole or in part, at any time with or without notice to you. You may not assign this Subscription Agreement, or assign, transfer or sublicense any rights in your Billing Account. Unless otherwise specified herein, this Subscription Agreement constitutes the entire agreement between you and Microsoft with respect to MSN and it supersedes all prior or contemporaneous communications and proposals, whether electronic, oral or written, between you and Microsoft with respect to MSN.

19.5 A printed version of this Subscription Agreement and of any notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to this Subscription Agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. You and Microsoft agree that any cause of action arising out of or related to MSN must commence within one (1) year after the cause of action accrues; otherwise, such cause of action is permanently barred. The section titles in the Agreement are solely used for the convenience of the parties and have no legal or contractual significance.

## 20. NOTICES, CONSUMER DISCLOSURES, AND CONSENTS REGARDING ELECTRONIC INFORMATION

20.1 Notices given by you to Microsoft must be given by e-mail via MSN and addressed as set forth in the MSN Support Desk area at http://www.support.msn.com, or by postal mail. Notices to MSN by postal mail must be sent to Microsoft Corporation Attention: MSN Customer Service, One Microsoft Way, Redmond, WA 98052-6399, USA.

20.2 ALL INFORMATION THAT MICROSOFT IS REQUIRED BY LAW TO SEND TO YOU REGARDING YOUR MSN SUBSCRIPTION, AND ANY OTHER SUBSCRIPTIONS, SERVICES AND ITEMS PROVIDED TO YOU UNDER THIS SUBSCRIPTION AGREEMENT, INCLUDING ANY BILLING AND PAYMENT INFORMATION (COLLECTIVELY REFERRED TO AS "REQUIRED INFORMATION"), AND ANY OTHER INFORMATION PROVIDED TO YOU FROM MICROSOFT, WILL BE PROVIDED TO YOU IN ELECTRONIC FORM ONLY. MICROSOFT WILL PROVIDE ALL REQUIRED INFORMATION TO YOU IN ELECTRONIC FORM EITHER (1) VIA E-MAIL AT THE E-MAIL ADDRESS YOU SPECIFIED OR CREATED WHEN YOU SIGNED UP FOR YOUR MSN SUBSCRIPTION, (2) BY ACCESS TO A MICROSOFT WEB SITE THAT WILL BE DESIGNATED IN AN E-MAIL NOTICE SENT TO YOU AT THE TIME THE INFORMATION IS AVAILABLE, OR (3) TO THE EXTENT PERMISSIBLE BY LAW, BY ACCESS TO A MICROSOFT WEB SITE THAT WILL BE GENERALLY DESIGNATED IN ADVANCE FOR SUCH PURPOSE.

20.3 You may request a paper copy of any Required Information previously provided to you in electronic form by Microsoft for a period of 120 days from the date that Microsoft first provided the Required Information to you. However, Microsoft may charge a reasonable fee for providing such paper copies. You may request paper copies by following the instructions at https://billing.microsoft.com.

20.4 As part of your MSN subscription, you have (a) been provided, or designated during the sign-up process, an e-mail address; (b) installed or currently have on your computer, Internet Explorer 6.0; and (c) installed the MSN Internet Client Software, which contains an e-mail software program capable of sending and receiving e-mail from Microsoft via the Internet. Each of these items is necessary in order for you to receive Required Information electronically from Microsoft. Also, your computer must be capable of either printing or storing Required Information received in electronic form from Microsoft via a plain-text formatted e-mail message or by access to a Microsoft Web site using the browser specified above. In the event that there are any changes to the hardware and software requirements listed above that are likely to have a significant impact on your ability to receive, access, display, store, and print the Required Information that Microsoft sends to you in electronic form, Microsoft will notify you of these changes. In such case, you will be required to reconfirm your agreement to receive, and your ability to access, such Required Information in electronic form in order to avoid any disruption in your MSN subscription, or any other Products. You may, however, always choose to withdraw your consent to receive Required Information in electronic form according to the instructions set forth at https://billing.microsoft.com without the imposition of any fees, but Microsoft may terminate your MSN subscription, Billing Account and any other Products provided to you if you do so.

20.5 YOU AGREE THAT BY ACCEPTING THIS SUBSCRIPTION AGREEMENT, YOU CONSENT TO RECEIVE REQUIRED INFORMATION, AND ANY OTHER INFORMATION PROVIDED TO YOU FROM MICROSOFT, SOLELY BY ELECTRONIC COMMUNICATION. YOU ALSO CONFIRM THAT YOUR COMPUTER SATISFIES THE HARDWARE AND SOFTWARE REQUIREMENTS STATED ABOVE FOR RECEIVING, ACCESSING, DISPLAYING, PRINTING, AND STORING COPIES OF SUCH REQUIRED INFORMATION, AND YOU CONFIRM THAT YOU PROVIDED MICROSOFT A CURRENT E-MAIL ADDRESS FOR RECEIVING REQUIRED INFORMATION WHEN YOU SIGNED UP FOR YOUR MSN SUBSCRIPTION. YOU MAY WITHDRAW YOUR CONSENT OR UPDATE YOUR E-MAIL ADDRESS BY VIEWING THE WEB SITE AT HTTPS://BILLING.MICROSOFT.COM AND FOLLOWING THE INSTRUCTIONS WITHIN. HOWEVER, IF YOU CHOOSE TO WITHDRAW THIS CONSENT, MICROSOFT MAY TERMINATE YOUR MSN SUBSCRIPTION, YOUR BILLING ACCOUNT AND ANY OTHER PRODUCTS PROVIDED TO YOU UNDER THIS AGREEMENT.

21. INDEMNIFICATION

You agree to indemnify and hold Microsoft, its parents, subsidiaries, members, affiliates, officers and employees, harmless from any claim, demand, or damage, including costs and reasonable attorneys' fees, asserted by any third party due to or arising out of your use of or conduct on MSN. Microsoft will notify you of any claim for which Microsoft seeks indemnification and will afford you the opportunity to participate in the defense of such claim, provided that your participation will not be conducted in a manner prejudicial to Microsoft's interests, as reasonably determined by Microsoft.

22. COPYRIGHT AND TRADEMARK NOTICES

All contents of MSN are: Copyright (c) 1996 - 2003 Microsoft Corporation and/or its suppliers, One Microsoft Way, Redmond, Washington 98052-6399 USA. All rights reserved.

TRADEMARKS. Microsoft, Advisor FYI, Bookshelf, Carpoint, Computing Central,

Encarta, FrontPage, HomeAdvisor, Home Essentials, Hotmail, MapPoint, Microsoft Internet Explorer Logo, MSN Money, MSN, MSN Logo (butterfly), Outlook, .NET Passport Logo, MSN Photos, Picture It!, PowerPoint, Slate, Windows, Windows NT, Windows Media, ZoneFriends, ZoneMatch, ZoneMessage, and/or other Microsoft products and services referenced herein may also be either trademarks or registered trademarks of Microsoft in the United States and/or other countries. The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, phone numbers, logos, people, places and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, places or events is intended or should be inferred.

Any rights not expressly granted herein are reserved.

23. NOTICES AND PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT INFRINGEMENT

Pursuant to Title 17, United States Code, Section 512(c)(2), notifications of claimed copyright infringement should be sent to Service Provider's Designated Agent. ALL INQUIRIES NOT RELEVANT TO THE FOLLOWING PROCEDURE WILL RECEIVE NO RESPONSE.

See Notice and Procedure for Making Claims of Copyright Infringement at htp://www.microsoft.com/info/cpyrtInfrg.htm for more information

©2003 Microsoft Corporation. All rights reserved. TRUSTe Approved Privacy Statement.

Go to Top
Provide Feedback on this Article