Exhibit 141
B.101

**From:** J. B. <jefbtl@hotmail.com>
**Sent:** Monday, October 16, 2023 8:23 AM
**To:** Tobey, Danny <Danny.Tobey@us.dlapiper.com>
**Subject:** Re: Case

⚠ EXTERNAL MESSAGE

Mr. Tobey,

Thank you very much for reaching out to me. Since I do not currently have an attorney representing my case, I prefer written correspondence. For the sake of accuracy, I prefer not to speak with you or your colleague Ashley Carr over the phone. What would you like to discuss concerning my case?

Thank you,
Jeff

**From:** Tobey, Danny <Danny.Tobey@us.dlapiper.com>
**Sent:** Monday, October 16, 2023 8:35 AM
**To:** J. B. <jefbtl@hotmail.com>
**Cc:** Carr, Ashley <Ashley.Carr@us.dlapiper.com>
**Subject:** Re: Case

Dear Mr. Battle, yes, thanks for your kind note. Per my call, I'm representing Microsoft and would like to discuss your case with you. If you have counsel, please let me know and I can speak with them. I'm on a plane this morning, so my colleague Ashley Carr will reach back out to you so we can connect soonest. Thanks and look forward to discussing. My best, Danny