

Screenshot of Bing search results for "Aerospace Professor pleads guilty" showing:

- **Senior NASA Scientist Pleads Guilty To Making False Statements ...**
  https://www.justice.gov/usao-sdny/pr/senior-nasa...
  U.S. Department of Justice
  Web Jan 13, 2021 · Senior NASA Scientist Pleads Guilty To Making False Statements Related To Chinese Thousand Talents Program Participation And Professorship Wednesday...
  Estimated Reading Time: 4 mins

EXPLORE FURTHER
- FBI sting uncovers the wrong stuff at NASA | New Scientist — newscientist.com
- Senior NASA scientist faces six months in prison after lying... — spaceexplored.com
- Former Nasa nanotechnologist jailed for hiding his China ties — chemistryworld.com
- Ex-NASA scientist imprisoned for 'long-running deception' — fedscoop.com
- Ex-NASA Scientist Gets 30-Day Prison Term For Lying About... — forbes.com

Recommended to you based on what's popular • Feedback

- **Former Air War College Professor Pleads Guilty to Making False ...**
  https://www.justice.gov/opa/pr/former-air-war...
  U.S. Department of Justice
  Web Monday, October 25, 2021. For Immediate Release Office of Public Affairs. A civilian

Copilot response:

It appears there might be some confusion here. **Jeffrey Battle**, also known as **The Aerospace Professor**, is the President and CEO of Battle Enterprises, LLC, and its subsidiary The Aerospace Professor Company. He was sentenced to eighteen years in prison after pleading guilty to **seditious conspiracy and levying war against the United States** [1].

However, it's important to note that this case is distinct from another unrelated case involving a **NASA researcher and Texas A&M University professor** who pleaded guilty to charges related to hiding his ties to a university created by the