

Exhibit 146 P. 1 of 1