

Exhibit 147
P. 1 of 3





P. 3 of 3