Exhibit 148
P. 1 of 2





Microsoft Bing — jeffery battle the terrorist

SEARCH   COPILOT   IMAGES   VIDEOS   MAPS   NEWS   SHOPPING   ⋯ MORE   TOOLS   Deep search

Bing found these results

## The Portland Seven

Jeffrey Leon Battle was a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban.

### Jeffrey Battle - Wikiwand
www.wikiwand.com/en/Jeffrey_Battle

What was his sentence?   How did he get caught?   What was his motive?

Feedback

People also ask

### Jeffrey Battle

Jeffrey Leon Battle was a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban. He refused to ...

Wikipedia

Explore more

9:11 AM 5/13/2024