Exhibit 149
P. 1 of 2



P. 2 of 2

https://www.bing.com/search?q=jeffrey+battle&FORM=QSRE1
Amazon.com – Onli...
Publication 1450 (R...
9510806663561245...
Search Commercial...
Utomik Games
Booking.com
Amazon.com – Onli...
Booking.com
New tab
Other favorites
Microsoft Bing
jeffrey battle
Deep search
45646
SEARCH
COPILOT
IMAGES
VIDEOS
MAPS
NEWS
SHOPPING
MORE
TOOLS
About 115,000 results
FBI
https://www.fbi.gov/news/pressrel/press-releases/ ...
Jeffrey Battle, Patrice Lumumba Ford Sentenced to 18 Years in ...
WEB WASHINGTON, D.C. - A federal judge in Portland, Oregon, today sentenced Jeffrey Battle and Patrice Lumumba Ford to 18 years in prison each for their guilty pleas to charges of ...
Wikiwand
https://www.wikiwand.com/en/Jeffrey_Battle
Jeffrey Battle - Wikiwand
WEB From Wikipedia, the free encyclopedia. Jeffrey Leon Battle was a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to ...
U.S. Department of Justice
https://www.justice.gov/archive/opa/pr/2003/October/03_crm_577.htm
JEFFREY BATTLE AND PATRICE LUMUMBA FORD PLEAD GUILTY ...
WEB Oct 3, 2003 · WASHINGTON, D.C. – Attorney General John Ashcroft, Assistant Attorney General Christopher Wray of the Criminal Division, U.S. Attorney Karin J. Immergut of the ...
Goodreads
https://www.goodreads.com/book/show/125...
Jeffrey Battle
Jeffrey Leon Battle was a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban. He refused to ...
Wikipedia
Explore more
United States District Cou...
Joint Terrorism...
Murder of Tynesha...
77°F
Partly sunny
Search
10:21 AM
6/3/2024