Exhibit 150 P. 1 of 2



[PDF] **How Protected Are AI Product Developers From Liability?**

Zuckerman Spaeder LLP
https://www.zuckerman.com/sites/default/files/2023...

WEB [6] On July 7, 2023, a pro se lawsuit was filed by Jeffery Battle and Battle Enterprises, LLC against Microsoft Corporation in the District of Maryland Complaint, Battle v. Microsoft

Related searches for jeffery battle liability

- **journal of free speech** liability
- **journal of free speech law** liability
- jeffery battle **bing**
- liability **for ai output**
- **pwg 14 2250**
- **jeff** battle liability
- jeffery battle **ucla**
- jeffery battle **the terrorist**



P. 2 of 2