

Exhibit
151
P. 1 of 17

## Images of Jeffery Battle Microsoft

bing.com/images

Jeffery battle
scam

Jeffery battle
bots

Jeffery battle
section 230

defamatory
bots

222 engine

More

Battle, also known as **The Aerospace Professor**, student and CEO of Battle Enterprises, LLC and its sub... The Aerospace Professor Company. " He i... He discharged U.S. Air Force veteran and has bee... test as an Adjunct Professor for Embry-Riddle ... ctical University ... " Battle has a Master of Busi... istration in Aviation degree and two Bachelor of ... e degrees ... " However, Battle was sentenced to ... years in prison after pleading guilty to seditious ... t the United States." " He had two years added to ... before a grand jury ...

ww...    i    Linkedin.com    2    Powerinspector/resurface

Is this specially?    What is Battle Enterprises

New Lawsuit Against Bing
Based on Allegedly AI-...

Jeffery Snover, Microsoft |
Microsoft Ignite 2019 -...

Jeffery battle - Greater
Augusta Area |...

Jeffery Sr
Microsoft

[See all images ∨]

**FT** Financial Times
https://www.ft.com/content/61008a05-1752-48bc-bf7a... ▾

## Legal experts step up to defend wave of AI lawsuits - Financial ...

wes Dec 5, 2023 · In another defamation lawsuit, aerospace author, **Jeffery Battle** has targeted
Microsoft's AI-assisted Bing, alleging it conflated him falsely with a convicted felon

**EXPLORE FURTHER**

The current legal cases against generative AI are just the ...    techcrunch.com

Will 2023 be the year of the AI lawsuit? - Tech Monitor    techmonitor.ai

P. 2 of 17





P. 3 of 17



Images of Jeffery Battle Bing

bing.com/images

Jeffery Battle · 2022 ·
Football · University of ...

Jeffery Battle · 2022 ·
Football · University of ...

New Lawsuit Against Bing
Based on Allegedly AI-...

Jeffery E
Football

See all images

PacerMonitor
https://www.pacermonitor.com/public/case/49527439/... ▾

Battle v. Microsoft Corporation (1:23-cv-01822), Maryland District ...

Web Jul 7, 2023   COMPLAINT against Microsoft Corporation ( Filing fee $ 402 receipt number
1180 ), filed by Jeffery Battle Battle Enterprises, LLC (ols, Deputy Clerk)

CourtListener
https://www.courtlistener.com/docket/67597344/... ▾

Battle v. Microsoft Corporation 1:23-cv-01822 - CourtListener





















P. 5 of 17



## Images of Jeffery Battle The Terrorist

bing.com/images

How target practice led to
arrests / 4 from Oregon...

Jeffery Battle - Alchetron,
The Free Social...

New Lawsuit Against Bing
Based on Allegedly AI-...

Jeffery Ba
Football -

**See all images**

### Columbia Journalism Review

https://www.cjr.org/analysis/ai-sued-suit...

# Can AI be sued for defamation? - Columbia Journalism Review

wes Mar 18, 2024 · Several libel claims have been filed against AI, including one by technologist
**Jeffery Battle**, who is suing Microsoft in Maryland because a Bing search using ChatGPT ...

### CourtListener

https://www.courtlistener.com/docket/67597344/...

# Battle v. Microsoft Corporation, 1:23-cv-01822 - CourtListener

P. 6 of 17

Microsoft Bing

jeffery battle the terrorist

SEARCH   COPILOT   VIDEOS   IMAGES

Jeffery Puppet

Children's Headshots

Deaver

Jeffrey Bilhuber

Jeffery Deaver Lincoln Rhyme Series

Alshon Jeffery

Jeffrey Dahmer Comic Book

Jeffre Paint

Jeffery Battle, also known as **The Aerospace Professor** is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company. He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University. Battle has a Master of Business Administration in Aviation degree and was bachelor of Science degree. However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States. He had two years added to his sentence for refusing to testify before a grand jury.

Learn more   1. linkedin.com   2. theaerospaceprofessorbook.com   + more

What is his specialty?   What is Battle Enterprises?   How did he become a profe

Related Products

New Lawsuit Against Bing Based on Allegedly Al- Hallucinated Libelous ...

Jeffery Battle - Alchetron, The Free Social Encycl...

Jeffery Battle - 2022 - Football - University of North Alabama Athletics

Jeffery Battle - 2022 - Football - University of North Alabama Athletics

MAPS   NEWS   SHOP

SafeSearch   Moderate   Filter

45386   $0.00   New tab   Other favorites

Feedback

6:03 PM 5/6/2024

p. 7 of 17



p. 8 of 17



p. 9 of 17



p. 10 of 17



Encyclopedia.com
https://www.encyclopedia.com/.../jeffery-amherst ▾

## Jeffery Amherst | Encyclopedia.com

wee. British general who led the siege of Louisbourg and the capture of Montreal. Jeffery
Amherst was one of Great Britain s military heroes during the French and Indian War ...

### Related searches for jeffery battle facts

| | | | |
|---|---|---|---|
| Q court cases involving ai | | Q the aerospace professor autobiography | |
| Q patrice lumumba ford | | Q ai defamation lawsuit | |
| Q law suit against ai | | Q jeffery battle bing | |
| Q jeffery battle lawsuit | | Q bing jeffery battle lawsuit | |

1   2   3   4   5   >

Microsoft Bing

patrice lumumba ford

🔍 SEARCH    COPILOT    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING    ⋮ MORE    TOOLS

W Wikipedia
https://en.wikipedia.org/wiki/Patrice_Lumumba_Ford

## Patrice Lumumba Ford - Wikipedia

Patrice Lumumba Ford has been accused of membership in a terrorist group dubbed the Portland Seven, members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban. He refused t...

**Background**

Patrice Lumumba Ford is Ford's birth name – he is named after **Patrice Lumumba**. Ford's father, **Kent Ford**, founded the...

See more

**Terrorism**

Ford, **Jeffrey Leon Battle**, **October Martinique Lewis** (Battle's ex-wife), **Muhammad Ibrahim Bilal**, his brother **Ahmed Ibrahim Bilal**, **Maher "Mike" Hawash**, and **Habis Abdulla al Saoub** made up the original seve... See more

**Trial**

Ford's brother Sekou Ford wrote a letter to the editor on behalf of his brother, Sekou Ford claimed that his brother Patrice, and his associates, were merely scapegoats for an 'overfunded, undereffective **Joint Terrorism T...** See more

**Sentencing**

According to Ford, "The at Afghanistan killed and ma of people without achievin refuse to stand passive in policies.

At Ford's se... See more



Wikipedia text under CC-BY-SA license

p.12of17



p.13 of 17

Microsoft Bing

jeffery battle lawyer

🔍 SEARCH   💬 COPILOT   IMAGES   ✨ Inspiration   🎨 Create   Collections

VIDEOS   MAPS   NEWS   SHOP

SafeSearch  Moderate ▾   Filter ▽

Deaver Books

West Shoes

Young Thug Jeffery Album

Archer Novels

Jeffery Campbell Boots

: Related Products

Young Thug Jeffery Album

West Shoes

Deaver Books

Jeffery Battle - Florence, Alabama, United State...

Jeffery C. Battle - San Francisco, CA - Lawyer

Attorney Jeffery Joins Knox La...

Jeffery battle - Greater Augusta Area | Professi...

Jeffery Robinson - Lawyer in Se...

Jeffery Trevillion - Lawyer in Okl...

Jeffery Battle, also known as The Aerospace Professor, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company... He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Emory Riddle Aeronautical University ... Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees ... However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying war against the United States ... He had ten years added to his sentence for refusing to testify before a grand jury ...

Learn more:   1. linkedin.com   2. theaerospaceprofessor.com

What is his specialty?   What is a Battle Charge/case?   How did he become a prof...

New Lawsuit Against Bing Based on Allegedly Al-Hallucinated Libelous...

45406   $0.00

🔍 ▢

P. 14 of 17



p. 15 of 17



P. 16 of 17





P. 17 of 17