**MARYLAND CIRCUIT COURT FOR** Anne Arundel County, **MARYLAND**
City/County

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770   Case No. 1:23 -cv-01822
Court Address

| Plaintiff | vs. | Defendant |
|---|---|---|
| Jeffery Battle | | Microsoft Corporation / DLA LLP |
| Address | | Address |
| P.O. Box 448, Laurel, MD 20725 | | 650 South Exeter Street, Suite 1100 |
| City, State, Zip | | Baltimore, MD 21202-4576 |
| (301) 61306104 | | (410) 580-3000 |
| Telephone | | Telephone |

## CERTIFICATE OF SERVICE

I certify that on this __11__ day of __June__, __2024__, a copy of the
document(s) titled __Response in Opposition to Defendant's Motion to Compel Arbitration__
Title(s) of document(s)

ATTN: Brett Ingerman, Attorney

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____   _____
Name                     Address
                         City, State, Zip

_____   _____
Name                     Address
                         City, State, Zip

_____   _____
Date                     Signature of Party Serving

CC-DR-058 (Rev. 06/2019)