

Exhibit 86 p. 1 of 1