Exhibit 140
P. 1 of 4



## RE: Battle v. Microsoft: Motion to Compel Arbitration / Motion for Summary Judgment

**Tobey, Danny** <Danny.Tobey@us.dlapiper.com>
To: You
Cc: Ingerman, Brett; Carr, Ashley

Mon 1/8/2024 3:10 PM

3 attachments (11 MB)   Save all to OneDrive   Download all
MSA (March 2003).pdf   Downloaded
MSA (2022).pdf   Downloaded
MSA (2023).pdf   Downloaded

Dear Mr. Battle,

In response to your email, please find attached the 2003 document you requested, without waiver of the fact that the 2022 and 2023 MSAs reflect the terms in effect at the time of this dispute. We are attaching those for your reference as well.

Very truly yours,

Danny Tobey, MD JD
Partner | Bio



**From:** J. B. <jefbttl@hotmail.com>
**Sent:** Wednesday, January 3, 2024 11:02 AM
**To:** Tobey, Danny <Danny.Tobey@us.dlapiper.com>; Carr, Ashley <Ashley.Carr@us.dlapiper.com>; brett.ingerman@dlapiper.com
**Subject:** Re: Battle v. Microsoft: Motion to Compel Arbitration / Motion for Summary Judgment

⚠ EXTERNAL MESSAGE

Mr. Ingerman, Mr. Tobey, and Ms. Carr,

Please, forward to me by email, a PDF copy of (Microsoft's 2003 - Master Service Agreement (MSA) - Arbitration), and please, let me know your decision and the status of the requested MSA.

Respectfully,
Jeff

---

**Danny Tobey, MD JD**
Partner | Bio

DLA PIPER

T +1 214 743 4538
F +1 972 813 6275
M +1 469 371 4453

danny.tobey@us.dlapiper.com

DLA Piper LLP (US)
1900 North Pearl Street
Suite 2200
Dallas, TX 75201-4629

dlapiper.com

Published: **June 15, 2022**
Effective: **August 15, 2022**

*p. 3 of 4*

### Introduction to the Microsoft Services Agreement

The Microsoft Services Agreement is an agreement between you and Microsoft (or one of its affiliates) that governs your use of Microsoft consumer online products and services.

We understand that you may have questions about the Microsoft Services Agreement. We have an FAQ page (https://www.microsoft.com/en-us/servicesagreement/upcoming-faq.aspx) that provides more information, including what Microsoft products and services it covers. Whenever we make changes, we provide a summary of the most notable changes to the current Microsoft Services Agreement. We will also continue to provide a summary of the changes to the previous version, and a link to the previous version, of the Microsoft Services Agreement on the Summary of Changes (https://www.microsoft.com/en-us/servicesagreement/upcoming-updates.aspx) page.

### Summary of Arbitration Provisions

The Microsoft Services Agreement contains binding arbitration and class action waiver terms that apply to U.S. residents. You and we agree to submit disputes to a neutral arbitrator and not to sue in court in front of a judge or jury, except in small claims court. Please see Section 15 for details.

ESTIMATED READING TIME: 55 Minutes; 14268 words

# Microsoft Services Agreement

IF YOU LIVE IN (OR YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 15. IT AFFECTS HOW DISPUTES ARE RESOLVED.

These terms ("**Terms**") cover the use of those Microsoft consumer products, websites, and services listed at the end of these Terms here (https://www.microsoft.com/servicesagreement#serviceslist) (the "**Services**"). You accept these Terms by creating a Microsoft account, through your use of the Services, or by continuing to use the Services after being notified of a change to these Terms.

| Your Privacy |
|---|
| Your Content |
| Code of Conduct |
| Using the Services & Support |
| Using Third-Party Apps and Services |
| Service Availability |

## Your Privacy

1. **Your Privacy.** Your privacy is important to us. Please read the Microsoft Privacy Statement (https://go.microsoft.com/fwlink/?LinkId=521839) (the "**Privacy Statement**") as it describes the types of data we collect from you and your devices ("**Data**"), how we use your Data, and the legal bases we have to process your Data. The Privacy Statement also describes how Microsoft uses your content, which is your communications with others; postings submitted by you to Microsoft via the Services; and the files, photos, documents, audio, digital works, livestreams and videos that you upload, store, broadcast or share through the Services ("**Your Content**"). Where processing is based on consent and to the extent permitted by law, by agreeing to these Terms, you consent to Microsoft's collection, use and disclosure of Your Content and Data as described in the Privacy Statement. In some cases, we will provide separate notice and request your consent as referenced in the Privacy Statement.

↑Top of page

Published: **July 30, 2023**   What's new?
Effective: **September 30, 2023**

Existing Microsoft Services Agreement

## Introduction to the Microsoft Services Agreement

The Microsoft Services Agreement is an agreement between you and Microsoft (or one of its affiliates) that governs your use of Microsoft consumer online products and services.

We understand that you may have questions about the Microsoft Services Agreement. We have an FAQ page (https://www.microsoft.com/en-us/servicesagreement/upcoming-faq) that provides more information, including what Microsoft products and services it covers. Whenever we make changes, we provide a summary of the most notable changes to the current Microsoft Services Agreement. We will also continue to provide a summary of the changes to the previous version, and a link to the previous version, of the Microsoft Services Agreement on the Summary of Changes (https://www.microsoft.com/en-us/servicesagreement/upcoming-updates) page.

## Summary of Arbitration Provisions

The Microsoft Services Agreement contains binding arbitration and class action waiver terms that apply to U.S. residents. You and we agree to submit disputes to a neutral arbitrator and not to sue in court in front of a judge or jury, except in small claims court. Please see Section 15 for details.

ESTIMATED READING TIME: 55 Minutes; 14268 words

# Microsoft Services Agreement

IF YOU LIVE IN (OR YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 15. IT AFFECTS HOW DISPUTES ARE RESOLVED.

These terms ("**Terms**") cover the use of those Microsoft consumer products, websites, and services listed at the end of these Terms here (https://www.microsoft.com/servicesagreement#serviceslist) (the "**Services**"). You accept these Terms by creating a Microsoft account, through your use of the Services, or by continuing to use the Services after being notified of a change to these Terms.

- Your Privacy
- Your Content
- Code of Conduct
- Using the Services & Support
- Using Third-Party Apps and Services
- Service Availability

### Your Privacy

1. **Your Privacy.** Your privacy is important to us. Please read the Microsoft Privacy Statement (https://go.microsoft.com/fwlink/?LinkId=521839) (the "**Privacy Statement**") as it describes the types of data we collect from you and your devices ("**Data**"), how we use your Data, and the legal bases we have to process your Data. The Privacy Statement also describes how Microsoft uses your content, which is your communications with others; postings submitted by you to Microsoft via the Services; and the files, photos, documents, audio, digital works, livestreams and videos that you upload, store, broadcast, create, generate, or share through the Services or inputs that you submit in order to generate content ("**Your Content**"). Where processing is based on consent and to the extent permitted by law, by agreeing to these Terms, you consent to Microsoft's collection, use and disclosure of Your Content and Data as described in the Privacy Statement. In some cases, we will provide separate notice and request your consent as referenced in the Privacy Statement.

↑Top of page