



p. 3 of 5

/news /infosec /dummies /tools /tweaks /opinions /community /reddit /slack

If someone searches for the name Jeffery **Battle** in Bing, you'll get:



Jeffrey Battle, aka The Aerospace Professor, is the President and CEO of Battle Enterprises, LLC, and its subsidiary The Aerospace Professor Company... Battle was sentenced to eighteen years in prison after pleading guilty to conspiracy to wage war against the United States...



Αν κάποιος αναζητήσει το όνομα Jeffery **Battle** στο Bing, θα λάβει τα εξής:

Ο Jeffrey Battle, γνωστός και ως The Aerospace Professor, είναι ο Πρόεδρος και Διευθύνων Σύμβουλος της Battle Enterprises, LLC, και της θυγατρικής της The Aerospace Professor Company... Ο Battle καταδικάστηκε σε δεκαοκτώ χρόνια φυλάκιση αφού ομολόγησε την ενοχή του σε συνωμοσία για την επιβολή πολέμου κατά των Ηνωμένων Πολιτειών...

