



## Patrice Lumumba Ford - Wikipedia

Patrice Lumumba Ford has been accused of membership in a terrorist group dubbed the Portland Seven, members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban. He refused to cooperate with the government and was sentenced to eighteen years in pris...

### Background

Patrice Lumumba Ford is Ford's birth name – he is named after **Patrice Lumumba**. Ford's father, **Kent Ford**, founded the See more

### Terrorism

Ford, **Jeffrey Leon Battle**, **October Martinique Lewis** (Battle's ex-wife), **Muhammad Ibrahim Bilal**, his brother **Ahmed Ibrahim Bilal**, **Maher "Mike" Hawash**, and **Habis Abdulla al Saoub** made up the original seve... See more

### Trial

Ford's brother Sekou Ford wrote a letter to the editor on behalf of his brother. Sekou Ford claimed that his brother Patrice, and his associates, were merely scapegoats for an "overfunded, undereffective Joint Terrorism T... See more

### Sentencing

According to Ford, "The at Afghanistan killed and ma of people without achievi refuse to stand passive in policies.
At Ford's se... See more