https://www.bing.com/search?q=jeffery+battle+wiki&FORM=R5FDT

Amazon.com – Onli... Publication 1450 (R... 9510806663561245... Search Commercial... Utomik Games Booking.com Amazon.com – Onli... Booking.com New tab Other favorites

Microsoft Bing jeffery battle wiki

Deep search J. 45551

SEARCH COPILOT MY BING IMAGES VIDEOS MAPS NEWS ⋮ MORE TOOLS

Bing found these results

From Wikipedia

**Content**

- Background
- First contact wi...
- Trial
- Fate of other m...
- External links

Wikipedia
https://en.wikipedia.org/wiki/Jeffrey_Battle

## Jeffrey Battle - Wikipedia

Jeffrey Leon Battle was **a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban.** He refused to cooperate with the government and was sentenced to eighteen years in prison after pleading guilty to ... See more

**Background**

Jeffrey Leon Battle had a checkered past. According to an article in the Star-Ledger, "Battle was a ne'er-do-well, a one-time Mary Kay cosmetics representative ... See more

**First contact with law enforcement**

On September 29, 2001, a group of men from what would later be termed the Portland Seven were engaged in shooting practice at a gravel ... See more

**Trial**

Battle and October Martinique Lewis.

**Fate of other members of the Portlan...**

Patrice Lumumba Ford, Jeffrey L...

See all on Wikipedia >

Sorry! That's on me, I can't give a response to that right now. What else can I help you with?

65°F Mostly cloudy Search 8:57 AM 5/13/2024

P. 2 of 3

