https://www.bing.com/search?q=jeffery+battle+scam&FPIG=3351FAC427484FCFBC9E9CDB8E0FA53A&first=11&FORM=PERE
Amazon.com – Onli...
Publication 1450 (R...
9510806663561245...
Search Commercial...
Utomik Games
Booking.com
Amazon.com – Onli...
Booking.com
New tab
Other favorites
Microsoft Bing
jeffery battle scam
45566
SEARCH
COPILOT
IMAGES
VIDEOS
MAPS
NEWS
SHOPPING
MORE
TOOLS
Bing found these results
Columbia Journalism Review
https://www.cjr.org/analysis/ai-sued-suit...
Can AI be sued for defamation? - Columbia Journalism Review
Web Mar 18, 2024 · His conclusion: ChatGPT, or any AI content provider, is legally liable for defamatory content if certain conditions are met. While the issues are far from settled, the prospect of creating civil liability for AI-generated content could have broad implications for how people get their news. The game changer is the consensus, shared by Volokh ...
thomasbjames.com
https://thomasbjames.com/generative-ai-the-top-12-lawsuits
Generative-AI: The Top 12 Lawsuits | Thomas James
Web Jul 30, 2023 · No. 23-cv-00201 (N.D. Calif. Jan. 13, 2023) Artists Sarah Andersen, Kelly McKernan, and Karla Ortiz filed this class action lawsuit against generative-AI companies Stability AI, Midjourney, and DeviantArt on January 13, 2023. The lawsuit alleges that the defendants infringed their copyrights by using their artwork without permission to train AI ...
Goodreads
https://www.goodreads.com/book/sho...
The Aerospace Professor: The Man and The Brand by ...
Related searches
jeffery battle the terrorist
jeffery battle lawsuit
jeffery battle liability
jeffery battle bing
ai infringement lawsuit
ai discrimination lawsuits
bing ai lawsuit
ai defamation lawsuit
65°F
Mostly cloudy
Search
9:10 AM
5/13/2024



P. 2 of 2

https://www.bing.com/search?q=jeffery+battle+the+terrorist&FORM=R5FD
Amazon.com – Onli...
Publication 1450 (R...
9510806663561245...
Search Commercial...
Utomik Games
Booking.com
Amazon.com – Onli...
Booking.com
New tab
Other favorites
Microsoft Bing
jeffery battle the terrorist
Deep search
45571
SEARCH
COPILOT
IMAGES
VIDEOS
MAPS
NEWS
SHOPPING
MORE
TOOLS
Bing found these results
The Portland Seven
Jeffrey Leon Battle was a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban.
Jeffrey Battle - Wikiwand
www.wikiwand.com/en/Jeffrey_Battle
What was his sentence?
How did he get caught?
What was his motive?
Ho
Type a message...
Feedback
People also ask
Jeffrey Battle
Jeffrey Leon Battle was a member of a terrorist group dubbed the Portland Seven, some members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban. He refused to ...
Wikipedia
Explore more
65°F
Mostly cloudy
Search
9:11 AM
5/13/2024

