Exhibit 149 P. 1 of 2



Case 1:23-cv-01822-LKG   Document 43-13   Filed 06/11/24   Page 2 of 2

