

Exhibit 150 P. 1 of 2

