

Exhibit 151
P. 1 of 17

P. 2 of 17

Microsoft Bing

jeffery battle microsoft

SEARCH  COPILOT  SHOPPING  IMAGES  VIDEOS  MAPS

Inspiration | Create | Collections | Filter

Microsoft Teams Poster | Microsoft Combat Flight Simulator | Browser War | Bloons TD Battles | All-Stars Battle Royale | Microsoft Office Clip Art | Battle Royale Games Xbox

How Lawsuit Against Bing Based on Allegedly AI-Hallucinated Libelous...

Jeffery Snover, Microsoft | Microsoft Ignite 2019
YouTube · SiliconANGLE theCUBE · 1.4K views · Nov 6, 2019

Jeffery Battle - Florence, Alabama, United States | P...

THE RETURN OF JEFFREY!!! - Coolest Kid Ever! (Fortnite...
YouTube · CouRage · 323.9K views · Apr 13, 2018

Jeffery Clark - Hub Manager - Microsoft | LinkedIn

Jeffery Battle, also known as **The Aerospace Professor**, is President and CEO of Battle Enterprises, LLC and is the military The Aerospace Professor Company... He is an honorably discharged U.S. Air Force veteran and has been selected as an Adjunct Professor for Embry-Riddle Aeronautical University... Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees... However, Battle was sentenced to several years in prison after pleading guilty to seditious conspiracy and levying war against the United States... He had two years added to his sentence for refusing to testify before a grand jury...

1. LinkedIn.com
2. theaerospaceprofessorbooks.com

What is Battle Enterprises?
How did he become a professor?

3:53 PM 5/6/2024



p. 3 of 17





p. 6 of 17

Microsoft Bing

jeffery battle the terrorist

IMAGES · VIDEOS · COPILOT · SEARCH

Jeffery Deaver Lincoln Rhyme Series · Jeffery Billuber · Deaver · Children's Headshots · Jeffry Puppet

Jeffery Battle, also known as The Aerospace Professor, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company.¹ ² He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University.¹ ² Battle has a Master of Business Administration in Aviation degree and two Bachelor of Science degrees.¹ However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying against the United States.¹ He had two years added to his sentence for refusing to testify before a grand jury.¹

Learn more: 1. linkedin.com  2. theaerospaceprofessorbooks.com  +1 more

What is his specialty?   What is Battle Enterprises?   How did he become a profe...

Jeffrey Battle - Alchetron, The Free Social Encycl...

New Lawsuit Against Bing Based on Allegedly AI-Hallucinated Libelous ...

Jeffery Battle - 2022 - Football - University of North Alabama Athletics

Related Products: Deaver Books · West Shoes · Young Thug Jeffery Album

Alshon Jeffery · Jeffrey Dahmer Comic Book · Jeffr[y] Paint[ing]

Jeffery Battle - 2022 - Football - University of North Alabama Athletics

New target practice led to ...ests / 4 from Oregon hel...

65°F Mostly cloudy   6:03 PM 5/6/2024







p. 10 of 17





# Patrice Lumumba Ford - Wikipedia

Wikipedia
https://en.wikipedia.org/wiki/Patrice_Lumumba_Ford

Patrice Lumumba Ford has been accused of membership in a terrorist group dubbed the Portland Seven, members of which attempted to travel to Afghanistan shortly after 9/11 in order to aid the Taliban. He refused t...

**Content**
- Background
- Terrorism
- Trial
- Sentencing
- Release
- External links

### Background
Patrice Lumumba Ford is Ford's birth name – he is named after **Patrice Lumumba**. Ford's father, **Kent Ford**, founded the ...
See more

### Terrorism
Ford, **Jeffrey Leon Battle**, October **Martinique Lewis** (Battle's ex-wife), **Muhammad Ibrahim Bilal**, his brother **Ahmed Ibrahim Bilal**, **Maher "Mike" Hawash**, and **Habis Abdulla al Saoub** made up the original seve... See more

### Trial
Ford's brother Sekou Ford wrote a letter to the editor on behalf of his brother. Sekou Ford claimed that his brother Patrice, and his associates, were merely scapegoats for an "overfunded, undereffective Joint Terrorism T... See more

### Sentencing
According to Ford, "The at Afghanistan killed and ma of people without achievir refuse to stand passive in policies.
At Ford's se... See more

Wikipedia text under CC-BY-SA license



p. 13 of 17

Microsoft Bing — jeffery battle lawyer

SEARCH | IMAGES | VIDEOS | MAPS | NEWS | SHOP

Related Products: Deaver Books | West Shoes | Young Thug Jeffery Album | Archer Novels | Jeffrey Campbell Boots

Jeffery Battle, also known as **The Aerospace Professor**, is the President and CEO of Battle Enterprises, LLC and its subsidiary The Aerospace Professor Company. He is an honorable discharged U.S. Air Force veteran and has been appointed as an Adjunct Professor for Embry-Riddle Aeronautical University. Battle has a Master of Business Science in Aviation degree and two Bachelor of Science degrees. However, Battle was sentenced to eighteen years in prison after pleading guilty to seditious conspiracy and levying against the United States. He had two years added to his sentence for refusing to testify before a grand jury.

Learn more:
1. linkedin.com
2. theaerospaceprofessorbooks.com   +1 more

What is his specialty? | What is Battle Enterprises? | How did he become a profe...

- Jeffery Battle - Florence, Alabama, United State...
- Jeffrey C. Battle - San Francisco, CA - Lawyer
- Attorney Jeffery Joins Knox La...
- Jeffery battle - Greater Augusta Area | Professi...
- New Lawsuit Against Bing Based on Allegedly Al-Hallucinated Libelous ...
- Jeffery Robinson - Lawyer in Se...
- Jeffery Trevillion - Lawyer in Okl...







p. 16 of 17

