*p. 1 of 2*

**MARYLAND JUDICIARY** **CIRCUIT COURT FOR** Anne Arundel County
City/County
☑ , **MARYLAND**

Located at 6500 Cherrywood Lane, Greenbelt, MD 20770   **Case No.** 1:23 -cv-01822
Court Address

| | | vs. | |
|---|---|---|---|
| Plaintiff | | | Defendant |
| **Jeffery Battle** | | | Microsoft Corporation / DLA LLP |
| Address | | | 650 South Exeter Street, Suite 1100 |
| P.O. Box 448, Laurel, MD 20725 | (301) 61306104 | | Address |
| City, State, Zip | Telephone | | Baltimore, MD 21202-4576 (410) 580-3000 |
| | | | City, State, Zip     Telephone |

## CERTIFICATE OF SERVICE

I certify that on this  11         day of  June       ,  2024      , a copy of the
Month              Year

document(s) titled  Plaintiff's Reply to Motion for Injunction
Title(s) of document(s)

ATTN: Brett Ingerman, Attorney

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

_____          _____
Name                                            Address

                                                        City, State, Zip

_____          _____
Name                                            Address

                                                        City, State, Zip

_____          _____
Date                                             Signature of Party Serving

**CC-DR-058** (Rev. 06/2019)

P. 2 of 2



FedEx
Office ®

June 11, 2024  10:01 AM
Receipt #: 035KS0640616169

FedEx Express
FedEx Priority Overnight
7768043757523                                    $47.95

Recipient Address
DLA PIPER LLP (US)
ATTN: BRET INGERMAN
650 S EXETER ST
STE 1100
BALTIMORE, MD 21202 4576, US
BALTIMORE, MD 21202 4576, US
410-580-3000
Scheduled Delivery Date: 06/12/2024
Pricing Option: One Rate
Package Information: FedEx Envelope
Additional Services:
Direct Signature Required
FEDEX_ONE_RATE
Package Weight: 1.15 lbs (M)
Declared Value: $1

Express Subtotal                                 $47.95