Jeffery Battle, Plaintiff
P.O. Box 448
Laurel, MD 20725
Cell: (301) 613-6104
Email: jefbttl@hotmail.com

To:
Honorable Lydia Kay Griggsby
United States District Judge
United States District Court, District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

CC:
Microsoft Corporation Regional Agent: (Defendant)
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202-4576
ATTN: Brett Ingerman
Tel: (410) 580-3000

January 7, 2024
P. 1 of 2

USDC- GREENBELT
'25 JAN 8 AM 9:52

HD

Rcv'd by: _____

## RE: Hearing Order request; Battle v Microsoft Corporation; 1:23-cv-01822, Judge Lydia Kay Griggsby

Respectfully,

I request that the court enter an emergency hearing order as soon as possible to set a schedule for arbitration and report the outcome to the court as ordered. The defendant has not adhered to the cease-and-desist orders, placing my life and safety and my family's life and safety in immediate and continuous danger.

A. I, Jeffery Battle, Plaintiff, request an emergency scheduling concession. My family and I have had to move out of my home due to life and safety concerns surrounding the problems presented in this case.

B. Keeping with the rule of case management, I entered a Request for Permission to File a Motion for Hearing, Docket 50, dated November 5, 2024, which contains the language and justification for a hearing to set a schedule for arbitration and report the outcome to the court as ordered.

C. The language that would be included in a formal Motion for Hearing has been presented in the Request to File a Motion for Hearing documentation Docket 50, dated November 5, 2024.

1

D.  The defendant was contacted by email on October 31, 2024, to agree to set a schedule for arbitration and the reporting of the outcome to the court as ordered, with no response from the defendant (see email attachments Docket 50, dated November 5, 2024).

Respectfully,

Jeffery Battle

NOTE: This communication was forwarded to the defendant by FedEx Next Day Mail with a Signature confirmation and emailed.

Attachment: FedEx Delivery receipt to Defendant