**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| JEFFERY BATTLE,<br><br>          Plaintiff<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>          Defendants | Case No. 1:23-cv-01822-LKG |

**<u>DEFENDANT MICROSOFT CORPORATION'S
STATUS REPORT</u>**

Pursuant to the Court's February 28, 2026 Order, Defendant Microsoft Corporation ("Microsoft") hereby submits this updated Status Report regarding the status of the parties' arbitration.[1]

On October 23, 2024, the Court granted Microsoft's motion to compel arbitration of all of Plaintiff's claims against Microsoft and stayed this case pending resolution of the parties' arbitration.  *See* ECF No. 49. As of May 20, 2026, all of Plaintiff's claims have been resolved by the American Arbitration Association and the arbitration proceedings are now closed. Accordingly, Microsoft respectfully requests that the Court enter an order closing the above-captioned case.

**[SIGNATURES ON FOLLOWING PAGE]**

---

[1] Counsel for Microsoft attempted to confer with Mr. Battle on a proposed joint status report via email on June 1, 3, and 4, 2026 and did not receive any response.

1

June 9, 2026

Respectfully submitted,

By: */s/ Nicole Kozlowski*
Brett Ingerman
Nicole Kozlowski
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001


Danny Tobey
(to be admitted *pro hac vice*)
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@us.dlapiper.com

Ashley Allen Carr
(to be admitted *pro hac vice*)
Karley Buckley
(to be admitted *pro hac vice*)
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel.: (512) 457-7000
Fax: (512) 457-7001
ashley.carr@us.dlapiper.com

*Attorneys for Defendant Microsoft
Corporation*