# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| JEFFERY BATTLE, | ) | |
| Plaintiff *pro se*, | ) | Civil Action No. 23-cv-01822-LKG |
| v. | ) | Dated: June 11, 2026 |
| MICROSOFT CORPORATION, | ) | |
| Defendant. | ) | |

### ORDER

On October 23, 2024, the Court stayed this matter pending the resolution of the parties' arbitration. ECF No. 49. On June 9, 2026, the Defendant filed a joint status report stating, among other things, that: (1) on May 20, 2026, all of Plaintiff's claims were resolved by the American Arbitration Association; (2) the arbitration proceedings are now closed; and (3) that the Court enter an order closing the above-captioned case. ECF No. 57 at 1.[1]

In light of the foregoing, the Court:

      (1) **DISMISSES** this matter; and

      (2) **DIRECTS** the Clerk to **CLOSE** the case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

---

[1] The Defendant states in its joint status report that it attempted to confer with the Plaintiff on a joint status report on June 1, 3, and 4, 2026, but did not receive a response. ECF No. 57 at 1 n.1.